# EXHIBIT C



An official website of the United States government Here's how you know

EOIR | Automated Case Information

**Court Closures Today** April 10, 2026 | Please check https://www.justice.gov/eoir-operational-status for up to date closures.

# Automated Case Information

Welcome to the Automated Case Information System (ACIS). ACIS provides basic information about the status of certain cases before an immigration court or the Board of Immigration Appeals. Not all cases, or all information about a case is displayed. ACIS includes details regarding the primary case only. If there has been more than one case for the A-Number, ACIS displays the most recent case. Please contact your local court if you need bond hearing information.

English

## Enter your A-Number

**A-Number** *Required — *What's an A-Number?*

0 9 5 0 6 4 0 3 7

**Nationality** *Required — *What is Nationality?*

EL SALVADOR (ES)

***No case found for this A-Number.***

**SUBMIT**

*Case information from this automated resource is provided for convenience only. Documents the immigration court or Board of Immigration Appeals issue to you or your representative are the only official determinations related to your case.*