# EXHIBIT D

# Freedom of Information/Privacy Act Request

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-639**
OMB No. 1615-0102
Expires 12/31/2027

## What Is the Purpose of Form G-639?

Use Form G-639 to request access to U.S. Citizenship and Immigration Services (USCIS) records under the Freedom of Information Act (FOIA) at 5 U.S.C. 552 and the Privacy Act of 1974 (PA) at 5 U.S.C. 552a, if applicable. You may also use this form to request amendment or correction of records pertaining to you under the PA, if applicable.

## Your Options to Make a FOIA or PA Request with USCIS

You can make a FOIA or PA request:

- Online at **www.uscis.gov/foia**;
- Using this Form G-639; or
- In writing and in accordance with the requirements of the FOIA and PA.

## Request and Receive Records Faster Online

Our online FOIA and PA services are a more efficient way to request and receive records than by using Form G-639 to make a request.

When you make your request online, USCIS receives it immediately and we can deliver the response to you immediately after the records are processed.

You will also be able to:

- Receive instant updates when we act on your request;
- Respond faster if we ask you to give us more information; and

Making your request online helps ensure your request contains the required information and reaches us immediately, rather than through a mailed postal delivery. Once you provide the information necessary to process your request, we will add it to the same first-in, first-out processing queue ordinarily used for all requests.

Once we release records you request online, you can use your online account to:

- View them on any internet connected device, such as a smartphone, tablet, or computer;
- Access the records as soon as they are available, rather than waiting for them by mail; and
- Continue to access your records through your online account and print them whenever you need.

## If You Make Your Request Using This Form

If you complete and submit this form, we will send all correspondence and any records we release through U.S. mail, requiring time for transit and receiving. Unless you specify another format, any records responsive to your request will be sent to you on a CD-ROM, so you will need to use a computer with an optical drive to view them. Alternately, if you request records online (**www.uscis.gov/foia**) using FIRST, you can download them without the need for equipment other than a computer, smartphone, or tablet that is connected to the internet.

**Do not use Form G-639 for:**

- **Status Inquires.** Contact the USCIS office where the application or petition was filed or visit **https://egov.uscis.gov** to check your case status online. You may also reach out to the USCIS Contact Center at **www.uscis.gov/contactcenter**. The USCIS Contact Center provides information in English and Spanish. For those who are deaf or hard of hearing and use a TTY relay service, call **1-800-767-1833**.
- **Consular Notification of a Visa Petition Approval.** Use Form I-824, Application for Action on an Approved Application or Petition, to request consular notification of visa petition approval.

- **Return of Original Documents.** Use Form G-884, Request for the Return of Original Documents, to request the return of original documents.
- **Requesting a Certificate of Non-Existence**
- **Naturalization Records Before September 27, 1906.** Contact the clerk of court where the naturalization occurred to request naturalization records before September 27, 1906.
- **USCIS Manifest Arrivals Before December 1982.** Contact the National Archives at **https://www.archives.gov/contact** to request information on USCIS manifest arrivals before December 1982.
- **Proof of Status for Non-Immigration Benefits.** Contact the Federal agency responsible for the benefit (for example, Social Security benefit, Selective Service requirement) to obtain proof of status.

## General Instructions

USCIS provides forms free of charge through the USCIS website. To view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at **https://get.adobe.com/reader/**. If you do not have internet access, you may call the USCIS Contact Center at **1-800-375-5283** (TTY **1-800-767-1833)** and ask that we mail a form to you. The USCIS Contact Center provides information in English and Spanish.

### How To Fill Out Form G-639

1. Type or print legibly in black ink.
2. If you need extra space to complete any item within this request, use the space provided in **Part 5. Additional Information** or attach a separate sheet of paper. Type or print the Subject of Record's name and Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.
3. Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Read the Entire Form and Complete as Much as Possible

The information USCIS requests in this form helps us locate the records and information you request.

You are not required to respond to every item, but if you do not provide enough information we may:

- Require more time to fulfill your request;
- Need to request more information from you, delaying our response; or
- Not be able to locate the records or information you request.

► **START HERE - Type or print in black ink.**

## Part 1. Specify the Nature of your Request

**NOTE:** On this form, the individual to whom a record pertains is described as the subject of record.

**1. Select Type of Request**

Select the box that indicates the nature of your request, and the type of records you are requesting. If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

- [ ] **A.** Information from your own immigration record;
- [x] **B.** Information from another person's immigration record;
- [ ] **C.** USCIS business, operational, or policy records;
- [ ] **D.** An amendment or correction of your record under the Privacy Act;
- [ ] **E.** An amendment or correction of another person's immigration record on their behalf under the Privacy Act; or
- [ ] **F.** Other records in USCIS custody.

If you selected **Item B.** or **E.** in **Item Number 1.**, complete **Part 4. Third-Party Requestor**, along with other pertinent sections of this form.

If you selected **Item A.**, **C.**, **D.**, or **F.** in **Item Number 1.**, **do not** complete **Part 4. Third-Party Requestor** section of this form.

**2. Request Specific Documents**

If you request specific documents, USCIS will usually be able to process your request faster than if you request a large set of records, such as an entire A-File.

Select the types of records you are requesting, if applicable, from this list of commonly requested records:

- [x] Apprehensions, and Date of Apprehension (mm/dd/yyyy)
- [ ] Birth certificate
- [x] Form I-94, with Date of Entry (mm/dd/yyyy)
- [ ] Passport
- [x] Other Arrival/Departure documents into the U.S., with Date of Entry (mm/dd/yyyy)
- [ ] I-129, Petition for a Nonimmigrant Worker
- [ ] I-90, Application to Replace Permanent Resident Card (Green Card)
- [ ] I-130, Petition for Alien Relative
- [ ] I-140, Immigrant Petition for Alien Workers
- [x] I-485, Application to Register Permanent Residence or Adjust Status
- [ ] I-751, Petition to Remove Conditions on Residence
- [ ] N-400, Application for Naturalization
- [ ] Labor certification issued by the U.S. Department of Labor
- [ ] Naturalization certificate
- [ ] Proof of Lawful Permanent Resident (LPR) status
- [x] Record of removal from the U.S., with Date of Removal (mm/dd/yyyy)
- [ ] Other (Explain):

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

## Part 1. Specify the Nature of your Request (continued)

**3. Qualifications for Expedited Processing**

Select any of the following circumstances if applicable to your request:

- ☐ Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.
- ☐ An urgency to inform the public about an actual or alleged Federal government activity, if made by a person primarily engaged in disseminating information.
- ☐ The loss of substantial due process rights.
- ☐ A matter of widespread and exceptional media interest in which there are possible questions about the government's integrity which affect public confidence. Requests for expedited processing based upon this category must be submitted to the Senior Director of FOIA Operations, the Privacy Office, U.S. Department of Homeland Security, 245 Murray Lane SW STOP - 0655, Washington, DC 20598-0655.

**4. Statement Requesting Expedited Processing**

To receive expedited processing, you must further explain why you are requesting it. In **Part 5. Additional Information**, type or print a detailed statement explaining your selection in **Item Number 3.**

**5. Information Pertaining to an Upcoming Immigration Court Proceeding**

If the subject of record has an upcoming immigration court proceeding, USCIS may be able to process the request on an accelerated track. Select the box if the following circumstance applies to your request:

☐ The subject of record has a date scheduled for an immigration court proceeding.

If selected, include a copy of one of the following forms, as issued by the U.S. Department of Homeland Security or U.S. Department of Justice, with your request:

- Form I-862, Notice to Appear, documenting the upcoming date of the Subject's hearing before the Immigration Judge;
- Form I-122, Order to Show Cause, documenting the upcoming date of the Subject's hearing before the Immigration Judge;
- Form I-863, Notice of Referral to Immigration Judge; or
- A written notice of continuation of a future scheduled hearing before the Immigration Judge.

## Part 2. Provide Information to Identify the Subject of Record

The individual to whom a record pertains is described as the subject of record. The more information you provide about the subject of record, the better USCIS can identify the records you are requesting.

**Subject of Record's Identifying Information**

**1.** Alien Registration Number (A-Number):

USCIS issues Alien Registration Numbers, otherwise known as an "A-Number," to persons who apply for, or are granted, certain immigration benefits. U.S. Customs and Border Protection (CBP) or U.S. Immigration and Customs Enforcement (ICE) may also issue A-Numbers. If the subject of record was issued an A-Number(s), type or print it in the spaces provided. If they do not have an A-Number, or do not remember it, leave this space blank.

► A- 0 9 5 0 6 4 0 3 7 ► A- ► A-

**2.** Date of Birth (mm/dd/yyyy) 10/26/1978

**3.** Country of Birth

Provide the name of the country where the subject of record was born. If the country's name has changed or the country no longer exists, list the country as it was named when the subject of record was born.

El Salvador

## Part 2. Provide Information to Identify the Subject of Record (continued)

**4.** Receipt Number

Provide the USCIS receipt number that corresponds to any request the subject of record filed with USCIS.

**A.** ▶ IOE0918156310 **B.** ▶

**C.** ▶

### Subject of Record

**5. Subject of Record's Name**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Machuca de Diaz | Alba | Azucena |

**6. Additional Names Used**

If applicable, list any additional names the subject of record has used, including any nicknames, aliases, and maiden name. If the subject's name has changed since they entered the United States, indicate the name used at the time of entry in **Item Number 7.** If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

**A. Additional Name 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Machuca Cruz | Alba | Azucena |

**B. Additional Name 2**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**C. Additional Name 3**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**7. Name Used Upon Entry to the United States**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Machuca | Alba | |

### Subject of Record's Mailing Address and Contact Information

**8.** List the subject's contact information. You may list a valid residence, Army Post Office (APO), Fleet Post Office (FPO), or commercial address in the United States. You may list a post office address (PO Box) if that is how the subject receives their mail.

Street Number and Name: 6110 Eastern Avenue NE

Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: Washington

State: DC

ZIP Code: 20011

Province:

Postal Code:

Country: United States of America

Telephone Number:

Email Address:

## Part 2. Provide Information to Identify the Subject of Record (continued)

**9. Subject of Record's Father**

Family Name (Last Name): Cruz Cervellon
Given Name (First Name): Juan
Middle Name (if applicable):

☐ Father's Name is unknown.

**10. Subject of Record's Mother**

Family Name (Last Name): Machuca
Maiden Name, or previous last names:

Given Name (First Name): Maria
Middle Name (if applicable): Alicia

☐ Mother's Name is unknown.

**11. Additional Family Members that May Appear on Requested Records**

Provide the family member's full name and their relationship to the subject of record for any individual that may appear on the requested records, for example, a spouse or children.

**A. Name 1**

Family Name (Last Name): Diaz
Given Name (First Name): Elias
Middle Name (if applicable): Arcangel

Relationship: Spouse

**B. Name 2**

Family Name (Last Name): Diaz Machuca
Given Name (First Name): Ingrid
Middle Name (if applicable): Jasmin

Relationship: Biological daughter

**C. Name 3**

Family Name (Last Name): Diaz Machuca
Given Name (First Name): Yovany
Middle Name (if applicable): Alberto

Relationship: Biological Son

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

**12. Avoiding Redaction of Records Mentioning Additional Persons**

To protect the privacy of each person mentioned in records we release, we redact their information unless you provide:

- Their consent for us to release their information, either in a notarized document, or a document signed under penalty of perjury, or;
- Proof they are deceased, with a death certificate, obituary, photograph of a funeral memorial or monument; or screen print from the Social Security Death Index; or probate documents filed in court. This is not required if they were born more than 100 years before you submit this form.

Include these documents with this Form G-639 and complete pertinent sections of **Part 5. Additional Information**.

## Part 3. Certification of Request and Consent to Release, Amend, or Correct Records

### Requestor Consent to Pay Potential Fees

USCIS will contact you with instructions if any fees are required. **Please do not send any payment at the time of your request.**

In accordance with Department of Homeland Security Regulations, your request constitutes an agreement to pay any fees that may be chargeable up to **$25.00**. We may charge fees for searching for records at the respective clerical, professional, and/or managerial rates of **$4.00/$7.00/$10.25** per quarter hour, and for duplication of copies at the rate of **$.10** per copy. We do not charge for the first 100 copies and two hours of search time, and the remaining combined charges for search and duplication must exceed **$14.00** before we will charge you any fees. Search and processing fees are not applicable for Privacy Act requests.

If the total anticipated fees are more than **$250**, or you have failed to pay fees in the past, USCIS may request an advance deposit. USCIS will not process any Form G-639 until you pay all fees from prior requests.

☒ I, the requestor, consent to pay all costs incurred for search, duplication, and review of documents up to **$25**.

### Declaration that the Request is True and Complete

If you are the subject of record and requesting records about yourself or requesting a correction or amendment of your records, you must verify your identity by providing the information requested in **Part 2.** You **MUST** also sign your request below and have your signature notarized **OR** submitted under penalty of perjury**.**

Sign and date the request. A stamped or typewritten name in place of a signature is not acceptable.

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

**1.** Signature of Requestor: [signature]

Date of Signature (mm/dd/yyyy): 8/28/2025

## Part 4. Third-Party Requestor

**1. Third-Party Requestor Identifying Information**

Family Name (Last Name): KOHN

Given Name (First Name): Zachary

Middle Name (if applicable): Abraham

**2. Third-Party Requestor Mailing Address and Contact Information**

In Care Of Name (if any): Zachary Kohn

Street Number and Name: 2001 S Street NW

☐ Apt. ☒ Ste. ☐ Flr. Number: 550

City or Town: Washington

State: DC

ZIP Code: 20009

Province:

Postal Code:

Country: United States

Telephone Number: 2026777797

Email Address: zachary@dcimmigrationattorney.com

## Part 4. Third-Party Requestor (continued)

**3. Third-Party Requestor's Relationship to the Subject of Record**

What is the relationship of the subject of record to the third-party requestor?

If you are requesting information or amendment or correction of records on behalf of the subject of record (select **only** one for **Items A. - F.**):

[X] **A.** I am an attorney or accredited representative, acting on behalf of the subject of record.

[ ] **B.** I am requesting information about someone who is deceased.

[ ] **C.** I am requesting information on behalf of my child or a minor for whom I am a legal guardian.

[ ] **D.** Other (Explain):

If you are requesting information about a subject of record with whom you have no relationship:

[ ] **E.** I am requesting as a member of the media.

[ ] **F.** Other (Explain):

If you selected **Item B.** in **Item Number 3.**, provide proof they are deceased, with a death certificate, obituary, photograph of a funeral memorial or monument; or screen print from the Social Security Death Index; or probate documents filed in court. This is not required if they were born more than 100 years before you submit this form.

**4.** If you selected **Item C.** in **Item Number 3.**, you must provide proof of parentage/guardianship, such as a birth certificate, adoption decree, or similar document naming the requestor as the legal parent or guardian. You must also provide:

**A.** Parent/Guardian's Legal Name

Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable)

**B.** Parent/Guardian's Date of Birth (mm/dd/yyyy)

**C.** Parent/Guardian's Country of Birth

### Consent by Subject of Record to Release Records to a Third-Party Requestor or Allow Amendment or Correction of Records by a Third-Party Requestor

USCIS generally requests that third-party requestors prove they have the subject of the record's consent to receive the records. Alternately, third-party requestors must prove the subject of record is deceased, or otherwise demonstrate that the requested records are subject to release, such as when there is no privacy interest in the records, or if there is a public interest in the records that outweighs the subject's privacy interests. Consent by the subject of record is generally not requested if the subject of record's birthdate is more than 100 years before the submission of this request. Third party requestors who are seeking amendment or correction of records pertaining to the subject of record must demonstrate that they have the subject of record's consent and that they are acting on behalf of the subject of record.

To provide consent, complete one of the following options:

**Option 1: Declaration Under Penalty of Perjury**

[X] I, the subject of record, consent to USCIS releasing my records to a third-party requestor and/or allowing amendment or correction of my records by a third-party requestor, as named in **Part 4.** I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

**5.** Signature of Subject of Record: Alba Amachucade Diaz

Date of Signature (mm/dd/yyyy): 08/22/2025

## Part 4. Third-Party Requestor (continued)

**Option 2: Notarized Affidavit of Identity**

**IMPORTANT:** Do **NOT** sign and date below until the notary public provides instructions to you.

By my signature, I consent to USCIS releasing my records to a third-party requestor and/or allowing amendment or correction of the requested records to the third-party requestor, as named in **Part 4.** I certify, swear, or affirm that the information in this request is complete, true, and correct.

**6.** Signature of Subject of Record

**7.** Date of Signature (mm/dd/yyyy)

**8.** Subscribed and Sworn to Before Me on (mm/dd/yyyy)

**9.** Signature of Notary

**10.** Notary's Telephone Number

**11.** My Commission Expires on (mm/dd/yyyy)

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

## Part 5. Additional Information

If you need extra space to provide any additional information within this request, use the space below. You may also make copies of this page to complete this request or attach a separate sheet of paper.

If you attach additional paper:

- Type or print the subject of record's name and their A-number (if known) at the top of each sheet;
- Indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and
- Sign and date each sheet.

**1.** Subject of Record's Family Name (Last Name): Machuca de Diaz
Subject of Record's Given Name (First Name): Alba
Subject of Record's Middle Name: Azucena

**2.** Subject of Record's A-Number (if any) ► **A-** 0 9 5 0 6 4 0 3 7

**3.** **A.** Page Number: 6 **B.** Part Number: 11 **C.** Item Number: D

**D.** Diaz Machuca, Gisel Azucena - Biological Daughter
Diaz Machuca, Marcela Elizabeth - Biological Daughter

**4.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**5.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**6.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

**7.** **A.** Page Number **B.** Part Number **C.** Item Number

**D.**

## DHS Privacy Notice

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552, and the Privacy Act of 1974 (PA), 5 U.S.C. Section 552a, together with the Department of Homeland Security implementing regulations found in volume 6 of the Code of Federal Regulations (CFR).

**PURPOSE:** The primary purpose for providing the requested information on this form is to request access to information under the FOIA and/or PA, or amendment or correction of records under the PA. DHS uses the information you provide to grant or deny the information request you are seeking.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, and any requested evidence, may delay access to information or result in denial of your information or amendment request.

**ROUTINE USES:** DHS may share the information you provide on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS/ALL-001 DHS FOIA and Privacy Act Record System and DHS/ALL-037 E-Authentication Records System of Records] and the published privacy impact assessments [DHS/USCIS/PIA-077 FOIA Immigration Records System (FIRST) and DHS/ALL/PIA-038 FOIA/PA Information Processing System], which you can find at **www.dhs.gov/privacy**. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number. The public reporting burden for this collection of information is estimated at 40 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the request, preparing statements, attaching necessary documentation, and submitting the request. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Citizenship and Immigration Services, Office of Policy and Strategy, Regulatory Coordination Division, 5900 Capital Gateway Drive, Mail Stop #2140, Camp Springs, MD 20588-0009; OMB No. 1615-0102. **Do not mail your completed Form G-639 to this address.**

Executive Office for Immigration Review

FOIA Public Access Link (PAL)



Request - 2025-93944 Back

Requester Details

To modify your **email address**, email EOIR.FOIARequests@usdoj.gov.

To modify any **other details** of your requester profile, click *My Account* at the top of the page.

**Ms. Irene Rodriguez**
Legal Assistant
HAYNES NOVICK IMMIGRATION
2001 S ST, NW
STE 550
WASHINGTON, DC 20009
Phone 202-843-5394
irene@dcimmigrationattorney.com

Requester Default Category: Commercial Organization

Request Details

| | |
|---|---|
| Date Requested | 08/28/2025 |
| Status | Closed |

Mailing Address

This pre-populated address pulls from your requester profile. If this address is incorrect, please update your profile by clicking on *My Account* above **before** proceeding with this request. If your profile address is correct but you would like our response to be mailed to a different address, please fill in the different address below.

| | | | |
|---|---|---|---|
| Street 1 | 2001 S ST, NW | Street 2 | STE 550 |
| City | WASHINGTON | State | District of Columbia |
| | | Country | United States |
| Zip Code | 20009 | | |

General Information

**Request Type**

| Items Requested | R |
|---|---|
| Record of Proceedings (ROP), Audio, or any document that would be found inside of an ROP | R |
| Other Information (e.g., data, statistics, communications, policies, memoranda) | R |

**IMPORTANT!**

**Failure to select the proper Request Type** will prevent you from providing required information and ca **delay** in response and/or an **administrative closure** of your request. Please **verify** the Request Type **above** *before* selecting.

Request Type: ROP

**Requester Category**

| If you are: | Se |
|---|---|
| Making a request for yourself or on behalf of someone seeking information for a use or purpose that furthers the commercial trade or profit interests of the requester; | Co Org |
| A member of an educational institution (student, researcher, professor, etc.), which operates a program of "scholarly research" or a noncommercial scientific institution, operating solely for the purpose of conducting scientific research not intended to promote any particular product or industry; | Edu Co |
| "[A]ny person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience"; or | Ne |

Making a request for yourself or on behalf of someone else and do not fall in one of the categories above (this includes attorneys making requests for their clients). (**Most typical requester category**) Oth

5 U.S.C. § 552

An asterisk (*) indicates the field is required.

Requester Category: Commercial Organi:

How would you like to receive a response to your request if records are available?

- Choose "**Electronic**" to receive your files **as quickly as possible**.
- If you absolutely must have the response mailed, please note that **fees may be incurred** and the **response may be delayed**.

Delivery Mode: Electronic

Request Information

**Description**

**Provide a summary** of the items requested. **Note:** It is **unnecessary to upload a description document** unless more space is needed.

Please be aware that EOIR is a component of the Department of Justice and the custodian of records for the "Record of Proceedings" (ROP), which is the compilation of documents and digital audio recordings produced in proceedings before the immigration courts and the BIA. The Department of Homeland Security (DHS) is the custodian of records for the "A-file," which is a series of records of a person's immigration history and is maintained and stored by DHS. EOIR is not the custodian of records for DHS or its components, nor does EOIR have access to DHS's A-files. EOIR does not create an ROP until matters are initiated by DHS. Nevertheless, EOIR may create and maintain ROPs for proceedings other than removal proceedings (i.e., credible fear reviews, bond hearings).You may request a copy of your Notice to Appear (NTA) and full A-file from DHS.
An asterisk (*) indicates the field is required.

Description: Any and all records related to any removal proceedings for Alba Azucena Machuca de Diaz (Date Range for Record Search: From 01/01/1999 To

The **Description Document** field below is **optional.** If you chose to use it, **do not upload duplicates** of documentation provided in other parts of this form.

Description Document: Add Attachment

**Note:**

- If you are requesting an **ROP, Audio, or Specific Document(s) in an ROP**, please provide a date range of the proceeding you are seeking.
- If you are requesting **Other Information**, please specify the date range of the records you are seeking.

Date Range for Record Search: From(mm/dd/yyyy): 01/01/1999 To (mm/dd/yyyy): 08/28/2025

Subject Matter of Request

**Note:**

- Requesting **audio may delay delivery**, especially for older proceedings that may only be available on a cassette tape.
- If known, enter the **charging document/NTA date** or **date of proceeding** you are requesting in the relevant fields of the *ROP/Audio Requests* section below.
- If requesting **more than one known proceeding**, submit an **additional FOIA request** for *each proceeding* for faster processing. **Requesting multiple proceedings in one request may delay processing.**

An asterisk (*) indicates the field is required.

Subject Matter of Request: -------------Select-

Specific Doc. Details: Removal proceedi

ROP/Audio Requests

An asterisk (*) indicates the field is required.

Please use this format for the **Respondent's Name** below: **Last Name, First Name Middle Name** (e.g., Doe, Chris Rae).

Respondent's Name: Alba Azucena Mac

Please provide a known **A-number** (e.g., **123456789**) for the subject of record, which will assist us in locating the requested record as quickly as possible.
If the subject of record has more than one A-number, include additional A-number(s) in the **Description** box of the *Request Information* section above.
If you do not know the A-number, enter "**000000000**"(nine zeros) in this field.

A-Number: 95064037

The information below is not required; however, it could assist in locating the record, especially if you cannot provide the A-number.

Charging Document/NTA Date (mm/dd/yyyy)

ROP/Audio Additional Information

The information below is **not required**; however, it could assist in locating the record, especially if you cannot provide the A-number.

Respondent Alias

Parents Name 1

Parents Name 2

Port of Entry

Date of Entry (mm/dd/yyyy)

Place of Proceeding

Date of Proceeding (mm/dd/yyyy)

Fee Information

**General Fee Rules:**

- **Commercial Use Requesters -** Search, review, and duplication fees may apply.
- **Institutions/Media -** Duplication fees may apply.
- **All Others -** Search and duplication fees may apply. However, if you are a **respondent** or **attorney** making a request **on behalf of a respondent**, fees will generally **not be charged** for ROP-related requests.

If any fees will be charged, you will be **notified in advance** of processing the request.

Please visit our How to Submit a Request webpage and 28 C.F.R. § 16.10 for detailed information about fees and fee waivers.

An asterisk (*) indicates the field is required.

Willing to Pay All Fees

Amount Willing to Pay ($) 25.00

Fee Waiver Requested

Fee Waiver Request Reason

Cost Details

| | |
|---|---|
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |
| Payment Status | No Charges |

Expedite Information

Complete this section if you believe you meet the requirements for expedited processing. Verify these requirements under the Freedom of Information Act, 5 U.S.C. § 552(a)(6)(E) **before** making your selection.

The four (4) justifications for expedited processing include:

1. Circumstances in which the lack of expedited processing could reasonably be expected to pose an **imminent threat to the life or physical safety** of an individual;
2. An **urgency to inform the public about an actual or alleged Federal Government activity**, if made by a person who is primarily engaged in disseminating information;
3. The loss of **substantial due process rights**; or
4. A matter of **widespread and exceptional media interest** in which there exist possible questions about the government's integrity that affect public confidence.

**Note:** It is **not sufficient merely to allege** that requested records are "needed" in connection with some judicial or administrative proceeding. *Rivera v. DEA*, 2 GDS 81,365 at 81,953 (D.D.C. 1981) (relying on 8 C.F.R. § 16.5(e)(1)(iii)).

If you are requesting expedited processing, **upload documentation to verify** that you meet the criteria for at least one of the four (4) justifications above.

**Do not upload duplicates** of documentation provided in other parts of this form.

An asterisk (*) indicates the field is required.

Expedited Processing Requested

Add Attachment

Justification

**PRIVACY ACT STATEMENT**

The information collected by the Executive Office for Immigration Review (EOIR) through FOIAXpress and the Public Access Link (PAL) is authorized by 5 U.S.C. § 552 and 5 U.S.C. § 552a. Specifically, 5 U.S.C. § 552 authorizes the collection of information, records, and related correspondence on individuals who have submitted requests for records to an agency. The Privacy Act, 5 U.S.C. § 552a(d), authorizes the collection of information, records, and related correspondence on individuals who have submitted requests under the provisions of the Privacy Act for records about themselves.

The information solicited by FOIAXpress and the PAL is voluntary for individuals who wish to submit requests for records. EOIR may not be able to respond to your request or locate responsive records if you fail to provide certain information, such as names, A-numbers, or a date range for the records search. EOIR will use this information to search for records responsive to your requests, track FOIA and Privacy Act requests, manage requestor fees and payments where applicable, correspond with requestors, and provide responsive documents to requestors. EOIR uses the information collected by FOIAXpress and the PAL for authorized routine uses, including sharing with other federal government agencies and courts, as provided in the following System of Records Notices (SORNs) or their successors: JUSTICE/ DOJ-004, Freedom of Information Act, Privacy Act, and Mandatory Declassification Review Records, and EOIR-001, Records and Management Information System. These SORNs can be found on the Department of Justice's website at https://www.justice.gov/opcl/doj-systems-records.

**U.S Department of Justice**
Executive Office for Immigration Review

OMB# 1125-0017
**Certification and Release of Records**

**Purpose:** The primary purpose for providing the requested information on this form is for parties in cases or individuals who are in or have been in proceedings before the Executive Office for Immigration Review (EOIR) to authorize the disclosure of their information, including information retained in case files or a Record of Proceeding (documents, and if applicable, audio recordings), to an attorney, accredited representative, qualified organization, or other third party.

**Disclosure**: To ensure that privacy-protected information is not improperly released, a document such as this form, which verifies your identity, must accompany all requests for access to records containing your information. You may choose what information you wish to be disclosed, but failure to fully complete the form, including any additional information requested to process the request, may delay access to information or result in denial of an information request.

**Authorities:** The information requested on this form, and the associated evidence, is collected under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a, together with the Department of Justice and Executive Office for Immigration Review implementing regulations found in volumes 8 and 28 of the Code of Federal Regulations.

**Freedom of Information Act Statement**: Requests for information about a person other than the requester require proper authorization allowing release of the information. If you are seeking non-public information regarding a person who is not you or a person you represent, the FOIA Service Center recommends having the person who is the subject of the request complete and sign this form for this purpose. If a disclosure would constitute a clearly unwarranted invasion of personal privacy, EOIR may not release the requested information without a signed form EOIR-59. Please note that prior to releasing any information, EOIR assesses the applicability of all FOIA exemptions. For additional information on submitting a FOIA or Privacy Act Request to EOIR, see https://www.justice.gov/eoir/foia-submit-a-request.

**Paperwork Reduction Act:** Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is ten minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

**Privacy Act Statement.** In accordance with 28 C.F.R. § 16.41, personal data sufficient to identify the individual submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. § 552a, is required. This data should at a minimum include full name, mailing address, and place and date of birth. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if EOIR cannot confirm identity and guardianship based on the information provided. False information on this form may subject the filer to criminal penalties under 18 U.S.C. § 1001 and 5 U.S.C. § 552a(i)(3).

**U.S Department of Justice**
Executive Office for Immigration Review

OMB# 1125-0017
**Certification and Release of Records**

## Part A. Information Regarding the Noncitizen or Subject of the Records Sought

| 1. Alien Registration Number(s) (A-numbers) (if any) | 2. Current Legal Name (Last, First, Middle) |
|---|---|
| 095064037 | Machuca de Diaz Alba Azucena |

3. Other Names By Which You Have Been Known Since Birth:
Alba Azucena Machuca

4. Current Address

(Note: If you are a noncitizen and your address has changed, please complete the EOIR-33, Change of Address/Contact Information Form, available at https://www.justice.gov/eoir/list-downloadable-eoir-forms.)

Street Number and Name: 6110 Eastern Avenue NE
Apartment Number or Unit Number (if any):

| City and State or Province | Country | Zip Code (if any) | Telephone Number |
|---|---|---|---|
| Washington DC | United States of America | 20011 | ( 202 ) 6696338 |

5. Previous Address (if applicable)
Street Number and Name:
Apartment Number or Unit Number (if any):

| City and State or Province | Country | Zip Code (if any) | Telephone Number |
|---|---|---|---|
| | | | ( ) |

| 6. Date of Birth (mm/dd/yyyy) | 7. Country of Nationality or Citizenship | 8. Place of Birth |
|---|---|---|
| 10/26/1978 | El Salvador | El Salvador |

9. (Check One) ☒ Release all of my records ☐ Only release the following records: (specify exact records you wish to be released)

## Part B. Recipient's Information

| 1. Recipient's Full Name (Last, Middle, First) | 2. Recipient's Organization (if applicable) |
|---|---|
| Zachary Kohn | Haynes Novick Kohn Immigration |

3. Recipient's Mailing Address
In Care of Name (if any) Haynes Novick Kohn Immigration

Street Number and Name: 2001 S Street NW
Apartment Number or Unit Number (if any): Suite 550

| City and State or Province | Country | Zip Code (if any) | Telephone Number |
|---|---|---|---|
| Washington | United States of America | 20009 | ( 202 ) 2026777797 |

4. Recipient's Email Address
zachary@dcimmigrationattorney.com

5. Recipient's Relationship to Subject of Record

| | | |
|---|---|---|
| ☒ Attorney or legal representative. Proceed to 6. | ☐ Parent or guardian. If signing on behalf of Subject of Record, you must complete Part C. | ☐ Other. Please specify: |

6. Recipient's EOIR-ID Number (if any)
DH377566

**U.S Department of Justice**
Executive Office for Immigration Review

OMB# 1125-0017
**Certification and Release of Records**

## Part C. Parent or Guardian Information

You must complete this part if you are the parent or guardian of the Subject of Record and you are completing this form on behalf of the Subject of Record.

| 1. Date of Birth (mm/dd/yyyy) | 2. Place of Birth | |
|---|---|---|
| 3. Current Address<br>Street Number and Name | Apartment Number or Unit Number (if any) | |
| City and State or Province | Country | Zip Code (if any) |

4. Relation to Subject of Record: ______________________

☐ By checking this box, I understand that 28 C.F.R. § 16.41 requires that I attach proof of my relationship to the subject of the record if I am requesting a copy of a Record of Proceeding or requesting copies of records under the Freedom of Information Act or the Privacy Act.

## Part D. Signature of Noncitizen, Subject of Record, or Parent or Guardian of Subject of Record

By my signature below, unless otherwise specified above, I consent to EOIR releasing any and all information relating to me to the above-named Recipient. This consent will allow the Recipient to receive and/or examine potentially sensitive information and documents. If filing this request on my own behalf, I also consent to pay all costs incurred for search, duplication, and review of documents up to $25.

I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named in Part A above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both.

| 1. Signature | 2. Date |
|---|---|
| Alba A Machuca de Diaz | 08/22/2025 |

**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB#1125-0005
**Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals**

**(Type or Print)**
**NAME AND ADDRESS OF REPRESENTED PARTY**

Alba | Azucena | Machuca de Diaz
(First) (Middle Initial) (Last)

6110 Eastern Avenue NE
(Number and Street) (Apt. No.)

Washington | DC | 20011
(City) (State) (Zip Code)

**A-NUMBER**
(Provide Alien ("A") number of the party represented)
095064037

USCIS Visa Appeal (Provide beneficiary name and A number)

Fine (Provide fine number)

Disciplinary case (Provide docket number)

**Attorney or Representative (please check one of the following):**

- [x] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary), and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** DC **Bar Number (if applicable)** 1046339

- [ ] I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:
- [ ] I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
- [ ] I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3) and I have included a statement demonstrating that I meet the required criteria.
- [ ] I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from ____________ (country).
- [ ] I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

- [x] I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
- [ ] EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Board of Immigration Appeals. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **SIGNATURE OF ATTORNEY OR REPRESENTATIVE** | **EOIR ID NUMBER** | **DATE** |
|---|---|---|
| X | DH377566 | 8/26/2025 |

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

Name: Zachary | Abraham | Kohn
(First) (Middle Initial) (Last)

Address: 2001 S Street NW Ste. 550
(Number and Street) (Suite)

Law Firm: Haynes Novick Kohn Immigration

Washington | DC | 20009
(City) (State) (Zip Code)

Telephone: (202) 677-7797 Facsimile: (202) 293-6230 Email: zachary@dcimmigrationattorney.com

- [ ] Check here if new address