# EXHIBIT H

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

(b)(6)

U.S. Department of Justice
Immigration and Naturalization Service

OMB # 1115-0163: Expires - 10/31/01

# Application for Employment Authorization

[redacted]

**Do Not Write in This Block**

Remarks

Action Stamp

[redacted]

A# 95-064-037

Applicant is filing under 274a.12 C19

☒ Application Approved. Employment Authorized / Extended (Circle One) until [redacted] (Date). 9-9-03 (Date).

(b)(6) (b)(7)(c) (b)(7)(E)

Subject to the following conditions:

☐ Application Denied.

[redacted] ailed to establish eligibility under 8 CFR 274a.12 (a) or (c).
ailed to establish economic necessity as required in 8 CFR 274a.12(c) (14) (18) and 8 CFR 214.2(f)

for: ☐ Permission to accept employment
☐ Replacement (of lost employment authorization document).
■ Renewal of my permission to accept employment (attach previous employment authorization document).

| | |
|---|---|
| ily Name in CAPS) (First) (Middle)<br>DE DIAZ Alba A | 11. Have you ever before applied for employment authorization from INS?<br>■ Yes (If yes, complete below) ☐ No |
| s Used (Include Maiden Name) | Which INS Office? EAC Date(s) 08-13-01 |
| the United States (Number and Street) (Apt. Number)<br>Hampshire Avenue, NW | Results (Granted or Denied - attach all documentation)<br>Granted |
| City) (State/Country) (ZIP Code)<br>Washington DC 20010 | 12. Date of Last Entry into the U.S. (Month/Day/Year)<br>07-05-99 |
| 4. Country of Citizenship/Nationality<br>El Salvador | 13. Place of Last Entry into the U.S.<br>Eagle Pass, TX |
| 5. Place of Birth (Town or City) (State/Province) (Country)<br>La Union El Salvador | 14. Manner of Last Entry (Visitor, Student, etc.)<br>EWI |
| 6. Date of Birth (Month/Day/Year) 10-26-78<br>7. Sex ☐ Male ■ Female | 15. Current Immigration Status (Visitor, Student, etc.)<br>Temporary Protected Status |
| 8. Marital Status ■ Married ☐ Single ☐ Widowed ☐ Divorced | 16. Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| 9. Social Security Number (Include all Numbers you have ever used)<br>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 | Eligibility under 8 CFR 274a.12 |
| 10. Alien Registration Number (A-Number) or I-94 Number (if any)<br>A095-064-037 | ( c ) ( 19 ) ( ) |

RECEIVED CENTER DIRECTOR 2002 OCT 31 AM 5:28 ST. ALBANS, VT USVSC 05479-0001 251 V134906

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

*Signature* alba azucena machuca Diaz

Telephone Number (202) 882-2467

Date 10-28-02

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

[redacted]

Address
CARECEN
1459 Columbia Rd. N.W.
Washington DC 20009

[redacted]

0-28-02

(b)(6)

00015315

| Initial Receipt | Re[redacted] | | | | cted | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 8/11/01)Y

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME MACHUCA DE DIAZ, ALBA A

INS A# 095-064-037

CARD # EAC0123459067

Sex F

fingerprint not available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 08/13/01 EXPIRES 09/09/02

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0170

# Application for Temporary Protected Status

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1. Type of application *(check one)*

1. ____ This is my first application to register for Temporary Protected Status.
2. X This is my application for annual registration/re-registration. I have previously been granted Temporary Protected Status. I have maintained and continue to maintain the conditions of eligibility for Temporary Protected Status.

## Part 2. Information about you

Family Name: MACHUCA DE DIAZ | First: Alba | Middle Initial: A

U.S. Mailing Address - Care of

Street Number and Name: 3519 New Hampshire Avenue, NW | Apt. #:

Town/City: Washington | County:

State: DC | ZIP Code: 20010

Place of Birth (Town or City): | (State/Country): La Union El Salvador

Country of Residence: USA | Country of Citizenship: El Salvador

Date of Birth *(month/day/year)*: 10-26-78 | Sex: ☐ Male ■ Female

Marital Status: ☐ Single ■ Married ☐ Divorced ☐ Widowed | Other Names Used *(including maiden name)*: NONE

Date of entry into the U.S.: 07-05-99 | Place of entry into the U.S.: Eagle Pass, TX

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: EWI

Arrival/Departure Record (I-94) Number: N/A | Date authorized stay expired/or will expire, as shown on form I-94 or I-95: N/A

Your current immigration Status
In Status *(state nonimmigrant classification e.g. F-1, etc.)*: Temporary Protected Status
Out of Status *(state nonimmigrant violation e.g. overstay student etc.; EWI)*:

Alien Registration Number *(If any)*: A095-064-037 | Social Security Number: 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

Are you now or have you ever been under immigration proceedings?
☐ Yes ■ No Where ________ When ________
☐ Exclusion ☐ Deportation ☐ Rescission ☐ Judicial Proceedings

## Part 3. Information about your spouse and children *(if any)*

Last Name of Spouse: Diaz | First: Elias | Middle Initial:

Address (Number and Street): Same as above | Apt. #:

Town/City: | State:

Country: | Zip/Postal Code:

00015315

*Continued on back.*

Remarks

Action Stamp

Fee Stamp

Case ID#:

A#

**To Be Completed by *Attorney or Representative, if any***
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form I-821 (Rev. 10/02/00)Y

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 3. Information about your spouse and children (continued)

| Date of Birth (month/day/year) | Date and Place of Present Marriage |
|---|---|
| 07-12-58 | 01-1995, El Carmen, La Union, El Salvador |
| **Name of Prior Husbands/Wives** | **Date(s) Marriage(s) Ended** |
| | (b)(6) |

List the names, ages, and current residence of any children

| Name - (Last) | (First) | Middle Initial | Date of Birth | Residence |
|---|---|---|---|---|
| [redacted] | | | | |
| | | | | |
| | | | | |

## Part 4. Eligibility Standards

1. **Fill in the necessary information:**

I am a national or an alien having no nationality who last habitually resided in the foreign state of El Salvador, and I entered the United States on 07-05-99, and I have resided in the United States since that time

2. To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions. Do any of the following apply to you?

a. have you been convicted of any felony or two or more misdemeanors committed in the United States;

b. (i) have you ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group or political opinion;

(ii) have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime);

(iii) have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States; or

(iv) have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States;

c. (i) have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act;

(ii) have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more;

(iii) have you trafficked in or do you continue to traffic in any controlled substance or are or have been a knowing assister, abettor, conspirator. or colluder with others in the illicit trafficking of any controlled substance;

(iv) have you engaged or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition. or the control, or overthrow of' the government of the United States;

00015315

*Continued on next page*

**Part 4. Eligibility Standards (con't)**

(v) have you engaged in or do you continue to engage in terrorist activities;

(vi) have you engaged in or do you continue to engage or plan to engage in activities in the United States that would have potentialy serious adverse foreign policy consequences for the United States;

(vii) have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary; and

(viii) have you participated in Nazi persecution or genocide.

d. have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action;

e. have you committed a serious criminal offense in the United States and asserted immunity from prosecution;

f. have you within the past ten years engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution;

g. have you been or do you intend to be involved in any other commercial vice;

h. have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony);

i. have you ever assisted any other person to enter the United States in violation of the law;

j. (i)do you have a communicable disease of public health significance,

(ii)do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety or welfare of yourself or others;

(iii)are you now or have you been a drug abuser or drug addict;

k. have you entered the United States as a stowaway;

l. are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act);

m. do you practice polygamy;

n. were you the guardian of, and did you accompany another alien who was ordered excluded and deported from the United States;

o. have you detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody.

If any of the above statements apply to you, indicate which one(s) by number reference on the line below (for example "2 k") and include a full explanation on a separate piece of paper. If you were ever arrested you should provide the disposition (outcome) of the arrest (for example,"case dismissed") from the appropriate authority.

NONE
______________________

**PLEASE NOTE: If you placed any of the following numbered references on the line above you may be eligible for a waiver of the grounds described in the statements: 2e; 2f, 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n; 2o. Form I-601 or I-724 are the Service forms used to request a waiver. These forms are available at local INS offices or by calling the INS toll-free forms line at 1-800-870-3676.**

00015315



*Continued on back*

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 5. Your Certification

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to INS at a later date. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature: X alba azusena Machuca Díaz Date: 10-28-02 Telephone No.: (202) 882-2467

**Signature of Person Preparing Form if other than above:**

I declare that I prepared this document at the request of the person above and that i[redacted]h I have any knowledge.

Print Name: [redacted] Signature: [redacted] Date: 10-28-02

Address: CARECEN, 1459 Columbia Rd. N.W.
Washington, DC 20009

## Part 6. Checklist

(b)(6)

✓ Have you answered each question?
✓ Have you signed the application?

### Have you enclosed:

✓ The filing fee for this application or a written request for a waiver of the filing fee (see instructions, item 12)?

✓ Supporting evidence to prove identity, nationality, date of entry and residence?

✓ Other required supporting documents (fingerprint charts, pictures etc.) for each application?

**It is not possible to cover all the conditions for eligibility or to give instructions for every situation. If you have carefully read all the instructions and still have questions, please contact your nearest INS office. It is recommended that you keep a copy of this application and supporting documents for your records. For additional information, call our National Customer Service Center toll-free number at 1-800-375-5283 or visit the INS internet web site at www.ins.doj.gov.**

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

RECEIVED
CENTER DIRECTOR

2002 OCT 31 PM 5:57

INS/VSC
ST. ALBANS, VT 05479-0001
239

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL

7001 2510 0000 8486 4370

ALBA A. MACHUCA
3519 New Hampshire Ave,
Washington, DC 20010

UNITED STATES POSTAL SERVICE

0000

05479

U.S. POSTAGE
PAID
GAITHERSBURG, MD
20877
OCT 29, '02
AMOUNT

$4.65

00031621-02

RETURN RECEIPT REQUESTED

Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05749
Attention: TPS

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

OMB No. 1615-0040; Expires 08/31/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-**
**Employ**

**Do not write in this block.**

| Remarks | Action Block | [redacted] |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 ____ | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* un ______ (Date).

Subject to the following conditions: ______
☐ Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☐ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☒ Renewal of my permission to accept employment *(attach previous employment authorization document).*

1. Name (Family Name in CAPS) (First) (Middle): Machuca De Dioz Alba A
2. Other Names Used (Include Maiden Name): NONE
3. Address in the United States (Number and Street) (Apt. Number): 6110 Ester Ave NE
(Town or City) (State/Country) (ZIP Code): Washington D.C. 20011
4. Country of Citizenship/Nationality: El Salvador
5. Place of Birth (Town or City) (State/Province) (Country): Salalagua La Union El Salvador
6. Date of Birth (mm/dd/yyyy): 10/26/1978
7. Gender: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. Social Security Number (Include all numbers you have ever used) (if any): 577-33 9921
10. Alien Registration Number (A-Number) or I-94 Number (if any): A-095-064 037
11. Have you ever before applied for employment authorization from USCIS?
☒ Yes (If yes, complete below) ☐ No
Which USCIS Office? USC — Date(s): 01/03/07
Results (Granted or Denied - attach all documentation): Granted
12. Date of Last Entry into the U.S. (mm/dd/yyyy): 07/05/1999
13. Place of Last Entry into the U.S.: Eagle pass TX
14. Manner of Last Entry (Visitor, Student, etc.): EWI
15. Current Immigration Status (Visitor, Student, etc.): TPS
16. Go to **Part 2** of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
Eligibility under 8 CFR 274a.12
( A ) ( 12 ) (   )

**Certification.**

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16.**

| *Signature* | Telephone Number | Date |
|---|---|---|
| Xaila A Machuca Dioz | (202) 636-3578 | 10/18/07 |

**Signature of person preparing form, if other than above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | *Signature* | Date |
|---|---|---|---|
| | | | |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| [redacted] | | | | | | | |

Form I-765 (Rev 07/30/07) Y

(b)(6)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

Alba A Machuca de Diaz
6110 Eastern Ave., NE
Washington, DC 20011

7005 1160 0002 2226 2878

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES POSTAL SERVICE

0000 60680

U.S. POSTAGE
PAID
ANDREWS AFB,MD
20762
AUG 08, 06
AMOUNT
$4.88
00054556-15

RETURN RECEIPT
REQUESTED

TPS El Salvador
U.S. Citizenship and Immigration
Services
P.O. Box 8635
Chicago, IL 60680-8635

FIRST CLASS

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

A Machuca de Diaz
10 Eastern Ave., NE
Washington, DC 20011

7005 1160 0002 2226 2878

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES POSTAL SERVICE

0000 60680

U.S. POSTAGE
PAID
ANDREWS AFB, MD
20762
AUG 08, 06
AMOUNT
$4.88
00054556-15

RETURN RECEIPT
REQUESTED

TPS El Salvador
U.S. Citizenship and Immigration Services
P.O. Box 8635
Chicago, IL 60680-8635

FIRST CLASS

Return to Table of Contents

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

AUG 13 2006

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0040; Expires 08/31/08

# I-765, Application for Employment Authorization

Do not write in this block.

| Remarks | Action Block | (b)(6) [redacted] |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 ______ | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* un

Subject to the following conditions: ______

☐ Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☐ Permission to accept employment.
☐ Replacement of lost Employment Authorization Document.
☒ Renewal of my permission to accept employment *(attach previous Employment Authorization Document).*

1. Name (Family Name in CAPS) (First) (Middle): Machuca De Diaz Alba Azucena
2. Other Names Used (Include Maiden Name): None
3. Address in the United States (Number and Street) (Apt. Number): 6110 Eastern Ave NE
(Town or City) (State/Country) (ZIP Code): Washington DC 200011
4. Country of Citizenship/Nationality: El Salvador
5. Place of Birth (Town or City) (State/Province) (Country): Salalagua La Union El Salvoador
6. Date of Birth (mm/dd/yyyy): 10/26/1978
7. Gender: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. U.S. Social Security Number (Include all numbers you have ever used, if any): 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
10. Alien Registration Number (A-Number) or I-94 Number (if any): A- 095- 064-037
11. Have you ever before applied for employment authorization from USCIS? ☒ Yes (If yes, complete below) ☐ No
Which USCIS Office? USC Date(s): ~~1/14/2005~~ 8-24-05
Results (Granted or Denied - attach all documentation): Granted
12. Date of Last Entry into the U.S. (mm/dd/yyyy): 07/05/1999
13. Place of Last Entry into the U.S.: Eagle Pass- TX
14. Manner of Last Entry (Visitor, Student, etc.): EWI
15. Current Immigration Status (Visitor, Student, etc.): TPS
16. Go to **Part 2** of the Instructions, Eligibility Categories. In the space below place the letter and number of the category you selected from the instructions (For example, (a)(8); (c)(17)(iii); etc.)
Eligibility under 8 CFR 274a.12
( A ) ( 12 ) ( )

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16**.

| *Signature* | Telephone Number | Date |
|---|---|---|
| Alba A machuca de Diaz | 202- 636- 3578 | 07/31/2006 |

**Signature of person preparing form, if other than above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | *Signature* | Date |
|---|---|---|---|
| | | | |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

1: 38

Form I-765 (Rev. 04/01/06)Y

Return to Table of Contents

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

Machuca De Dioz Alba
61 10 Easter AVE N.E.
WASHington DC. 20011

CERTIFIED MAIL

7006 2150 0002 7238 7541

UNITED STATES POSTAL SERVICE

0000

60605

U.S. POSTAGE
PHILU
WASHINGTON,DC
20050
OCT 19, 07
AMOUNT
$3.62
00067283-22

To: USCIS
JurisDiction
427 S. La Salle - 3rd Floor
Chicago IL. 60605
United States of America

Return to Table of Contents

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0170

# Application for Temporary Protected Status

START HERE - Please Type or Print

**FOR INS USE ONLY**

Remarks

[redacted]

Action Stamp

APPROVED

(b)(6) (b)(7)(c) (b)(7)(E)

[redacted]

[redacted]

Fee Stamp

Case ID#:

A#:

## Part 1. Type of application *(check one)*

1. ✓ This is my first application to register for Temporary Protected Status.
2. ___ This is my application for annual registration/re-registration. I have previously been granted Temporary Protected Status. I have maintained and continue to maintain the conditions of eligibility for Temporary Protected Status.

## Part 2. Information about you

Family Name: machuca | First: AlBA | Middle Initial: A

U.S. Mailing Address - Care of

Street Number and Name: 3519 NEW hanshire AvN | Apt #

Town/City: washington | County

State: D-C | Zip Code: 20010

Place of Birth (Town or City): LaUNión | (State/Country): EL SALVADOR

Country of Residence: E.E.U.U | Country of Citizenship: EL SALVADOR

Date of Birth *(month/day/year)*: 10-26-78 | Sex: ☐ Male ☒ Female

Marital Status: ☐ Single ☐ Divorced ☒ Married ☐ Widowed | Other Names Used *(including maiden name)*: N/A

Date of entry into the U.S.: 7-5-99 | Place of entry into the U.S.: PiEDras NEGRAS

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: Y with ENspection

Arrival/Departure Record (I-94) Number: N/A | Date authorized stay expired/or will expire, as shown on Form I-94 or I-95: N/A

Your current immigration status
In status (state nonimmigrant classification, e.g. F-1, etc.): IleGAl INMiGRAnt

Out of status *(state nonimmigrant violation, e.g. overstay student etc.; EWI)*

Alien Registration Number *(If any)*: N/A | Social Security Number: N/A

Are you now or have you ever been under immigration proceedings?
☐ Yes ☒ No Where ______ When ______
☐ Exclusion ☐ Deportation ☐ Recission ☐ Judicial Proceedings

## Part 3. Information about your spouse and children *(if any)*

Last Name of Spouse: N/A | First | Middle Initial

Address (Number and Street): N/A | Apt #

Town/City: N/A | State

Country: N/A | Zip/Postal Code

To Be Completed by *Attorney or Representative, if any*
Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

*Continued on back.*

Form I-821 (Rev. 10/02/0

## Part 3. Information about your spouse and children (continued)

| | |
|---|---|
| Date of Birth (month/day/year) N/A | Date and Place of Present Marriage |
| Name of Prior Husbands/Wives | Date(s) Marriage(s) Ended |

List the names, ages and current residence of any children

| Name - (Last) | (First) | Middle Initial | Date of Birth | Residence |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part 4. Eligibility standards

1. **Fill in the necessary information:**

I am a national or an alien having no nationality who last habitually resided in the foreign state of El Salvador and I entered the United States on 7 5 . 99, and I have resided in the United States since that tim

2. To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions. Do any of the following apply to you?

a. have you been convicted of any felony or two or more misdemeanors committed in the United States;

b. (i) have you ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group or political opinion;

(ii) have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime);

(iii) have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States; or

(iv) have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States;

c. (i) have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act;

(ii) have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more;

(iii) have you trafficked in or do you continue to traffic in any controlled substance or are or have been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance;

(iv) have you engaged or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the government of the United States;

Form I-821 (Rev. 10/02/00)Y P:

*Continued on next page*

Part 4. Eligibility standards (continued)

(v) have you engaged in or do you continue to engage in terrorist activities;

(vi) have you engaged in or do you continue to engage or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States;

(vii) have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary; and

(viii) have you participated in Nazi persecution or genocide.

d. have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action;

e. have you committed a serious criminal offense in the United States and asserted immunity from prosecution;

f. have you within the past ten years engaged in prostitution or procurement of prostitution or do yourcontinue to engage in prostitution or procurement of prostitution;

g. have you been or do you intend to be involved in any other commercial vice;

h have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony);

i. have you ever assisted any other person to enter the United States in violation of the law;

j. (i) do you have a communicable disease of public health significance,

(ii) do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety or welfare of yourself or others;

(iii) are you now or have you been a drug abuser or drug addict;

k: have you entered the United States as a stowaway;

l. are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act);

m do you practice polygamy;

n. were you the guardian of, and did you accompany another alien who was ordered excluded and deported from the United States;

o. have you detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody.

If any of the above statements apply to you, indicate which one(s) by number reference on the line below (for example "2 k") and include a full explanation on a separate piece of paper. If you were ever arrested you should provide the disposition (outcome) of the arrest (for example, "case dismissed") from the appropriate authority.

____________________

PLEASE NOTE: If you placed any of the following numbered references on the line above you may be eligible for a waiver of the grounds described in the statements: 2e; 2f, 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n; 2o. Form I-601 or I-724 are INS forms used to request a waiver. These forms are available at local INS offices or by calling the INS toll-free forms line at 1-800-870-3676.

Form I-821 (Rev. 10/02/00)Y P

*Continued on next page*

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


**Part 5. Your certification**

Your certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to INS at a later date. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature: + ALBA A. Machuca Date: 7-20-01 Telephone No.: 202) 882-0190

Signature of person preparing form, if other than above:

I declare that [redacted] and that it is based on all information of which I have any knowledge.

Print Name: [redacted] Date: 7-20-01

Address: [redacted]

(b)(6)

**Part 6. Checklist**

✓ Have you answered each question?
✓ Have you signed the application?

**Have you enclosed:**

✓ The filing fee for this application or a written request for a waiver of the filing fee (see instructions, item 12)?

✓ Supporting evidence to prove identity, nationality, date of entry and residence?

✓ Other required supporting documents (fingerprint charts, pictures etc.) for each application?

It is not possible to cover all the conditions for eligibility or to give instructions for every situation. If you have carefully read all the instructio and still have questions, please contact your nearest INS office. It Is recommended that you keep a copy of this application and supporting documents for your records. For additional information, call our National Customer Service Center toll-free number at 1-800-375-5283 or visit the INS internet web site at www.ins.doj.gov.

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL

7002 0510 0001 8422 9920

UNITED STATES POSTAL SERVICE

0000 05479

U.S. POSTAGE PAID WASHINGTON,DC 20035 MAY 05 03 AMOUNT

$5.57

00032912-07

FIRST CLASS

From Alba D. Machuca
1476 Newton St. NW
Apt. #34, Washington, DC 20010

TO: BCIS
Attn: Mr. Paul Novak
75 Lower Welden St.
St. Albans, VT 05479-0001

RETURN RECEIPT REQUESTED

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

GLOBAL EXPRESS MONEY ORDERS, INC. PURCHASER CLAIM RECEIPT
RETAIN THIS RECEIPT AS PROOF OF PURCHASE

250232241

USCIS

PAY TO

07/31/06

$180.00

MONEY ORDER CONDITIONS OF SALE

GIFT CERTIFICATE CONDITIONS OF SALE (MERCHANT AGREEMENT)

GLOBAL

GLOBAL EXPRESS®
MONEY ORDER

PAYABLE THROUGH
North American Banking Company, MN

75-1555
912

250232241

CHECKS CASHED
4719 07/31/06

M.O.#250232241

$180DOLS00CTS

ONE HUNDRED EIGHTY AND 00/100 DOLLARS

NOT VALID OVER

PAY TO THE ORDER OF USCIS

PURCHASER, SIGNER FOR DRAWER: De Diaz Alba M

A-095-064-037

⑆091215558⑆ 3700250232241⑈

---

GLOBAL EXPRESS MONEY ORDERS, INC. PURCHASER CLAIM RECEIPT
RETAIN THIS RECEIPT AS PROOF OF PURCHASE

250232244

USCIS

PAY TO

07/31/06

$70.00

MONEY ORDER CONDITIONS OF SALE

1.) That the purchaser agrees to inscribe in ink, his name, address, date and name of the Payee and assumes responsibility for all results of his failure to do so.
2.) There is a research/replacement fee in order to receive a refund.
3.) That no request for refund be made unless this claim receipt is submitted therewith.
4.) Copies of Money Orders will only be provided for 2 years from the date of purchase.
5.) Global Express Money Orders, Inc. does not have to stop payment on Money Orders.

THERE IS A RECORD MAINTENENCE SERVICE CHARGE AS PERMITTED BY LAW IF THE MONEY ORDER IS NOT CASHED (PRESENTED FOR PAYMENT) WITHIN 1 YEAR FROM DATE OF PURCHASE. SEE REVERSE SIDE FOR DETAILS.

GIFT CERTIFICATE CONDITIONS OF SALE (MERCHANT AGREEMENT)

GLOBAL

GLOBAL EXPRESS®
MONEY ORDER

PAYABLE THROUGH
North American Banking Company, MN

75-1555
912

250232244

CHECKS CASHED
4719 07/31/06

M.O.#250232244

$70DOLS00CTS

SEVENTY AND 00/100 DOLLARS

NOT VALID OVER

PAY TO THE ORDER OF USCIS

PURCHASER, SIGNER FOR DRAWER: De Diaz Alba Machuca

A-095-064-037

⑆091215558⑆ 3700250232244⑈

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

APPOINTMENT TYPE: 000 -
ENC#:
MR# :
DOB :
PCP :

ENC# 2[illegible]71 APPT 2/01 2001 1:45 PM
MR# 001203928 DOB ~~8/05 1982~~ 0.0 1026-78
DIAZ, ALBA A
3519 NEW HAMPSHIRE AVE,

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 3 OB/GYN
316 HATHAWAY, MD, MARK
1 SELF PAY
PCP
KIM EST PAT--15 MIN

KIM

K HATHAWAY, MD

POLICY # :

PROV SIGNATURE: [redacted] APPOINTMENT:
VISIT: (b)(6) ESTABLISH

| QTY | PROC | M1 | M2 | TO | SURF | PROC DESCRIPTION | QTY | PROC | M1 | M2 | TO | SURF | PROC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 80055 | | | | | OBSTETRIC PANEL | | 11976 | | | | | REMOVAL OF IMPLANT |
| | 99211 | | | | | NURSE VISIT ONLY | | 82270 | | | | | HEMOCCULT |
| | 99201 | | | | | NEW, BRIEF PROBLEM FOCUS | | 56605 | | | | | VULVAR BIOPSY |
| | 99202 | | | | | NEW, INTERMEDIATE-EXPAND | | 57160 | | | | | INSERTION OF PESSARY |
| | 99203 | | | | | NEW, EXTENDED- DETAILED | | 81025 | | | | | UA-PREGNANCY |
| | 99204 | | | | | NEW MODERATE COMPLEXITY | | 57170 | | | | | DIAPHRAGM FITTING |
| | 99205 | | | | | NEW, CPE-COMPREHENSIVE | | 57452 | | | | | COLPOSCOPY |
| | ~~99212~~ | | | | | EST, BRIEF PROBLEM FOCUS | | 81000 | | | | | UA |
| | 99213 | | | | | EST, INTERMEDIATE EXPAND | | 57454 | | | | | COLPOSCOPY WITH BIOPSIES |
| | 99214 | | | | | EST, EXTENDED DETAILED | | 57460 | | | | | LEEP |
| | 99215 | | | | | EST, CPE-COMPREHENSIVE | | 57511 | | | | | CRYO CONIZATION |
| | | | | | | | | 58100 | | | | | ENDOMETRIAL BIOPSY |
| | 59430 | | | | | PPM CARE ONLY, FULL CARE | | 58300 | | | | | INSERTION OF IUD |
| | 59425 | | | | | ANTENATAL 4-6 VISITS | | 58301 | | | | | REMOVAL OF IUD |
| | 59426 | | | | | ANTEPARTUM >7 VISITS | | 59025 | | | | | NON-STRESS TEST |
| | 86580 | | | | | PPD TEST* | | 11042 | | | | | DEBRILE SKIN/SUBCUTANEOU |
| | 88164 | | | | | CERVICAL SMEAR/PAP SMEAR | | MEDIC | | | | | MEDICATON GIVEN |
| | 82951 | | | | | GLUCOSE TOLERANCE TEST | | .. | | | | | LAB OUTSIDE |
| | 90782 | | | | | DEPO PROVERA | | INJ | | | | | INJECTION |
| | 56501 | | | | | CHEMICAL CAUTERY | | 10060 | | | | | I&D |

| | | | | | |
|---|---|---|---|---|---|
| 789.0 | ABDOMINAL PAIN | 610.1 | FIBROCYSTIC BREAST | 625.4 | PMS |
| 623.8 | ABN VAGINAL BLEEDING | 218.9 | FIBROID UTERUS | V24.2 | POST PARTUM F/U |
| 795.0 | ABNORMAL PAP TEST | 611.6 | GALACTORRHEA | 648.03 | PREG-DIABETES |
| 303.0 | ALC* | 054.10 | HERPES | 646.63 | PREG-GU INFECTION |
| 626.0 | AMENORRHEA | V23.8 | HIGH RISK PREGNANCY | ~~643.13~~ | PREG-HYPEREMESIS |
| 285.9 | ANEMIA | 221.9 | HPV | ~~V22.2~~ | PREG-NORMAL |
| 611.72 | BREAST MASS | 401.9 | HYPERTENSION* | 642.33 | PREG-PIH |
| 611.71 | BREAST PAIN | 244.9 | HYPOTHYROIDISM | V72.3 | ROUTINE CHECK-UP |
| 622.7 | CERVICAL POLYPS | 628.9 | INFERTILITY | 097.9 | SYPHILIS* |
| 616.0 | CERVICITIS | 627.2 | MENOPAUSAL SYMPTOMS | 305.1 | TOBACCO ABUSE |
| 622.1 | CX ATYPISM/DYSPLASIA | 626.2 | MENORRHAGIA | 099.9 | URETHRITIS* |
| 595.9 | CYSTITIS | 626.1 | OLIGOMENORRHEA | 218.0 | UTERINE FIBROIDS |
| 626.8 | DUB | 789.3 | PELVIC MASS | 618.1 | UTERINE PROLAPSE |
| 625.3 | DYSMENORRHEA | 625.9 | PELVIC PAIN | 599.0 | UTI |
| 625.0 | DYSPAREUNIA | 773.0 | PERINATAL ANEMIA* | 627.3 | VAGINITIS-ATROPHIC |
| 788.1 | DYSURIA | 771.8 | PERINATAL INFECTION* | 112.1 | VAGINITIS-YEAST |
| 617.9 | ENDOMETRIOSIS | 779.9 | PERINATAL MED COND* | 616.10 | VAGINITIS/VULVOVAGIN |
| V25.09 | FAMILY PLNG* | 614.9 | PID | 221.2 | VULVAR LESION |
| 780.7 | FATIGUE | 627.1 | PMB | V67.0 | WOUND CHECK |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

this My Proof My Record
Date beFuor of Date
March of 2001

APPOINTMENT TYPE:
ENC#:
MR# :
DOB :
PCP :

ENC# 233274 APPT 1/10 2001 4:45 PM
MR# 001203928 DOB 8/05 1982 0.0 → 10·26-98
DIAZ, ALBA A
3519 NEW HAMPSHIRE AVE.

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 23 HEALTH STREET
384 PATCHEN, LORAL
1 SELF PAY
PCP
JRIVERA EST PAT--15 MIN

ZORRILLA

HAWAY, MD

(b)(6)

PROV SIGN

POLICY #
[APPOI]NTMENT: f/u 3 weeks on THURSDAY AFTERNOON
ESTABLISH

| QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION | QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ___ | 80055 | __ ____ | OBSTETRIC PANEL | ___ | 11976 | __ ____ | REMOVAL OF IMPLANT |
| ___ | 99211 | __ ____ | NURSE VISIT ONLY | ___ | 82270 | __ ____ | HEMOCCULT |
| ___ | 99201 | __ ____ | NEW, BRIEF PROBLEM FOCUS | ___ | 56605 | __ ____ | VULVAR BIOPSY |
| ___ | 99202 | __ ____ | NEW, INTERMEDIATE-EXPAND | ___ | 57160 | __ ____ | INSERTION OF PESSARY |
| ___ | 99203 | __ ____ | NEW, EXTENDED- DETAILED | ___ | 81025 | __ ____ | UA-PREGNANCY |
| ___ | 99204 | __ ____ | NEW MODERATE COMPLEXITY | ___ | 57170 | __ ____ | DIAPHRAGM FITTING |
| ___ | 99205 | __ ____ | NEW, CPE-COMPREHENSIVE | ___ | 57452 | __ ____ | COLPOSCOPY |
| ___ | 99212 | __ ____ | EST, BRIEF PROBLEM FOCUS | ___ | 81000 | __ ____ | UA |
| ___ | 99213 | __ ____ | EST, INTERMEDIATE EXPAND | ___ | 57454 | __ ____ | COLPOSCOPY WITH BIOPSIES |
| ___ | 99214 | __ ____ | EST, EXTENDED DETAILED | ___ | 57460 | __ ____ | LEEP |
| ___ | 99215 | __ ____ | EST, CPE-COMPREHENSIVE | ___ | 57511 | __ ____ | CRYO CONIZATION |
| ___ | | __ ____ | | ___ | 58100 | __ ____ | ENDOMETRIAL BIOPSY |
| ___ | 59430 | __ ____ | PPM CARE ONLY, FULL CARE | ___ | 58300 | __ ____ | INSERTION OF IUD |
| ___ | 59425 | __ X | ANTENATAL 4-6 VISITS | ___ | 58301 | __ ____ | REMOVAL OF IUD |
| ___ | 59426 | __ ____ | ANTEPARTUM >7 VISITS | ___ | 59025 | __ ____ | NON-STRESS TEST |
| ___ | 86580 | __ ____ | PPD TEST* | ___ | 11042 | __ ____ | DEBRILE SKIN/SUBCUTANEOU |
| ___ | 88164 | __ ____ | CERVICAL SMEAR/PAP SMEAR | ___ | MEDIC | __ ____ | MEDICATON GIVEN |
| ___ | 82951 | __ ____ | GLUCOSE TOLERANCE TEST | ___ | .. | __ ____ | LAB OUTSIDE |
| ___ | 90782 | __ ____ | DEPO PROVERA | ___ | INJ | __ ____ | INJECTION________ |
| ___ | 56501 | __ ____ | CHEMICAL CAUTERY | ___ | 10060 | __ ____ | I&D |

| | | | | | |
|---|---|---|---|---|---|
| 789.0 | ABDOMINAL PAIN | 610.1 | FIBROCYSTIC,BREAST | 625.4 | PMS |
| 623.8 | ABN VAGINAL BLEEDING | 218.9 | FIBROID UTERUS | V24.2 | POST PARTUM F/U |
| 795.0 | ABNORMAL PAP TEST | 611.6 | GALACTORRHEA | 648.03 | PREG-DIABETES |
| 303.0 | ALC* | 054.10 | HERPES | 646.63 | PREG-GU INFECTION |
| 626.0 | AMENORRHEA | V23.8 | HIGH RISK PREGNANCY | 643.13 | PREG-HYPEREMESIS |
| 285.9 | ANEMIA | 221.9 | HPV | V22.2 | PREG-NORMAL |
| 611.72 | BREAST MASS | 401.9 | HYPERTENSION* | 642.33 | PREG-PIH |
| 611.71 | BREAST PAIN | 244.9 | HYPOTHYROIDISM | V72.3 | ROUTINE CHECK-UP |
| 622.7 | CERVICAL POLYPS | 628.9 | INFERTILITY | 097.9 | SYPHILIS* |
| 616.0 | CERVICITIS | 627.2 | MENOPAUSAL SYMPTOMS | 305.1 | TOBACCO ABUSE |
| 622.1 | CX ATYPISM/DYSPLASIA | 626.2 | MENORRHAGIA | 099.9 | URETHRITIS* |
| 595.9 | CYSTITIS | 626.1 | OLIGOMENORRHEA | 218.0 | UTERINE FIBROIDS |
| 626.8 | DUB | 789.3 | PELVIC MASS | 618.1 | UTERINE PROLAPSE |
| 625.3 | DYSMENORRHEA | 625.9 | PELVIC PAIN | 599.0 | UTI |
| 625.0 | DYSPAREUNIA | 773.0 | PERINATAL ANEMIA* | 627.3 | VAGINITIS-ATROPHIC |
| 788.1 | DYSURIA | 771.8 | PERINATAL INFECTION* | 112.1 | VAGINITIS-YEAST |
| 617.9 | ENDOMETRIOSIS | 779.9 | PERINATAL MED COND* | 616.10 | VAGINITIS/VULVOVAGIN |
| V25.09 | FAMILY PLNG* | 614.9 | PID | 221.2 | VULVAR LESION |
| 780.7 | FATIGUE | 627.1 | PMB | V67.0 | WOUND CHECK |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

this it My pruf of my
Record
Date befor
3-17-01

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037


IMPORTANT NOTICE

THIS IDENTIFICATION CARD WAS ISSUED

OF THE STATE OF FLORIDA STATUTES

FOR IDENTIFICATION ONLY - NOT A DRIVERS LICENSE - VALID WORLDWIDE

NON US. GOVERNMENT

© USAID Systems, Inc., 211 Lincoln Road, Miami Beach, FL 33139


USA ID Systems
DISTRIC OF COLUMBIA
PHOTO IDENTIFICATION CARD
ISSUED IN ACCORDANCE WITH US. LAW
LAST NAME M.I FIRST NAME DATE OF BIRTH
MACHUCA A. ALBA 10/28/1978
SEX HEIGHT WEIGHT EYES HAIR
F 5' 01" 170 LB BRN BRN
ADDRESS
3519 New Hampshire Avenue N.W.
Washington, DC 20010
SIGNATURE OF HOLDER
3407476-c
DEC 30, 2005

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


**U.S. Department of Justice**
Immigration and Naturalization Service

K-127

Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

April 24, 2003

A Number: A95064037
File Receipt Number: EAC0123459310

ALBA A MACHUCA
3519 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20010

Please change my address to:
1476 Newton St. NW
Apt. #34
Washington, DC 20010

Dear Sir/Madam:

On March 9, 2001, the Attorney General designated El Salvador (66 FR 14214) for Temporary Protected Status (TPS). This is to notify you of the Service's intent to deny the Application for Temporary Protected Status (Form I-821) that you filed on July 25, 2001, pursuant to the above designation, under Section 244, of the Immigration and Nationality Act.

This letter is being served upon you because you have failed to establish that you are eligible for Temporary Protected Status.

Although you have been authorized a temporary employment document, you cannot be granted Temporary Protected Status under the provisions of 8 CFR 244 until the following requirements are satisfied.

Provide documents to show that you have been **physically present in the United States from March 9, 2001, to the date of filing**. Evidence to satisfy this requirement might include employment records, rent/mortgage payment receipts, medical or utility bills, or similar materials.

Title 8, CFR Section 244.9(a), states in pertinent part, "Applicants shall submit all documentation as required in the instructions or requested by the Service…" Title 8, CFR Section 244.9(b), further requires, "…To meet his or her burden of proof the applicant must provide supporting documentary evidence of eligibility apart from his or her own statements."

This Service will not make a final decision on your application for 30 days. During that time you may submit any evidence that you feel will overcome the above stated reasons for denial. If your response is not received by this office within thirty (30) days, the Service will conclude that the application is not approvable and your application will be denied.

Send your response and a copy of this letter (enclosed) to:

U.S. Immigration and Naturalization Service
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

Sincerely,

Paul E. Novak Jr.

Paul E. Novak, Jr.
Center Director

RECEIVED
CENTER DIRECTOR
2003 MAY -7 PM 2:17
INS/VSC
ST ALBANS, VT 05479-0001
263

Enclosure(s)

May 5, 2003

Department of Homeland Security
Bureau of Citizenship and Immigration Service
Vermont Service Center
Attn: Paul E. Novak, Jr., Center Director
75 Lower Welden Street
St. Albans, Vermont 05479-0001

RE: NOTICE OF INTENT TO DENY I-821
File A95 064 037
Alba MACHUCA

(b)(6)

Dea[redacted]

I Alba Machuca, respectfully ask the Vermont Service Center to accept the following evidences as proof of my physical presence in the United States:

1. Copy of Birth certificate of my child, who was born on 6-11-2001
2. Letter of the Unity Health Care Upper Cardozo Health Center, showing that I was a patient since November 6, 2000 up to February 2003.
3. Copies of Washington Hospital center reports
4. Copy of Multi-National, NON-PA MEDICAID report
5. Copies of Individual Income Tax Return, State Return and W-2 Forms for years 2001 and 2002.

Please approve my applicant for TPS. And change my address to 1476 Newton Street, NW Apt. #34, Washington, DC 20010.

Thank you very much for your kind cooperation in this matter.

Sincerely yours,

Alba a machuca Diaz

ALBA A. MACHUCA (DIAZ)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037



TPS 8635Electronically ProcessedOct 24, 07 Oct 25, 07 10:02 946931







Return to Table of Contents

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0043; Exp. 07/31/07

# I-821, Application for Temporary Protected Status

**START HERE - Please type or print in black ink.**

## Part 1. Type of application. *(check one)*

a. ☐ This is my first application to register for Temporary Protected Status (TPS).

b. ☒ This is my application for re-registration or renewal of temporary treatment benefits. I have previously been granted TPS or temporary treatment benefits. I have maintained and continue to maintain eligibility for TPS.

## Part 2. Information about you.

Family Name (Last Name): De Diaz
Given Name (First Name): Alba
Full Middle Name: Azucena

U.S. Mailing Address: (Street Number and Name): 6110 Easter Ave NE
Apt. #:

C/O: (In Care Of):

Town/City: Washington DC
State: D.C.

County: USA
Zip Code: 20011

Date of Birth *(mm/dd/yyyy)*: 10/26/78
Gender: ☐ Male ☒ Female

Place of Birth (Town or City): Salalague La union
State/Country: El Salvador

Country of Residence: USA
Country of Citizenship/Nationality:

Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

Other Names Used *(including maiden name)*: None

Date of Entry Into the U.S. *(mm/dd/yyyy)*: 07-05/1999
Place of Entry Into the U.S.: Eagle Pass TX

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: Ewi

Arrival/Departure Record (I-94) Number:
Date authorized stay expired/or will expire, as shown on Form I-94 or I-95 *(mm/dd/yyyy)*:

**Your Current Immigration Status:**
In Status *(state nonimmigrant classification, e.g. F-1, etc.)*: Temporary Protected Status
Out of Status *(state nonimmigrant violation, e.g., overstay student, EWI etc.)*:

Alien Registration Number (A#) *(if any)*: A-095 064 037
U.S. Social Security Number *(if any)*: 577-33 9921

Are you now or have you ever been under immigration proceedings?
☐ Yes ☒ No

If you answered "Yes" to the above question, provide the following information.
Type of proceedings:
☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

Location of Proceedings:
Date of Proceedings *(mm/dd/yyyy)*:

**For USCIS Use Only**

Returned
Date
Date
Resubmitted
Date
Date
Reloc Sent
Date
Date
Reloc Rec'd
Date
Date
☐ Applicant Interviewed on ______

(b)(6)

**Case ID #:**

**A #:**

**Remarks**

**Action Block**

RECEIVED
DEC 11 2007
By

**To Be Completed by** *Attorney or Representative*, if any.
☐ Fill in box if G-28 is attached to represent the applicant.
ATTY State License #

Form I-821 (Rev. 07/30/07)Y

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 3. Information about your spouse and children.** *(if any)*

[redacted]

**Part 4. Eligibility standards.**

**1. Provide the following information:**

I am a national of, or an alien having no nationality, who last habitually resided in the foreign state of:

El Salvador

I entered the United States on the following date (provide month/day/year), and have resided in the United States since that time.

07/05/1999

**2.** To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions.

If any of the questions beginning below on this page and continuing on **Page 3** apply to you, number which one(s) in the box(es): (for example, 2k for Have you entered the United States as a stowaway;) and include a full explanation on a separate sheet(s) of paper. Use the number **2** before each letter referring to the specific question (2a, 2b, etc.).

If you were ever arrested, provide the disposition (outcome) of the arrest. For example, "case dismissed" from the appropriate authority.

**NOTE:** For information about waivers concerning the grounds of inadmissibility, see **Page 3.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

**2a.** Have you been convicted of any felony or two or more misdemeanors committed in the United States;

**2b.** (i) Have you ordered, incited, assisted or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group or political opinion;

(ii) Have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime);

(iii) Have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States; or

(iv) Have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States?

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

**Part 4. Eligibility standards.** *(Continued)*

**2c.** (i) Have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act;

(ii) Have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more;

(iii) Have you trafficked in or do you continue to traffic in any controlled substance or are or have been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance;

(iv) Have you engaged or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the government of the United States;

(v) Have you engaged in or do you continue to engage in terrorist activities;

(vi) Have you engaged in or do you continue to engage or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States;

(vii) Have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary; and

(viii) Have you participated in Nazi persecution or genocide;

**2d.** Have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action;

**2e.** Have you committed a serious criminal offense in the United States and asserted immunity from prosecution;

**2f.** Have you within the past ten years engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution;

**2g.** Have you been or do you intend to be involved in any other commercial vice;

**2h.** Have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony);

**2i.** Have you ever assisted any other person to enter the United States in violation of the law;

**2j.** (i) Do you have a communicable disease of public health significance.

(ii) Do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety or welfare of yourself or others;

(iii) Are you now or have you been a drug abuser or drug addict;

**2k.** Have you entered the United States as a stowaway;

**2l.** Are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act);

**2m.** Do you practice polygamy;

**2n.** Were you the guardian of, and did you accompany another alien who was ordered excluded and deported (or removed) from the United States;

**2o.** Have you detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody?

**NOTE ABOUT WAIVERS:** If you placed any of the following numbered references in the boxes on Page **2**, you may be eligible for a waiver of the grounds described in the questions: 2e; 2f; 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n or 2o. The Form I-601 is the USCIS application used to request a waiver. The form is available at local USCIS offices, on our website at **www.uscis.gov** or by calling the USCIS toll-free forms line at **1-800-870-3676.**

TPS 8635Electronically ProcessedOct 24, 07 Oct 25, 07 10:02 946931

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

**Part 5. Signature.** *Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete* ***Part 6.***

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

| Signature | Daytime Phone Number *(Area/Country Codes)* | Date *(mm/dd/yyyy)* |
|---|---|---|
| Alba A Machuca Diaz | 202/636-3578 | 10/18/07 |

**NOTE:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.

**Part 6. Signature of person preparing form, if other than above.**

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

**Attorney or Representative:** In the event of a Request for Evidence (RFE), may USCIS contact you by Fax or E-Mail? ☐ Yes ☐ No

| Signature | Print Your Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

**Firm Name and Address**

| Daytime Phone Number *(Area/Country Codes)* | Fax Number *(Area/Country Codes)* | E-Mail Address |
|---|---|---|
| | | |

**Part 7. Checklist.**

- ☒ Did you answer each question?
- ☒ Did you sign the Form I-821 application?
- ☒ Did you submit the required application and biometric services (fingerprinting) fees?
- ☐ Did you submit the necessary documents and photos, if so required?
- ☐ Did you also submit the Form I-765 with the filing fee or a written request for a waiver of the filing fee (See instructions, items **10, 11** and **12**)?

**Have you submitted:**

- ☐ The filing fee for this application or a written request for a waiver of the filing fee (see instructions, items **10** and **12**)?
- ☐ Supporting evidence to prove identity, nationality, date of entry and residence?
- ☐ Other required supporting documents (photos, etc.) for each application?

TPS 8635EI ectronically ProcessedOct 24, 07 Oct 25, 07 10:02 9463?1

AUG 13 2006

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0170

## Application for Temporary Protected Status

**START HERE - Please Type or Print**

**Part 1. Type of application** *(check one)*

1. ☐ This is my first application to register for Temporary Protected Status.
2. ☑ This is my application for annual registration/re-registration. I have previously been granted Temporary Protected Status. I have maintained and continue to maintain the conditions of eligibility for Temporary Protected Status.

**Part 2. Information about you**

| | | |
|---|---|---|
| Family Name: De Diaz | First: Alba | Middle Initial: A |
| U.S. Mailing Address - Care of | | |
| Street Number and Name: 6110 Eastern AVE NE | | Apt. #: |
| Town/City: Washington | County: USA | |
| State: DC | Zip Code: 20011 | |
| Place of Birth (Town or City): Salalagua La Union | (State/Country): El Salvador | |
| Country of Residence: US | Country of Citizenship: El Salvador | |
| Date of Birth *(month/day/year)*: | Gender: ☐ Male ☑ Female | |
| Marital Status: ☐ Single ☑ Married ☐ Divorced ☐ Widowed | Other Names Used *(including maiden name)*: NONE | |
| Date of entry into the U.S.: 07/05/1999 | Place of entry into the U.S.: Gagle Pass TX | |
| Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: EWI | | |
| Arrival/Departure Record (I-94) Number: NONE | Date authorized stay expired/or will expire, as shown on Form I-94 or I-95: NONE | |
| Your current immigration status. In status (state nonimmigrant classification, e.g. F-1, etc.): Temporary Protected Status | | |
| Out of status *(state nonimmigrant violation, e.g., overstay student, EWI etc.)*: TPS | | |
| Alien Registration Number *(If any)*: A- 095-064-037 | Social Security Number (if any): 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 | |

Are you now or have you ever been under immigration proceedings?
☐ Yes ☑ No Where ______ When ______
☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

**Part 3. Information about your spouse and children** *(if any)*

| | | |
|---|---|---|
| Last Name of Spouse: Diaz | First: Elias | Middle Initial: A |
| Address (Street Number and Name): 6110 Eastern AVE NE | | Apt #: |
| Town/City: Washington | State: DC | |
| Country: US | Zip/Postal Code: 20011 | |

*Continued on next page.*

**FOR INS USE ONLY**

Remarks

ELECTRONICALLY REFERRED TO VSC

06 AUG 29 PM 1:37

Action Stamp

Fee Stamp

(b)(6)

Case ID#:

A#:

To Be Completed by *Attorney or Representative, if any*
Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form I-821 (Rev. 04/15/02)Y

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 3. Information about your spouse and children (continued)

| Date of Birth | Date and Place of Present Marriage |
|---|---|
| 07/12/1958 | 1995/ El Carmen La Union |
| Name of Prior Husbands/Wives<br>None | Date(s) Marriage(s) Ended<br>(b)(6) |

List the names, ages and current residence of any children

| Name - (Last) | (First) | Middle Initial | Date of Birth | Residence |
|---|---|---|---|---|
| [redacted] | | | | |
| | | | | |
| | | | | |

## Part 4. Eligibility standards.

1. **Fill in the necessary information:**

I am a national of, or an alien having no nationality who last habitually resided in the foreign state El Salvador and I entered the United States on 07/05/1999, and I have resided in the United States since that time.

If any of the statements below apply to you, indicate which one(s) by numbered reference on the line below (for example "2 k") and include a full explanation on a separate sheets(s) of paper. If you were ever arrested, you should provide the disposition (outcome) of the arrest (for example, "case dismissed") from the appropriate authority.

______________________________

**PLEASE NOTE: If you placed any of the following numbered references on the line above, you may be eligible for a waiver of the grounds described in the statements: 2e; 2f; 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n or 2o. The I-601 or I-724 are INS forms used to request a waiver. These forms are available at local INS offices or by calling the INS toll-free forms line at 1-800-870-3676.**

2. To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions. Do any of the following apply to you?

   a. have you been convicted of any felony or two or more misdemeanors committed in the United States;

   b. (i) have you ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group or political opinion;

   (ii) have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime);

   (iii) have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States; or

   (iv) have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States;


*Continued on next page.*

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


## Part 4. Eligibility standards (continued)

c. (i) have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act;

(ii) have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more;

(iii) have you trafficked in or do you continue to traffic in any controlled substance or are or have been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance;

(iv) have you engaged or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the government of the United States;

(v) have you engaged in or do you continue to engage in terrorist activities;

(vi) have you engaged in or do you continue to engage or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States;

(vii) have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary; and

(viii) have you participated in Nazi persecution or genocide;

d. have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action;

e. have you committed a serious criminal offense in the United States and asserted immunity from prosecution;

f. have you within the past ten years engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution;

g. have you been or do you intend to be involved in any other commercial vice;

h. have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony);

i. have you ever assisted any other person to enter the United States in violation of the law;

j. (i) do you have a communicable disease of public health significance,

(ii) do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety or welfare of yourself or others;

(iii) are you now or have you been a drug abuser or drug addict;

k. have you entered the United States as a stowaway;

l. are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act);

m do you practice polygamy;

n. were you the guardian of, and did you accompany another alien who was ordered excluded and deported (or removed) from the United States;

o. have you detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody?



*Certification on next page.*

## Part 5. Your certification

Your certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to INS at a later date. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature: Alba A Machuca Diaz Date: 7/31/2006 Telephone No.: 202-636- 3578

**Signature of person preparing form, if other than above:**

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name: ______ Signature: ______ Date: ______

Address: ______

## Part 6. Checklist

- [x] Did you answer each question?
- [x] Did you sign the Form I-821 application?
- [ ] If you are a first time TPS applicant, did you submit the required application and fingerprinting fees?
- [x] Did you submit the necessary documents and photos, if so required?
- [x] Did you also submit the Form I-765 and fee, if required to pay the fee?

### Have you submitted:

- [x] the filing fee for this application or a written request for a waiver of the filing fee (see instructions, item 12)?
- [ ] supporting evidence to prove identity, nationality, date of entry and residence?
- [x] other required supporting documents (photos, etc.) for each application?

### Do you need additional information?:

**It is not possible to cover all the conditions for eligibility or to give instructions for every situation. If you have carefully read all the instructions and still have questions, please contact your nearest INS office. It Is recommended that you keep a copy of this application and supporting documents for your records. For additional information, call our National Customer Service Center toll-free number at 1-800-375-5283 or visit the INS internet web site at www.ins.usdoj.gov.**

PAGE WITHHELD PURSUANT TO (b)(6)

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

Unity Health Care, Inc.
*Upper Cardozo Health Center*
3020 14th Street NW
Washington DC 20009
OB/GYN

Clinic (202) 745-4300
Billing (202) 745- 4300
Appointments (OB/GYN) (202) 518-6476

ENC# 263191 [redacted] 4/26 2001 9:45 AM
MR# 001203928 [redacted]OB 8/05 1982 0.0
DIAZ, ALBA A
3519 NEW HAMPSHIRE AVE.

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 3 OB/GYN
316 HATHAWAY, MD, MARK
1 SELF PAY
PCP HATHAWAY, MD, MARK
MICHELLE1 EST PAT--15 MIN

| EXISTING | PRENATAL SERVICES | NEW |
|---|---|---|
| CPT | OFFICE | CPT |
| 99211 | NURSE VISIT ONLY | 99211 |
| 99212 | BRIEF - PROBLEM FOCUSED | 99201 |
| 99213 | INTERMEDIATE - EXPANDED | 99202 |
| 99214 | EXTENDED - DETAILED | 99203 |
| N/A | MODERATE COMPLEXITY | 99204 |
| 99215 | CPE - COMPREHENSIVE | 99205 |
| 99058 | EMERGENCY VISIT | 99058 |
| **EXISTING** | **PREVENTIVE SERVICES** | **NEW** |
| 99394 | AGE 12-17 | 99384 |
| 99395 | AGE 18-39 | 99385 |
| 99396 | AGE 40-64 | 99386 |
| 99397 | AGE 65 & OVER | 99387 |
| **CPT** | **CONSULTATIONS / SPECIALIST** | |
| 99241 | NEW/EST PROBLEM FOCUSED | |
| 99242 | NEW/EST EXPANDED | |
| 99243 | NEW/EST DETAILED | |
| 99244 | NEW/EST COMPREHENSIVE | |
| | | |
| 99024 | Surgery Follow-Up | |
| 59425 | ANTEPARTUM CARE 4-6 VISITS | |
| 59426 | ANTEPARTUM CARE >7 | |
| 59430 | POSTPARTUM CARE (separate procedure) | |
| **CPT** | ***MEDICATION / INJECTIONS*** | |
| 90782 | DEPO PROVERA | |
| | *BICILLIN* | |
| | *CEPHTRIAXONE* | |
| J1050 | *DEPO PROVERA* | |
| J8999 | OC | |
| **CPT** | **PROCEDURES** | |
| 57452 | COLPOSCOPY | |
| 58100 | ENDOMET BIOPSY | |
| 10060 | I & D | |
| 76092 | MAMMOGRAM * | |
| 11100 | PUNCH BIOPSY | |
| 11101 | PUNCH BIOPSY-ADDITIONAL | |
| 53670 | UA CATH | |
| | | |
| | | |
| **CPT** | **LABORATORY** | |
| 82270 | FECAL OCH BLD | |
| 84703 | HCG, URINE (pregnancy) | |
| 86689 | HIV TEST * | |
| 80055 | *OBSTETRIC PANEL* | |
| 88164 | PAP SMEAR * | |
| | STREP SCREEN | |
| 86580 | TB INTRADERMAL * | |
| 81002 | URINE CHEM | |

THANK YOU! GRACIAS!

**GYNECOLOGIC DIAGNOSES**

| BREAST | CODE |
|---|---|
| Neoplasm - Breast* | 174.8 |
| Cyst Solitary | 610.0 |
| Cystic Disease | 610.1 |
| **CERVIX** | |
| Cervicitis & Endocervicitis | 616.0 |
| Neoplasm - Cervix* | 180.9 |
| Dysplasia of Cervix | 622.1 |
| Pap Smear Abnormal | 795.0 |
| Pap Smear Routine | V76.2 |
| Stricture & Stenosis | 622.4 |
| **COMPLICATIONS** | |
| Non-healing surgical wound | 998.83 |
| **COUNSELING** | |
| Sexually Transmitted Disease | V65.45 |
| Substance Use & Abuse | V65.42 |
| HIV Counseling | V65.44 |
| **EXAMINATIONS** | |
| Follow-up after Surgery | V67.0 |
| Exam w/Pap | V72.3 |
| **FAMILY PLANNING** | |
| Contraception routine exam | V25.40 |
| Diaphragm Fitting | V25.02 |
| Family Planning Advice* | V25.09 |
| IUD check, reinsert or remove | V25.42 |
| IUD insertion | V25.1 |
| Norplant check,reinsert,remove | V25.43 |
| Norplant insert | V25.5 |
| Oral Contraceptives Rx | V25.01 |
| Repeat Rx for oral | V25.41 |
| Tubal ligation status | V26.51 |

| INFERTILITY | CODE |
|---|---|
| Infertility Unspecified Orgin | 628.9 |
| **MENOPAUSE** | |
| Menopausal Symptoms | 627.2 |
| Postmenopausal bleeding | 627.1 |
| **MENSTRUATION** | |
| Abnomal uterine bleeding, unspecified | 626.9 |
| Amenorrhea | 626.0 |
| Dysfunctional uterine bleeding | 626.8 |
| Menorrhagia | 626.2 |
| **OVIDUCTS AND OVARIES** | |
| Cyst, unspecified | 620.0 |
| **PAIN** | |
| Pelvic Pain | 625.9 |
| Abdominal Pain | 789.0 |
| **PERITONEAL CAVITY** | |
| Pelvic inflammatory disease | 614.9 |
| Pelvic mass (specify site) | 789.3X |
| **RESPIRATORY TRACT** | |
| Asthma* | 991.9 |
| Bronchiolitis Acute* | 466.0 |
| URI, unspecified acute | 466.9 |
| **URINARY TRACT** | |
| Stress incontinence | 625.6 |
| Urinary tract infection | 599.0 |
| **UTERUS** | |
| Benign neoplasm of uterus | 219.1 |
| Presence of contraceptive device | V45.51 |
| Polyp of corpus uteri | 621.0 |
| Uterine prolapse | 618.1 |

| VAGINA | C |
|---|---|
| Candidiasis | 1 |
| Endometriosis | 6 |
| **VIRAL DISEASES** | |
| Condyloma acuminatum | 07 |
| Genital herpes | 05 |
| HIV Asymptomatic* | V |
| HIV Symptomatic* | 0 |
| Syphilis* | 09 |
| **VULVA PERINEUM & INTROITU** | |
| Bartholin's Gland abscess | 61 |
| **COMMENTS / NOTES** | |

**OBSTETRIC DIAGNOSES**

| Abortion | CODE |
|---|---|
| Abnormal product of conception | 631 |
| Hemorrhage early pregnancy | 640.93 |
| **ANTEPARTUM CARE** | |
| Antepartum hemorrhage | 641.93 |
| Benign essential hypertension | 642.0X |
| Excessive weight gain | 646.13 |
| Gestational diabetes | 648.8X |
| Grand multiparity | V23.3 |
| High risk pregnancy | V23.9 |
| Mild hyperemesis gravidarum | 643.03 |
| Insufficient prenatal care | V23.7 |
| Pre-eclampsia mild | 642.43 |
| Pre-existing hypertension | 642.2X |
| Threatened abortion | 640.03 |
| Twin pregnancy | 651.03 |
| Vomiting pregnancy | 643.93 |
| Urinary tract infection | 646.63 |

| | |
|---|---|
| Fetal Death in Uterine | 656.4 |
| **BREAST** | |
| Mastitis | 675.2X |
| **ECTOPIC & MOLAR PREGNANCY** | |
| Hydatidiform mole | 630 |
| **POSTPARTUM** | |
| Casarean wound infection | 674.32 |
| Routine postpartum f/up | V24.2 |

X = 5th digit required
* = Required for UDS repor

PROVIDER

*White Copy : Patient Financial Svcs.*
*Yellow Copy: Patient*

NEXT APPOINTMENT

A

MULTI-NATIONAL NON-PA MEDICAID
645 H STREET, NE
WASHINGTON DC 20002

09/25/01
451

PHONE NUMBER : 2026984252

REQUEST FOR SOCIAL SECURITY NUMBER

DEAR MR/MS DIAZ

AS AN ELIGIBILITY REQUIREMENT, ALL APPLICANTS AND RECIPIENTS OF AFDC, REFUGEE ASSISTANCE AND/OR FOOD STAMPS MUST APPLY FOR OR PROVIDE A VERIFIED SOCIAL SECURITY NUMBER FOR EACH HOUSEHOLD MEMBER.

OUR RECORDS SHOW THAT WE DO NOT HAVE PROOF OF THE SOCIAL SECURITY NUMBER FOR THE PERSONS LISTED BELOW. YOU MUST PROVIDE PROOF OF THE SOCIAL SECURITY NUMBER OR PROOF OF YOUR APPLICATION FOR A SOCIAL SECURITY NUMBER BY 10/14/2001.

FAILURE TO DO THIS COULD CAUSE YOUR AFDC, REFUGEE AND/OR FOOD STAMPS TO BE REDUCED, DENIED OR STOPPED.

SOCIAL SECURITY NUMBER VERIFICATION IS NEEDED FOR: GISEL

MANUAL CITATIONS: FOOD STAMPS 3600; REFUGEE 8200 AND AID TO FAMILIES WITH DEPENDENT CHILDREN 3380.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME ON 698-3988.

MS. TONIA JOHNSON FOR MS KNIGHT
ELIGIBILITY WORKER

ATENCION: PARA OBTENER UNA EXPLICACION DE ESTE AVISO EN ESPANOL FAVOR LLAMAR A SU TRABAJADOR SOCIAL ENTRE LAS HORAS 8:15 A.M. Y 4:45 P.M.

TOUCAN BUSINESS FORMS 657637B 657636C
FOLD
InfoSeal® Patent Number 4,951,864

Unity Health Care, Inc.
*Upper Cardozo Health Center*
3020 14th Street NW
Washington DC 20009

Office: (202) 745-4300
Billing: (202) 745-4300

ENC# 560740 APPT 11/27 2002 4:15 PM
MR# 001209848 DOB 6/1[redacted]01 0.0
DIAZ, GISEL
3519 NEW HAMPSHIRE AVE NW

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 2 PEDIATRICS
30 NURSE-PEDE CL.
1 SELF PAY
(202)882-0190
ABETAN EST PAT--15 MIN

| EXISTING | SERVICE | NEW | PROCEDURES | CPT | IMMUNIZATIONS / INJECTIONS | CPT | IMMUNIZATIONS / INJECTIONS | |
|---|---|---|---|---|---|---|---|---|
| CPT | OFFICE | CPT | BURN CARE | 16020 | DTaP | 90700 | PED DT | 90702 |
| 99211 | NURSE VISIT ONLY | 99211 | CERUMEN REMOVAL | 69210 | HIB | 90645 | PNEUMOCOCCAL * | 90732 |
| 99212 | BRIEF - PROBLEM FOCUSED | 99201 | COLPO & BX | | HEP " B" <11 YRS | 90744 | TD INJECTION | 90718 |
| 99213 | INTERMEDIATE - EXPANDED | 99202 | EAR IRRIGATION | 69200 | HEP. "B" 11-19 YRS | 90745 | VARIVAX | 90716 |
| 99214 | EXTENDED - DETAILED | 99203 | EKG | 93000 | HEP. "B" >19 YRS | 90746 | SUPPLIES 99070 INDICATE # | |
| N/A | MODERATE COMPLEXITY | 99204 | ENDOMET BIOPSY | 58100 | DEPO PROVERA | 90782 | ELASTIC BANDAGE(A6263) | |
| 99215 | CPE - COMPREHENSIVE | 99205 | EXCISION | | INFU VIR VAC <35 MTHS | 90657 | FINGER SPRINT (L3932) | |
| 99058 | EMERGENCY VISIT | 99058 | LOC ______ SZ ______ | | INFU VIR VAC > 35MTHS | 90858 | SUTURE REMOVAL KIT | |
| EXISTING | PREVENTIVE CARE | NEW | I & D | 10060 | IPV-INJ. POLIO * | 90713 | GAUZE | |
| 99391 | WB INFANT <1YR | 99381 | LACERAT REPAIR | | MMR * | 90707 | BANDAGES ____ LG ____ SM | |
| 99392 | E. CHILDHOOD 1-4 | 99382 | LOC ______ SZ ______ | | OPV-ORAL POLIO * | 90712 | TELFA | |
| 99393 | L. CHILDHOOD 5-11 | 99383 | LARYNGOSCOPY INDIRECT | 31505 | TB INTRADERMAL * | 86580 | UNNA BOOT | |
| 99394 | ADOLESC. 12-17 | 99384 | MAMMOGRAM * | 76092 | | | | |
| 99395 | ADOLESC. 18-20 | 99385 | NEBULIZER TREATMENT | 94664 | LABORATORY | CPT | COMMENTS / NOTES | |
| 92012 | VISION SCREENING | 92002 | SUBSEQUENT | 94665 | FECAL OCH BLD | 82270 | | |
| 92551 | HEARING SCREENING (INITIAL) | 92551 | PEAK FLOW | 94150 | GLUCOSE (FINGER) | 82948 | | |
| CPT | CONSULTATIONS / SPECIALIST | | PULMONARY FUNCTION | 94010 | HCG, URINE (pregnancy) | 84703 | | |
| 99241 | NEW/EST PROBLEM FOCUSED | | PUNCH BIOPSY | 11100 | HIV TEST * | 86689 | | |
| 99242 | NEW/EST EXPANDED | | PUNCH BIOPSY-ADDITIONAL | 11101 | Pre-post Test Counseling | PPTC | | |
| 99243 | NEW/EST DETAILED | | UA CATH | 53670 | Post Test Counseling | PTC | | |
| 99244 | NEW/EST COMPREHENSIVE | | WART REMOVAL | 17110 | LEAD LEVEL | | | |
| CODE | MEDICATION # | CODE | MEDICATION | # | PAP SMEAR * | 88164 | | |
| J1050 | DEPO PROVERA | | BICOLLIN | | STREP SCREEN | | | |
| J8999 | OC | | CEPHTRIAXONE | | URINE CHEM | 81002 | | |

| CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS |
|---|---|---|---|---|---|---|---|
| 789.0 | ABDOMNAL PAIN | 276.5 | DEHYDRATION * | 429.9 | HEART DISEASE * | 282.5 | SICKLE CELL TRAIT |
| 611.9 | ABN BREAST FINDING | 525.9 | DENTAL PAIN | 573.3 | HEPATITIS | 473.9 | SINUSITIS |
| 622.9 | ABN CERVICAL FINDING | 692.9 | DERMATITIS | 401.9 | HYPERTENSION * | 848.9 | STRAIN/SPRAIN |
| 303.0 | ALCOHOL* | 783.4 | DEVELOPMENT DELAY * | 984.8 | LEAD TOXICITY | 097.9 | SYPHILIS * |
| 477.9 | ALLERGIC RHUNITIS | 250.01 | DIABETES IDDM * | 272.2 | LIPID DISEASE | 011.9 | TB * |
| 626.0 | AMENORRHEA | 250.00 | DIABETES NIDDM * | 780.7 | MALAISE/FATIGUE | 520.7 | TEETHING SYNDROME |
| 285.9 | ANEMIA | 626.8 | DUB | 174.8 | NEOPLASM-BREAST * | 246.9 | THYROID DISEASE |
| 716.9 | ARTHRITIS | 380.4 | EAR WAX | 180.9 | NEOPLASM-CERVIX * | 463.0 | TONSILLITIS ACUTE |
| 493.9 | ASTHMA * | 991.9 | EXPOSURE TO COLD/HT * | 269.9 | NUTRITION DEF-CHILD * | 959.9 | TRAUMA |
| 314.00 | ATTENTION DEFICIT SN | V72.0 | EYE EXAM | 278.00 | OBESITY | 099.9 | URETHRITIS * |
| 724.5 | BACK PAIN | 918.9 | EYE INJURY | 381.60 | OTITIS MEDIA * | 465.9 | URI |
| 466.19 | BRONCHIOLITIS | V70.9 | EXAM GENERAL | 729.5 | PAIN EXTREMITIES | 788.41 | URINARY FREQUENCY |
| 491.2 | BRONCHIOLITIS CHRONIC * | V25.09 | FAMILY PLNG * | 136.9 | PARASITES | 599.0 | UTI |
| 466.0 | BRONCHITIS-ACUTE | 783.3 | FEEDING PROBLEM (INFANT) | 774.0 | PERINATAL JAUND/INF * | 616.10 | VAGINITIS |
| 949.0 | BURN | 780.6 | FEVER | 462.0 | PHARYNGITIS | 079.99 | VIRAL INFECTION |
| 682.9 | CELLUITIS | 829.0 | FRACTURE | 619.9 | PID | 787.9 | VOMITING |
| 786.50 | CHEST PAIN | 558.9 | GASTROENTERITIS | 481.0 | PNEUMONIA | 078.1 | WART (NOS) |
| 290.9 | CMI * | V08 | H1 ASYMPTOMATIC * | 795.5 | POSITIVE PPD | V20.2 | WELL CHILD EXAM * |
| 496 | COPD * | 042 | H1 SYMPTOMATIC * | V22.2 | PREGNANCY | | |
| 464.4 | CROUP | 959.01 | HEAD INJURY | 586.0 | RENAL FAILURE | | |
| 304.9 | DD * | 784.0 | HEADACHE | 780.39 | SEIZURE DISORDER | | |

PROVIDER

NEXT APPOINTMENT

MODIFIER CODES
-25 (2 SEP. Procedures same DOS)
-51 (Multiple Procedures)
-24 (Post- op)
-79 (Unrelated Procedure)

*white copy* Billing
*yellow copy* Patient

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

APPOINTMENT TYPE: 000 -
ENC#: ________
MR# : ________
DOB : ___ ___
PCP : ______________________

ENCOUNTER

00001 UPPER CARDOZO
3020 14TH STREET
WASHINGTON

ENC# 248851 A[illegible]T 3/07 2001 12:30 PM
MR# 001203928 , [illegible]3 2/05 1982 0.0
DIAZ, ALBA A
3519 NEW HAMPSHIRE AVE.

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 3 OB/GYN
316 HATHAWAY, MD, MARK
1 SELF PAY
[illegible]ATHAWAY, MD, MARK
[illegible]RIVERA EST PAT--15 MIN

(b)(6)

POLICY # : -2-WK

PROV SIGNATURE: [redacted] NEXT APPOINTMENT: ________
VISIT: NE[redacted] ________ ESTABLISH ________

| QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION | QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ___ | 80055 | __ _____ | OBSTETRIC PANEL | ___ | 11976 | __ _____ | REMOVAL OF IMPLANT |
| ___ | 99211 | __ _____ | NURSE VISIT ONLY | ___ | 82270 | __ _____ | HEMOCCULT |
| ___ | 99201 | __ _____ | NEW, BRIEF PROBLEM FOCUS | ___ | 56605 | __ _____ | VULVAR BIOPSY |
| ___ | 99202 | __ _____ | NEW, INTERMEDIATE-EXPAND | ___ | 57160 | __ _____ | INSERTION OF PESSARY |
| ___ | 99203 | __ _____ | NEW, EXTENDED- DETAILED | ___ | 81025 | __ _____ | UA-PREGNANCY |
| ___ | 99204 | __ _____ | NEW MODERATE COMPLEXITY | ___ | 57170 | __ _____ | DIAPHRAGM FITTING |
| ___ | 99205 | __ _____ | NEW, CPE-COMPREHENSIVE | ___ | 57452 | __ _____ | COLPOSCOPY |
| ___ | 99212 | __ _____ | EST, BRIEF PROBLEM FOCUS | ___ | 81000 | __ _____ | UA |
| ___ | 99213 | __ _____ | EST, INTERMEDIATE EXPAND | ___ | 57454 | __ _____ | COLPOSCOPY WITH BIOPSIES |
| ___ | 99214 | __ _____ | EST, EXTENDED DETAILED | ___ | 57460 | __ _____ | LEEP |
| ___ | 99215 | __ _____ | EST, CPE-COMPREHENSIVE | ___ | 57511 | __ _____ | CRYO CONIZATION |
| ___ | | __ _____ | | ___ | 58100 | __ _____ | ENDOMETRIAL BIOPSY |
| ___ | 59430 | __ _____ | PPM CARE ONLY, FULL CARE | ___ | 58300 | __ _____ | INSERTION OF IUD |
| ___ | 59425 | __ _____ | ANTENATAL 4-6 VISITS | ___ | 58301 | __ _____ | REMOVAL OF IUD |
| ___ | 59426 | __ _____ | ANTEPARTUM >7 VISITS | ___ | 59025 | __ _____ | NON-STRESS TEST |
| ___ | 86580 | __ _____ | PPD TEST* | ___ | 11042 | __ _____ | DEBRIDE SKIN/SUBCUTANEOU |
| ___ | 88164 | __ _____ | CERVICAL SMEAR/PAP SMEAR | ___ | MEDIC | __ _____ | MEDICATON GIVEN |
| ___ | 82951 | __ _____ | GLUCOSE TOLERANCE TEST | ___ | | __ _____ | LAB OUTSIDE |
| ___ | 90742 | __ _____ | DEPO PROVERA | ___ | INJ | __ _____ | INJECTION________ |
| ___ | 56501 | __ _____ | CHEMICAL CAUTERY | ___ | 10060 | __ _____ | I&D |

| | | | | | |
|---|---|---|---|---|---|
| 789.0 | ABDOMINAL PAIN | 610.1 | FIBROCYSTIC BREAST | 625.4 | PMS |
| 623.8 | ABN VAGINAL BLEEDING | 218.9 | FIBROID UTERUS | V24.2 | POST PARTUM F/U |
| 795.0 | ABNORMAL PAP TEST | 611.6 | GALACTORRHEA | 648.03 | PREG-DIABETES |
| 303.9 | ALC* | 054.10 | HERPES | [illegible]3 | PREG-GU INFECTION |
| 626.0 | AMENORRHEA | V23.9 | HIGH RISK PREGNANCY | [illegible].13 | PREG-HYPEREMESIS |
| 285.9 | ANEMIA | 221.9 | HPV | [illegible] | PREG-NORMAL |
| 611.72 | BREAST MASS | 401.9 | HYPERTENSION* | 642.33 | PREG-PIH |
| 611.71 | BREAST PAIN | 244.9 | HYPOTHYROIDISM | [illegible] | ROUTINE CHECK-UP |
| 622.7 | CERVICAL POLYPS | 628.9 | INFERTILITY | [illegible] | SYPHILIS* |
| 616.0 | CERVICITIS | 627.2 | MENOPAUSAL SYMPTOM | [illegible] | [illegible] ABUSE |
| [illegible] | [illegible] | [illegible] | MENORRHAGIA | [illegible] | URETHRITIS* |
| [illegible] | CYSTITIS | [illegible] | [illegible] | [illegible] | [illegible] FIBROIDS |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] PROLAPSE |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

ENC# 22215 APPT 11/06 2000 8:45 AM
MR# 001203922 DOB 8/05 1982 0.0
NA-DIAZ, ALBA
2219 NEW HAMPSHIRE AVE.

WASHINGTON, DC 20010-0100
1 UPPER CARDOZO 2 OB/GYN
33 NURSE-OB/GYN ...
1 SELF PAY

GSAMUEL

...RK HATHAWAY, MD

(b)(6)

[redacted]

NEXT APPOINTMENT: RTC 4 wks for intial OB appt
...DIATE ______ ESTABLISH ______

| PROC | M1 M2 | TO SURF | PROC DESCRIPTION | QTY | PROC | M1 M2 | TO SURF | PROC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | ...TETRIC PANEL | | 1197... | | | REMOVAL OF IMPLANT |
| | | | ...RSE VISIT ONLY | | 82270 | | | HEMOCCULT |
| | | | NEW, BRIEF PROBLEM FOCUS | | 56605 | | | VULVAR BIOPSY |
| | | | NEW, INTERMEDIATE-EXPAND | | 57160 | | | INSERTION OF PESSARY |
| | | | NEW, EXTENDED- DETAILED | | 81025 | | | UA-PREGNANCY |
| | | | NEW MODERATE COMPLEXITY | | 57170 | | | DIAPHRAGM FITTING |
| 9920... | | | NEW, CPE-COMPREHENSIVE | | 57452 | | | COLPOSCOPY |
| 99212 | | | EST, BRIEF PROBLEM FOCUS | | 81000 | | | UA |
| 99213 | | | EST, INTERMEDIATE EXPAND | | 57454 | | | COLPOSCOPY WITH BIOPSIES |
| 99214 | | | EST, EXTENDED DETAILED | | 57460 | | | LEEP |
| 99215 | | | EST, CPE-COMPREHENSIVE | | 57511 | | | CRYO CONIZATION |
| | | | | | 58100 | | | ENDOMETRIAL BIOPSY |
| ...43 | | | PPM CARE ONLY, FULL CARE | | 58300 | | | INSERT OF IUD |
| 59425 | | | ANTENATAL 4-6 VISITS | | 58301 | | | REMOVAL OF IUD |
| 59426 | | | ANTEPARTUM >7 VISITS | | 59025 | | | NON-STRESS TEST |
| 86580 | | | PPD TEST* | | 11042 | | | DEBRILE SKIN/SUBCUTANEOU |
| 88164 | | | CERVICAL SMEAR/PAP SMEAR | | MEDIC | | | MEDICATON GIVEN |
| 82951 | | | GLUCOSE TOLERANCE TEST | | | | | LAB OUTSIDE |
| 90782 | | | DEPO PROVERA | | INJ | | | INJECTION ______ |
| 56501 | | | CHEMICAL CAUTERY | | 10060 | | | I&D |

| | | | | | |
|---|---|---|---|---|---|
| 789.0 | ABDOMINAL PAIN | 610.1 | FIBROCYSTIC,BREAST | 625.4 | PMS |
| 626.8 | ABN VAGINAL BLEEDING | 218.9 | FIBROID UTERUS | V24.2 | POST PARTUM F/U |
| 795.0 | ABNORMAL PAP TEST | 611.6 | GALACTORRHEA | 648.03 | PREG-DIABETES |
| 303.9 | ALC* | 054.10 | HERPES | 646.63 | PREG-GU INFECTION |
| 626.0 | AMENORRHEA | V23.8 | HIGH RISK PREGNANCY | 643.13 | PREG-HYPEREMESIS |
| 285.9 | ANEMIA | 221.9 | HPV | V22.2 | PREG-NORMAL |
| 611.72 | BREAST MASS | 401.9 | HYPERTENSION* | 648.82 | PREG-PI |
| 611.71 | BREAST PAIN | 244.9 | HYPOTHYROIDISM | V70.0 | ROUTINE CHECK-UP |
| 622.7 | CERVICAL POLYPS | 628.9 | INFERTILITY | [illegible] | SYPHILIS |
| 616.0 | CERVICITIS | [illegible] | MENOPAUSAL SYMPTOMS | [illegible] | [illegible] |
| 622.1 | CIN ATYPICAL SQUAMOUS... | [illegible] | MENORRHAGIA | [illegible] | [illegible] |
| 595.9 | CYSTITIS | [illegible] | OLIGOMENORRHEA | [illegible] | [illegible] |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

APPOINTMENT TYPE: 000 -
ENC#:
MR# :
DOB :
PCP :

ENC# 229278 APPT 12/15 2000 9:00 AM
MR# 001203928 DOB 8/05 1982 0.0
DIAZ, ALBA A
3519 NEW HAMPSHIRE AVE.

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 3 OB/GYN
32 NURSE-OB/GYN UC.
1 SELF PAY
PCP
AFLORES EST PAT--15 MIN

BSAMUEL

K HATHAWAY, MD

(b)(6)

CATEGORY :
POLICY # :

PROV SIGNATURE: [redacted] EXT APPOINTMENT:
VISIT: N[redacted]
ESTABLISH

OB
Keep Appt.
01

| QTY | PROC | M1 M2 | PROC DESCRIPTION | QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | 80055 | | OBSTETRIC PANEL | | 11976 | | REMOVAL OF IMPLANT |
| | (99211) | | NURSE VISIT ONLY | | 82270 | | HEMOCCULT |
| | 99201 | | NEW, BRIEF PROBLEM FOCUS | | 56605 | | VULVAR BIOPSY |
| | 99202 | | NEW, INTERMEDIATE-EXPAND | | 57160 | | INSERTION OF PESSARY |
| | 99203 | | NEW, EXTENDED- DETAILED | | 81025 | | UA-PREGNANCY |
| | 99204 | | NEW MODERATE COMPLEXITY | | 57170 | | DIAPHRAGM FITTING |
| | 99205 | | NEW, CPE-COMPREHENSIVE | | 57452 | | COLPOSCOPY |
| | 99212 | | EST, BRIEF PROBLEM FOCUS | | 81000 | | UA |
| | 99213 | | EST, INTERMEDIATE EXPAND | | 57454 | | COLPOSCOPY WITH BIOPSIES |
| | 99214 | | EST, EXTENDED DETAILED | | 57460 | | LEEP |
| | 99215 | | EST, CPE-COMPREHENSIVE | | 57511 | | CRYO CONIZATION |
| | | | | | 58100 | | ENDOMETRIAL BIOPSY |
| | 59430 | | PPM CARE ONLY, FULL CARE | | 58300 | | INSERTION OF IUD |
| | 59425 | | ANTENATAL 4-6 VISITS | | 58301 | | REMOVAL OF IUD |
| | 59426 | | ANTEPARTUM >7 VISITS | | 59025 | | NON-STRESS TEST |
| | 86580 | | PPD TEST* | | 11042 | | DEBRIDE SKIN/SUBCUTANEOU |
| | 88164 | | CERVICAL SMEAR/PAP SMEAR | | MEDIC | | MEDICATON GIVEN |
| | 82951 | | GLUCOSE TOLERANCE TEST | | .. | | LAB OUTSIDE |
| | 90782 | | DEPO PROVERA | | INJ | | INJECTION |
| | 56501 | | CHEMICAL CAUTERY | | 10060 | | I&D (X) |

[signature] negative

| | | | | | |
|---|---|---|---|---|---|
| 789.0 | ABDOMINAL PAIN | 610.1 | FIBROCYSTIC BREAST | 625.4 | PMS |
| 623.8 | ABN VAGINAL BLEEDING | 218.9 | FIBROID UTERUS | V24.2 | POST PARTUM F/U |
| 795.0 | ABNORMAL PAP TEST | 611.6 | GALACTORRHEA | 648.03 | PREG-DIABETES |
| 303.0 | ALC* | 054.10 | HERPES | 646.63 | PREG-GU INFECTION |
| 626.0 | AMENORRHEA | V23.9 | H.GH RISK PREGNANCY | 643.13 | PREG-HYPEREMESIS |
| 285.9 | ANEMIA | 221.9 | HPV | (V22.2) | PREG-NORMAL |
| 611.72 | BREAST MASS | 401.9 | HYPERTENSION* | | PREG-PIH |
| 611.71 | BREAST PAIN | [illegible] | HYPOTHYROIDISM | V70.0 | ROUTINE CHECK-UP |
| [illegible] | CERVICAL [illegible] | [illegible] | INFERTILITY | [illegible] | [illegible] |
| [illegible] | CERVICITIS | | [illegible] | | [illegible] |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


APPOINTMENT TYPE: 000 -
ENC#:
MR# :
DOB :
PCP :

ENCOUNTER

ENC# 228867 APPT 12/13 2000 11:00 AM
MR# 001203928 DOB 8/05 1982 0.0
DIAZ, ALBA A
3519 NEW HAMPSHIRE AVE.

WASHINGTON, DC 20010-0000
1 UPPER CARDOZO 3 OB/GYN
316 HATHAWAY, MD, MARK
1 SELF PAY
PCP

GSAMUEL

GYN
MARK HATHAWAY, MD

(b)(6)

[redacted] T--30 MIN

POLICY # :

PROV SIGNATURE: [redacted]
VISIT: [redacted] NEXT APPOINTMENT: 4 wk
TE ESTABLISH

WED LORAL
RTC for
TPO
4 8.07 2

| QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION | QTY | PROC | M1 M2 TO SURF | PROC DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | 80055 | | OBSTETRIC PANEL | | 11976 | | REMOVAL OF IMPLANT |
| | 99211 | | NURSE VISIT ONLY | | 82270 | | HEMOCCULT |
| | 99201 | | NEW, BRIEF PROBLEM FOCUS | | 56605 | | VULVAR BIOPSY |
| | 99202 | | NEW, INTERMEDIATE-EXPAND | | 57160 | | INSERTION OF PESSARY |
| | 99203 | | NEW, EXTENDED- DETAILED | | 81025 | | UA-PREGNANCY |
| | 99204 | | NEW MODERATE COMPLEXITY | | 57170 | | DIAPHRAGM FITTING |
| | 99205 | | NEW, CPE-COMPREHENSIVE | | 57452 | | COLPOSCOPY |
| | 99212 | | EST, BRIEF PROBLEM FOCUS | | 81000 | | UA |
| | 99213 | | EST, INTERMEDIATE EXPAND | | 57454 | | COLPOSCOPY WITH BIOPSIES |
| | 99214 | | EST, EXTENDED DETAILED | | 57460 | | LEEP |
| | 99215 | | EST, CPE-COMPREHENSIVE | | 57511 | | CRYO CONIZATION |
| | | | | | 58100 | | ENDOMETRIAL BIOPSY |
| | 59430 | | PPM CARE ONLY, FULL CARE | | 58300 | | INSERTION OF IUD |
| | 59425 | | ANTENATAL 4-6 VISITS | | 58301 | | REMOVAL OF IUD |
| | 59426 | | ANTEPARTUM >7 VISITS | | 59025 | | NON-STRESS TEST |
| | 86580 | | PPD TEST* | | 11042 | | DEBRILE SKIN/SUBCUTANEOU |
| | 88164 | | CERVICAL SMEAR/PAP SMEAR | | MEDIC | | MEDICATON GIVEN |
| | 82951 | | GLUCOSE TOLERANCE TEST | | .. | | LAB OUTSIDE |
| | 90782 | | DEPO PROVERA | | INJ | | INJECTION |
| | 56501 | | CHEMICAL CAUTERY | | 10060 | | I&D |

(x) 75,

| | | | | | |
|---|---|---|---|---|---|
| 789.0 | ABDOMINAL PAIN | 610.1 | FIBROCYSTIC,BREAST | 625.4 | PMS |
| 623.8 | ABN VAGINAL BLEEDING | 218.9 | FIBROID UTERUS | V24.2 | POST PARTUM F/U |
| 795.0 | ABNORMAL PAP TEST | 611.6 | GALACTORRHEA | 648.03 | PREG-DIABETES |
| 303.0 | ALC* | 054.10 | HERPES | 646.63 | PREG-GU INFECTION |
| 626.0 | AMENORRHEA | V23.8 | HIGH RISK PREGNANCY | 643.13 | PREG-HYPEREMESIS |
| 285.9 | ANEMIA | 221.9 | HPV | V22.2 | PREG-NORMAL |
| 611.72 | BREAST MASS | 401.9 | HYPERTENSION* | 642.33 | PREG-PIH |
| 611.71 | BREAST PAIN | 244.9 | HYPOTHYROIDISM | V70.0 | ROUTINE CHECK-UP |
| 622.7 | CERVICAL POLYPS | 628.9 | INFERTILITY | [illegible] | SYPHILIS* |
| 616.0 | CERVICITIS | 627.2 | MENOPAUSAL SYMPTOMS | [illegible] | TOBACCO ABUSE |
| 622.1 | [illegible] | 626.2 | MENORRHAGIA | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] |

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

Unity Health Care, Inc.
*Upper Cardozo Health Center*
3020 14th Street NW
Washington DC 20009
OB/GYN

Clinic (202) 745-4300
Billing (202) 745- 4300
Appointments (OB/GYN) (202) 518-6476

| EXISTING CPT | PRENATAL SERVICES OFFICE | NEW CPT |
|---|---|---|
| 99211 | NURSE VISIT ONLY | 99211 |
| 99212 | BRIEF - PROBLEM FOCUSED | 99201 |
| 99213 | INTERMEDIATE - EXPANDED | 99202 |
| 99214 | EXTENDED - DETAILED | 99203 |
| N/A | MODERATE COMPLEXITY | 99204 |
| 99215 | CPE - COMPREHENSIVE | 99205 |
| 99058 | EMERGENCY VISIT | 99058 |
| **EXISTING** | **PREVENTIVE SERVICES** | **NEW** |
| ~~99394~~ | AGE 12-17 | 99384 |
| (99395) | AGE 18-39 | 99385 |
| ~~99396~~ | AGE 40-64 | 99386 |
| 99397 | AGE 65 & OVER | 99387 |
| **CPT** | **CONSULTATIONS / SPECIALIST** | |
| 99241 | NEW/EST PROBLEM FOCUSED | |
| 99242 | NEW/EST EXPANDED | |
| 99243 | NEW/EST DETAILED | |
| 99244 | NEW/EST COMPREHENSIVE | |
| **CPT** | **PROCEDURES** | |
| 99024 | Surgery Follow-Up | |
| 59426 | ANTEPARTUM CARE >7 | |
| 59425 | ANTEPARTUM CARE 4-6 VISITS | |
| 57452 | COLPOSCOPY | |
| 58100 | ENDOMET BIOPSY | |
| 10060 | I & D | |
| 76092 | MAMMOGRAM * | |
| 59430 | POSTPARTUM CARE (separate procedure) | |
| 11100 | PUNCH BIOPSY | |
| 11101 | PUNCH BIOPSY-ADDITIONAL | |
| 53670 | UA CATH | |
| **CPT** | **MEDICATION / INJECTIONS** | |
| 90782 | DEPO PROVERA | |
| | *BICILLIN* | |
| | *CEPHTRIAXONE* | |
| ~~J1050~~ | *DEPO PROVERA* | |
| (J8999) | OC | |
| **CPT** | **LABORATORY** | |
| 82270 | FECAL OCH BLD | |
| 84703 | HCG, URINE (pregnancy) | |
| 86689 | HIV TEST * | |
| 80055 | *OBSTETRIC PANEL* | |
| 88164 | PAP SMEAR * | |
| | STREP SCREEN | |
| 86580 | TB INTRADERMAL * | |
| 81002 | URINE CHEM | |

THANK YOU! GRACIAS!

GYNECOLOGIC DIAGNOSES

| BREAST | CODE |
|---|---|
| Neoplasm - Breast* | 174.8 |
| Cyst Solitary | 610.0 |
| Cystic Disease | 610.1 |
| **CERVIX** | |
| Cervicitis & Endocervicitis | 616.0 |
| Neoplasm - Cervix* | 180.9 |
| Dysplasia of Cervix | 622.1 |
| Pap Smear Abnormal | 795.0 |
| Pap Smear Routine | V76.2 |
| Stricture & Stenosis | 622.4 |
| **COMPLICATIONS** | |
| Non-healing surgical wound | 998.83 |
| **COUNSELING** | |
| Sexually Transmitted Disease | V65.45 |
| Substance Use & Abuse | V65.42 |
| HIV Counseling | V65.44 |
| **EXAMINATIONS** | |
| Follow-up after Surgery | ~~V67.0~~ |
| Exam w/Pap | (V72.3) |
| **FAMILY PLANNING** | |
| Contraception routine exam | V25.40 |
| Diaphragm Fitting | V25.02 |
| Family Planning Advice* | V25.09 |
| IUD check, reinsert or remove | V25.42 |
| IUD insertion | V25.1 |
| Norplant check,reinsert,remove | V25.43 |
| Norplant insert | V25.5 |
| Oral Contraceptives Rx | V25.01 |
| Repeat Rx for oral | V25.41 |
| Tubal ligation status | V26.51 |

| INFERTILITY | CODE |
|---|---|
| Infertility Unspecified Orgin | 628.9 |
| **MENOPAUSE** | |
| Menopausal Symptoms | 627.2 |
| Postmenopausal bleeding | 627.1 |
| **MENSTRUATION** | |
| Abnomal uterine bleeding, unspecified | 626.9 |
| Amenorrhea | 626.0 |
| Dysfunctional uterine bleeding | 626.8 |
| Menorrhagia | 626.2 |
| **OVIDUCTS AND OVARIES** | |
| Cyst, unspecified | 620.0 |
| **PAIN** | |
| Pelvic Pain | 625.9 |
| Abdominal Pain | 789.0 |
| **PERITONEAL CAVITY** | |
| Pelvic inflammatory disease | 614.9 |
| Pelvic mass (specify site) | 789.3X |
| **RESPIRATORY TRACT** | |
| Asthma* | 491.9 |
| Bronchiolitis Acute* | 466.0 |
| URI, unspecified acute | 466.9 |
| **URINARY TRACT** | |
| Stress incontinence | 625.6 |
| Urinary tract infection | 599.0 |
| **UTERUS** | |
| Benign neoplasm of uterus | 219.1 |
| Presence of contraceptive device | V45.51 |
| Polyp of corpus uteri | 621.0 |
| Uterine prolapse | 618.1 |

| VAGINA | CODE |
|---|---|
| Candidiasis | 112.1 |
| Endometriosis | 617.4 |
| **VIRAL DISEASES** | |
| Condyloma acuminatum | 078.11 |
| Genital herpes | 054.10 |
| HIV Asymptomatic* | V08 |
| HIV Symptomatic* | 042 |
| Syphilis* | 097.9 |
| **VULVA PERINEUM & INTROITUS** | |
| Bartholin's Gland abscess | 616.3 |
| **COMMENTS / NOTES** | |

OBSTETRIC DIAGNOSES

| Abortion | CODE |
|---|---|
| Abnormal product of conception | 631 |
| Hemorrhage early pregnancy | 640.93 |
| **ANTEPARTUM CARE** | |
| Antepartum hemorrhage | 641.93 |
| Benign essential hypertension | 642.0X |
| Excessive weight gain | 646.13 |
| Gestational diabetes | 648.8X |
| Grand multiparity | V23.3 |
| High risk pregnancy | V23.9 |
| Mild hyperemesis gravidarum | 643.03 |
| Insufficient prenatal care | V23.7 |
| Pre-eclampsia mild | 642.43 |
| Pre-existing hypertension | 642.2X |
| Threatened abortion | 640.03 |
| Twin pregnancy | 651.03 |
| Vomiting pregnancy | 643.93 |
| Urinary tract infection | 646.63 |
| Pregnancy | V22.2 |

| | |
|---|---|
| Fetal Death in Uterine | 656.4 |
| **BREAST** | |
| Mastitis | 675.2X |
| **ECTOPIC & MOLAR PREGNANCY** | |
| Hydatidiform mole | 630 |
| **POSTPARTUM** | |
| Casarean wound infection | 674.32 |
| Routine postpartum f/up | V24.2 |

V25.01 + ANNUAL

X = 5th digit required
* = Required for UDS report

PROVIDER
[signature]

*White Copy : Patient Financial Svcs.*
*Yellow Copy: Patient*

NEXT APPOINTMENT
OCPs (3 MO)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

U. S. Department of Justice
Immigration and Naturalization Service

APPROVED

OMB # 1115-0163

# Application for Employment Authorization

**Do Not Write in This Block**

Remarks

A# 95 064 037

Applicant is filing under 274a.12 C19

[redacted]

☒ Application Approved. Employment

Subject to the following conditions:

☐ Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for: ☒ Permission to accept employment
☐ Replacement (of lost employment authorization document).
☐ Renewal of my permission to accept employment (attach previous employment authorization document).

RECEIVED CENTER DIRECTOR ST ALBANS VT 2001 JUL 25 AM 11:21

1. Name (Family Name in CAPS) (First) (Middle): Machuca de Diaz ALBA A
2. Other Names Used (Include Maiden Name): N/A
3. Address in the United States (Number and Street) (Apt. Number): 3519 New hanshire AV NW
(Town or City) (State/Country) (ZIP Code): washington D.C 20010
4. Country of Citizenship/Nationality: El SALVADOR
5. Place of Birth (Town or City) (State/Province) (Country): La UNION El Salvador
6. Date of Birth (Month/Day/Year): 10-26-1978
7. Sex: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. Social Security Number (Include all Numbers you have ever used): N/A
10. Alien Registration Number (A-Number) or I-94 Number (if any): A95 064 037 / N/A

11. Have you ever before applied for employment authorization from INS? ☐ Yes (If yes, complete below) ☒ No
Which INS Office? N/A Date(s)
Results (Granted or Denied - attach all documentation)
12. Date of Last Entry into the U.S. (Month/Day/Year): 7.5.99
13. Place of Last Entry into the U.S.: Piedras Negras
14. Manner of Last Entry (Visitor, Student, etc.): WIT INSP
15. Current Immigration Status (Visitor, Student, etc.): Ilegal INMigrant
16. Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
Eligibility under 8 CFR 274a.12
( ~~A~~ ) ( ~~12~~ ) (C19)

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| alba a machuca | (202) 887-0190 | 7/20/01 |

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| | | [signature] | 7-20-01 |

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 10/13/98)N Page 7

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

| Finger Print Receipt Notification | NOTICE DATE 07/30/2001 |
|---|---|
| CASE TYPE FD-258 FingerPrint Notice | |
| APPLICATION NUMBER EAC0191184901 | APPLICANT NAME ALBA A MACHUCA |
| MAILING ADDRESS ALBA A MACHUCA c/o , | Manual Receipt Notice Amount collected $175.00 |

We have collected the fees listed below.

| ☑ FD-258 | ☐ I-751 | ☑ I-765 | ☑ I-821 | ☐ I-90 | ☐ I-90A |
|---|---|---|---|---|---|
| EAC0123459310 | | EAC0123459067 | EAC0123459310 | | |

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**

US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

**INS Customer Service Number:**

1-(800) 375-5283

APPLICANT COPY

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(c) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0170

# Application for Temporary Protected Status

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1. Type of application *(check one)*

1. ___ This is my first application to register for Temporary Protected Status.
2. X This is my application for annual registration/re-registration. I have previously been granted Temporary Protected Status. I have maintained and continue to maintain the conditions of eligibility for Temporary Protected Status.

## Part 2. Information about you

| Field | Entry |
|---|---|
| Family Name | MACHUCA DE DIAZ |
| First | ALBA |
| Middle Initial | A |
| U.S. Mailing Address - Care of | |
| Street Number and Name | 1476 NEWTON ST NW |
| Apt. # | 34 |
| Town/City | WASHINGTON |
| County | DC |
| State | DC |
| Zip Code | 20010 |
| Place of Birth (Town or City) | Salalagua |
| (State/Country) | LA UNION EL SALVADOR |
| Country of Residence | USA |
| Country of Citizenship | EL SALVADOR |
| Date of Birth *(month/day/year)* | 10/26/78 |
| Gender | ☐ Male ☒ Female |
| Marital Status | ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
| Other Names Used *(including maiden name)* | NONE |
| Date of entry into the U.S. | 07/05/99 |
| Place of entry into the U.S. | EAGLE PASS - TX |
| Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)* | EWI |
| Arrival/Departure Record (I-94) Number | N/A |
| Date authorized stay expired/or will expire, as shown on Form I-94 or I-95 | N/A |
| Your current immigration status In status (state nonimmigrant classification, e.g. F-1, etc.) | TPS |
| Out of status *(state nonimmigrant violation, e.g,. overstay student, EWI etc.)* | |
| Alien Registration Number *(If any)* | 095-064-037 |
| Social Security Number (if any) | 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 |

Are you now or have you ever been under immigration proceedings? ☐ Yes ☒ No Where I was detained by INS When ______

☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

**Remarks**

**Action Stamp**

**Fee Stamp**

**Case ID#:**

**A#:**

(b)(6)

**To Be Completed by *Attorney or Representative, if any***
Fill in box if G-28 is attached to represent the applicant

**VOLAG#**

**ATTY State License #**

Form I-821 (Rev. 04/15/02)Y

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 3. Information about your spouse and children (continued)

| Date of Birth | Date and Place of Present Marriage |
|---|---|
| 07-12-58 | 01/95 EL CARMEN, LA UNION, EL SALVADOR |
| **Name of Prior Husbands/Wives** | **Date(s) Marriage(s) Ended** |
| N/A | — |

List the names, ages and current residence of any children

(b)(6)

| Name - (Last) | (First) | Middle Initial | Date of Birth | Residence |
|---|---|---|---|---|
| [redacted] | | | | |

## Part 4. Eligibility standards.

1. **Fill in the necessary information:**

I am a national of, or an alien having no nationality who last habitually resided in the foreign state EL SALVADOR and I entered the United States on 07-05-99, and I have resided in the United States since that time.

If any of the statements below apply to you, indicate which one(s) by numbered reference on the line below (for example "2 k") and include a full explanation on a separate sheets(s) of paper. If you were ever arrested, you should provide the disposition (outcome) of the arrest (for example, "case dismissed") from the appropriate authority.

NONE

**PLEASE NOTE: If you placed any of the following numbered references on the line above, you may be eligible for a waiver of the grounds described in the statements: 2e; 2f; 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n or 2o. The I-601 or I-724 are INS forms used to request a waiver. These forms are available at local INS offices or by calling the INS toll-free forms line at 1-800-870-3676.**

2. To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions. Do any of the following apply to you?

a. have you been convicted of any felony or two or more misdemeanors committed in the United States;

b. (i) have you ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group or political opinion;

(ii) have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime);

(iii) have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States; or

(iv) have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States;



*Continued on next page.*

**Part 4. Eligibility standards** (continued)

N/A

c. (i) have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act;

(ii) have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more;

(iii) have you trafficked in or do you continue to traffic in any controlled substance or are or have been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance;

(iv) have you engaged or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the government of the United States;

(v) have you engaged in or do you continue to engage in terrorist activities;

(vi) have you engaged in or do you continue to engage or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States;

(vii) have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary; and

(viii) have you participated in Nazi persecution or genocide;

d. have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action;

e. have you committed a serious criminal offense in the United States and asserted immunity from prosecution;

f. have you within the past ten years engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution;

g. have you been or do you intend to be involved in any other commercial vice;

h have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony);

i. have you ever assisted any other person to enter the United States in violation of the law;

j. (i) do you have a communicable disease of public health significance,

(ii) do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety or welfare of yourself or others;

(iii) are you now or have you been a drug abuser or drug addict;

k. have you entered the United States as a stowaway;

l. are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act);

m do you practice polygamy;

n. were you the guardian of, and did you accompany another alien who was ordered excluded and deported (or removed) from the United States;

o. have you detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody?



*Certification on next page.*

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 5. Your certification

Your certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to INS at a later date. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature: Alba a machuca Diaz Date: 8/8/2003 Telephone No.: 202-986-4941

**Signature of person preparing form, if other than above:**

I declare that [redacted] of the person above a[redacted] knowledge.

Print Name: [redacted] Signa[redacted] Date: 8/8/2003

Address: Catholic Immigration Serv... 1728 St. NW Ste 60... Washington, DC 2000...
Tel. (202) 466-6611-12 Fax (202) 466-6632

## Part 6. Checklist

(b)(6)

- X Did you answer each question?
- X Did you sign the Form I-821 application?
- — If you are a first time TPS applicant, did you submit the required application and fingerprinting fees?
- X Did you submit the necessary documents and photos, if so required?
- ✓ Did you also submit the Form I-765 and fee, if required to pay the fee?

### Have you submitted:

- — the filing fee for this application or a written request for a waiver of the filing fee (see instructions, item 12)?
- — supporting evidence to prove identity, nationality, date of entry and residence?
- — other required supporting documents (photos, etc.) for each application?

### Do you need additional information?:

**It is not possible to cover all the conditions for eligibility or to give instructions for every situation. If you have carefully read all the instructions and still have questions, please contact your nearest INS office. It Is recommended that you keep a copy of this application and supporting documents for your records. For additional information, call our National Customer Service Center toll-free number at 1-800-375-5283 or visit the INS internet web site at www.ins.usdoj.gov.**

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0163; Expires 04/30/05

[redacted]

**Do Not Write in This Block.**

Remarks

A# 95064037

Applicant is filing under §274a.12 A12

☒ Application Approved. Employment [redacted]

(Date).

Subject to the following conditions: 5 . 9 . 05

☐ Application Denied.

☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).

☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

(b)(6)

I am applying for:
☐ Permission to accept employment.
☐ Replacement *(of lost employment authorization document).*
☒ Renewal of my permission to accept employment *(attach previous employment authorization document).*

1. Name (Family Name in CAPS) (First) (Middle): MACHUCA DE DIAZ, ALBA AZUCENA
2. Other Names Used (Include Maiden Name): NONE
3. Address in the United States (Number and Street) (Apt. Number): 1476 NEWTON ST NW 34
(Town or City) (State/Country) (ZIP Code): WASHINGTON DC 20010
4. Country of Citizenship/Nationality: EL SALVADOR
5. Place of Birth (Town or City) (State/Province) (Country): LA UNION EL SALVADOR
6. Date of Birth: 10/26/78
7. Sex: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. Social Security Number (Include all Numbers you have ever used) (if any): 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
10. Alien Registration Number (A-Number) or I-94 Number (if any): 095-064-037

11. Have you ever before applied for employment authorization from INS? ☒ Yes (If yes, complete below) ☐ No
Which INS Office? VSC  Date(s): 09-10-02
Results (Granted or Denied - attach all documentation): GRANTED

(b)(6) (b)(7)(c) (b)(7)(E)

12. Date of Last Entry into the U.S. [redacted]: 07-05-99
13. Place of Last Entry into the U.S.: EAGLE PASS
14. Manner of Last Entry (Visitor, Stu[redacted]: EWI
15. Current Immigration Status (Visito[redacted]: TPS
16. Go to Part 2 of the Instructions, Eli[redacted] below, place the letter and number [redacted] instructions (For example, (a)(8), ([redacted]
Eligibility under 8 CFR 274a.12
( A ) ( 12 ) ( )

U734320

**Certification.**

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| Alba a Machuca Diaz | 202-986-4941 | 8/8/2003 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

[redacted]

Address: Catholic Immi[redacted] 1720 [redacted] Washington [redacted] Tel. (202) 466-66[redacted]

Date: 8/8/2003

(b)(6)

| Completed | |
|---|---|
| Denied | Returned |

Form I-765 (Rev. 5/09/02)Y

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6)

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>EAC-01-234-59310 | | CASE TYPE I821<br>APPLICATION FOR TEMPORARY PROTECTED STATUS |
| RECEIPT DATE<br>July 30, 2001 | PRIORITY DATE | APPLICANT A95 064 037<br>MACHUCA, ALBA A. |
| NOTICE DATE<br>May 28, 2003 | PAGE<br>1 of 1 | |

ALBA A. MACHUCA
3519 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20010

**Notice Type:** Approval Notice
Valid from 05/27/2003 to 09/09/2003

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation) and employment authorization in the United States.

If you requested employment authorization pursuant to your registration for TPS, you will receive a separate notice containing the decision on that request. If the request for employment authorization is approved you will be issued an employment authorization document (EAD). That EAD will be valid until the expiration date shown on the EAD itself. An EAD may be granted only to the end of the time period that has been designated for your TPS or 12 months, whichever is shorter. The EAD will serve as evidence of your Temporary Protected Status.

If the program is extended, you must re-register with the Immigration and Naturalization Service (Service) within the time period designated for re-registration. In order to obtain these extensions of employment authorization you must apply to the Service at least thirty days prior to the expiration date on your employment authorization document. If approved, you may be granted extensions of that employment authorization up to the end of the time period that has been designated for your TPS.

Failure to re-register for a TPS extension may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;
(2) will be granted work authorization, if requested, until the expiration of the time period designated for your Temporary Protected Status;
(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4) will not be considered to be permanently residing in the United States under the code of law;
(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6) **may not depart the United States without prior approval of the Attorney General of the United States.**

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to [illegible] in the United States, if so authorized, until the end of the period of the time designated for your Temporary Protected Status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:** (800) 375-5283

(b)(6)

Form I 797 (Rev. 09/07/93)N

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0043; Exp. 10/31/10

# I-821, Application for Temporary Protected Status

**START HERE - Please type or print in black ink.**

## Part 1. Type of application *(check one)*

a. ☐ This is my first application to register for Temporary Protected Status (TPS).

b. ☒ This is my application for re-registration or renewal of temporary treatment benefits. I have previously been granted TPS or temporary treatment benefits. I have maintained and continue to maintain eligibility for TPS.

## Part 2. Information about you

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| MACHUCA DE DIAZ | ALBA | AZUCENA |

**U.S. Mailing Address:** (Street Number and Name): 6110 EASTER AVE, NE
Apt. #:

C/O: (In Care Of):

Town/City: WASHINGTON
State: DC

County: DISTRICT OF COLUMBIA
Zip Code: 20011

Date of Birth *(mm/dd/yyyy)*: 10/26/1978
Gender: ☐ Male ☒ Female

Place of Birth (Town or City): EL CARMEN
State/Country: LA UNION

Country of Residence: USA
Country of Citizenship/Nationality: EL SALVADOR

Marital Status
☐ Single ☒ Married ☐ Divorced ☐ Widowed

Other Names Used *(including maiden name)*:

Date of Entry Into the U.S. *(mm/dd/yyyy)*: 07/05/1999
Place of Entry Into the U.S.: EAGLE PASS, TEXAS

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: EWI

Arrival/Departure Record (I-94) Number:
Date authorized stay expired/or will expire, as shown on Form I-94 or I-95 *(mm/dd/yyyy)*:

**Your Current Immigration Status:**
In Status *(state nonimmigrant classification, e.g., F-1, etc.)*: TPS
Out of Status *(state nonimmigrant violation, e.g., overstay student, EWI etc.)*: EWI

Alien Registration Number (A#) *(if any)*: 095-064-037
U.S. Social Security Number *(if any)*: 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

Are you now or have you ever been under immigration proceedings?
☐ Yes ☒ No

If you answered "Yes" to the above question, provide the following information. (b)(6)

Type of proceedings:
☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

Location of Proceedings
Date of Proceedings *(mm/dd/yyyy)*

**For USCIS Use Only**

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |
| ☐ Applicant Interviewed on | |

**Case ID #:** (b)(6)

**A #:**

**Remarks**

**Action Block**

**To Be Completed by** *Attorney or Representative*, if any.
☐ Fill in box if G-28 is attached to represent the applicant.
ATTY State License #

101020... 10 09:47 071810 TPS-8635

Form I-821 (Rev. 10/17/07)N

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 3. Information about your spouse and children** *(if any)*

[redacted]

**Part 4. Eligibility standards**

1. **Provide the following information:**
   I am a national of (or an alien having no nationality, who last habitually resided in the state of):
   EL SALVADOR
   I entered the United States on the following date (provide month/day/year), and have resided in the United States since that time.
   07/05/1999

2. To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions.

   If any of the questions beginning below on this page and continuing on **Pages 3, 4, and 5** apply to you, describe the circumstances and include a full explanation on a separate sheet(s) of paper. Use the number 2 before each letter referring to the specific question (2a, 2b, etc).

   If you were ever arrested, provide the disposition (outcome) for all arrests. For example, "case dismissed" from the appropriate authority. **NOTE:** For information about waivers concerning the grounds of inadmissibility, see **Page 5.**

   **2a.** Have you been convicted of any felony or two or more misdemeanors committed in the United States?
   ☐ Yes ☒ No

   **2b.** (i) Have you ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group, or political opinion?
   ☐ Yes ☒ No

   (ii) Have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime)?
   ☐ Yes ☒ No

   (iii) Have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States?
   ☐ Yes ☒ No

(iv) Have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States?

☐ Yes ☒ No

**2c.** (i) Have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act?

☐ Yes ☒ No

(ii) Have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more?

☐ Yes ☒ No

(iii) Have you trafficked in or do you continue to traffic in any controlled substance, or are you or have you been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance?

☐ Yes ☒ No

(iv) Have you engaged in or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the Government of the United States?

☐ Yes ☒ No

(v) Have you engaged in or do you continue to engage in terrorist activities?

☐ Yes ☒ No

(vi) Have you engaged in or do you continue to engage in or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States?

☐ Yes ☒ No

(vii) Have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary?

☐ Yes ☒ No

(viii) Have you participated in Nazi persecution or genocide?

☐ Yes ☒ No

**2d.** Have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency, or similar action?

☐ Yes ☒ No

**2e.** Have you committed a serious criminal offense in the United States and asserted immunity from prosecution?

☐ Yes ☒ No

**2f.** Have you within the past ten years, engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution?

☐ Yes ☒ No

**2g.** Have you been or do you intend to be involved in any other commercial vice?

☐ Yes ☒ No

**2h.** Have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony)?

☐ Yes ☒ No

1010201070300 1900220 1200480 7 12 L003074 072110 09:47 071810 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


**2i.** Have you ever assisted any other person to enter the United States in violation of the law?

☐ Yes ☒ No

**2j.** (i) Do you have a communicable disease of public health significance?

☐ Yes ☒ No

(ii) Do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety, or welfare of yourself or others?

☐ Yes ☒ No

(iii) Are you now or have you been a drug abuser or drug addict?

☐ Yes ☒ No

**2k.** Have you entered the United States as a stowaway?

☐ Yes ☒ No

**2l.** Are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act)?

☐ Yes ☒ No

**2m.** Do you practice polygamy?

☐ Yes ☒ No

**2n.** Were you the guardian of, and did you accompany another alien who was ordered excluded and deported (or removed) from the United States?

☐ Yes ☒ No

**2o.** Have you detained, retained, or withheld the custody of a child having a lawful claim to U.S. citizenship, outside the United States from a U.S. citizen granted custody?

☐ Yes ☒ No

**2p.** Have you EVER ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

(i) acts involving torture or genocide?

☐ Yes ☒ No

(ii) killing any person?

☐ Yes ☒ No

(iii) intentionally and severely injuring any person?

☐ Yes ☒ No

(iv) engaging in any kind of sexual contact or relations with any person who was being forced or threatened?

☐ Yes ☒ No

(v) limiting or denying any person's ability to exercise religious beliefs?

☐ Yes ☒ No

**2q.** Have you EVER:

(i) served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, militia, or insurgent organization?

☐ Yes ☒ No

1010201070300 1900220 1200480 7 12 L003074 072110 09:47 071810 TPS-8635

(ii) served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?

☐ Yes ☒ No

**2r.** Have you EVER been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?

☐ Yes ☒ No

**2s.** Have you EVER assisted or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person?

☐ Yes ☒ No

**2t.** Have you ever received any type of military, paramilitary, or weapons training?

☐ Yes ☒ No

**NOTE ABOUT WAIVERS:** You may be eligible for a waiver of the grounds described in the questions: 2e; 2f; 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n or 2o. The Form I-601 is the USCIS application used to request a waiver. The form is available at local USCIS offices, on our website at **www.uscis.gov** or by calling the USCIS toll-free forms line at **1-800-870-3676.**

1010201070300 1900220 1200 4807 12 1003074 072110 09:47 071810 TPS-8635

## Part 5. Signature.

*Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 6.*

**Applicant's Statement** (check one):

☐ I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

☒ Each and every question and instruction on this form, as well as my answer to each question, has been read to me by the person named below in Spanish, a language in which I am fluent. I understand each and every question and instruction on this form, as well as my answer to each question.

**YOUR (APPLICANT'S) CERTIFICATION:**

I certify, under penalty of perjury under the laws of of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents, and I understand that I may be required to submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefits that I am seeking.

| Signature | Daytime Phone Number *(Area/Country Codes)* | Date *(mm/dd/yyyy)* |
|---|---|---|
| Alba A Machuca | 202-526-4363 | 07/15/2010 |

NOTE: If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 6. Interpreter's Statement:

Language used: Spanish

I certify that I am fluent in English and the above-mentioned language.

I further certify that I have read each and every question and instruction on this form, as well as the answer to each question, to this applicant in the above-mentioned language, and the applicant has understood each and every instruction and question of the form, as well as the answer to each question.

[redacted]

Date *(mm/dd/yyyy)*: 07/15/2010

## Part 7. Preparer's Statement:

I declare that I prepared this petition at the request of the above person and it is based on all the information of which I have knowledge.

Attorney or Representative: In the event of a Request for Evidence (RFE), may USCIS contact you by fax or e-mail?
☐ Yes ☒ No

(b)(6)

| Signature | Print Your Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| [redacted] | | 07/15/2010 |

| Firm Name and Address | Daytime Phone Number | Fax Number |
|---|---|---|
| Consulate General of El Salvador, 2332 Wisconsin Ave. Street, NW | (202) 331-4032 | |

## Part 8. Checklist.

☒ Did you answer each question?

☒ Did you sign the Form I-821 application?

☒ Did you submit the required application and biometric services fees, or a written request for waiver of the fees?

☒ Did you submit the necessary documents and photos, if required?

☒ Did you also submit the Form I-765 with the filing fee or a written request for a waiver of the filing fee (See instructions, items **10**, **11** and **12**)?

**Have you submitted:**

☒ The filing fee for this application or a written request for a waiver of the filing fee (see instructions, items **10** and **12**)?

☒ Supporting evidence to prove identity, nationality, date of entry, and residence?

☒ Other required supporting documents (photos, etc.) for each application?

1010201070300 1900220 1200480? 12 L003074 072110 09:47 071810 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


U.S. DEPARTMENT OF HOMELAND SECURITY, U. S. Citizenship and Immigration Services

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME MACHUCA DE DIAZ, ALBA A

Alba A Machuca



A# 095-064-037
CARD # EAC0906276755
Birthdate 10/... Category ...2 Sex F
Country of Birth El Salvador
Terms and Conditions None

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 03/09/09 EXPIRES 09/09/10

1010201070300 1900220 1200480? 12 1003074 072110 09:

**SOCIAL SECURITY**

VALID FOR WORK ONLY
WITH INS AUTHORIZATION

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

ALBA A MACHUCA-DE DIAZ

Alba A. Machuca

SIGNATURE

UNITED STATES POSTAL SERVICE

**POSTAL MONEY ORDER**

Serial Number 17598544187

Year, Month, Day 2010-07-15 Post Office 200071 U.S. Dollars and Cents $340.00

Amount THREE HUNDRED FORTY DOLLARS & 00¢ *************

Pay to DEPARTMENT OF HOMELAND SECURITY

Address

Clerk

From Machuca de Diaz, Alba

Address

Memo

A# 095-064-037

© 2008 United States Postal Service. All Rights Reserved

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000008002⑆ 17598544187⑈

1810 TPS-8635

UNITED STATES POSTAL SERVICE

**POSTAL MONEY ORDER**

Serial Number 17598544176

Year, Month, Day 2010-07-15 Post Office 200071 U.S. Dollars and Cents $80.00

Amount EIGHTY DOLLARS & 00¢ ************************

Pay to DEPARTMENT OF HOMELAND SECURITY

Address

Clerk

From Machuca de Diaz, Alba

Address

Memo

A# 095-064-037

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000008002⑆ 17598544176⑈

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS: A Number 095064037

1010201070300 1900220 12004807 12 L003074 072110 09:47 071810 TPS-8635

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

Alba Machuca de Diaz
6110 Easter Ave. NE
Washington, DC 20011

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7008 1830 0001 3463 0396

UNITED STATES POSTAL SERVICE

1000 60680

U.S. POSTAGE PAID
WASHINGTON.DC
20007
JUL 15 '10
AMOUNT
$5.71
00010046-08

RETURN RECEIPT REQUESTED

F35073/

R090949

RETURN RECEIPT REQUESTED

U.S. Citizenship and Immigration Services
Attn: TPS El Salvador
P.O. Box 8635
Chicago. IL 60680-8635

606808635 B062

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB No. 1615-0040; Expires 09/30/11

# I-765, Application For Employment Authorization

[redacted]

**Do not write in this block.**

| Remarks | Action Block |
|---|---|
| A# | |
| Applicant is filing under §274a.12 ______ | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* until ______ (Date).

Subject to the following conditions: ______

Application Denied.

☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).

☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

(b)(6)

I am applying for:
- ☐ Permission to accept employment.
- ☐ Replacement *(of lost employment authorization document)*
- ☒ Renewal of my permission to accept employment *(attach previous employment authorization document)*.

1. Name (Family Name in CAPS) (First) (Middle): MACHUCA DE DIAZ ALBA AZUCENA
2. Other Names Used (Include Maiden Name):
3. Address in the United States (Number and Street) (Apt. Number): 6110 EASTER AVE, NE
   (Town or City) (State/Country) (ZIP Code): WASHINGTON DC 20011
4. Country of Citizenship/Nationality: EL SALVADOR
5. Place of Birth (Town or City) (State/Province) (Country): EL CARMEN LA UNION EL SALVADOR
6. Date of Birth (mm/dd/yyyy): 10/26/1978
7. Gender: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. Social Security Number (Include all numbers you have ever used) (if any): 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
10. Alien Registration Number (A-Number) or I-94 Number (if any): 095-064-037
11. Have you ever before applied for employment authorization from USCIS? ☒ Yes (If yes, complete below) ☐ No

Which USCIS Office? VERMONT — Date(s) 03/09/2009

Results (Granted or Denied - attach all documentation): GRANTED

12. Date of Last Entry into the U.S. (mm/dd/yyyy): 07/05/1999
13. Place of Last Entry into the U.S.: EAGLE PASS, TEXAS
14. Manner of Last Entry (Visitor, Student, etc.): EWI
15. Current Immigration Status (Visitor, Student, etc.): TPS
16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
    Eligibility under 8 CFR 274a.12 (A ) (12 ) ( )
17. If you entered the Eligibility Category, (c)(3)(C), in item 16 above, list your degree, your employer's name as listed in E-Verify, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.
    Degree: ______
    Employer's Name as listed in E-Verify: ______
    Employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number ______

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16**.

| Signature | Telephone Number | Date |
|---|---|---|
| Alba A Machuca | 202-526-4363 | 07/15/2010 |

**Signature of person preparing form, if other than above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

[redacted] Date 07/15/2010

| Remarks | Initial Receipt | Resubmitted | Relocated Rec'd | Relocated Sent | Completed Approved | Completed Denied | Completed Returned |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

[redacted]

(b)(6)

Form I-765 (Rev. 02/12/10)Y

1010201010790300 1900220 1200 4807 12 L003074 072110 09:47 071810 TPS-8635

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

OMB No. 1615-0040; Expires 08/31/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-765, Application For [redacted]

**Do not write in this block.**

| Remarks | Action Block |
|---|---|
| A# | (b)(6) [redacted] |
| Applicant is filing under §274a.12 ____ | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* [redacted]

Subject to the following conditions: ____
Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☐ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☒ Renewal of my permission to accept employment *(attach previous employment authorization document).*

1. Name (Family Name in CAPS) (First) (Middle): MACHUCA DE DIAZ ALBA AZUCENA

Which USCIS Office? VERMONT — Date(s) 01/22/2008

2. Other Names Used (Include Maiden Name): NONE

Results (Granted or Denied - attach all documentation): GRANTED

3. Address in the United States (Number and Street) (Apt. Number): 6110 EASTER AVE, NE

(Town or City) WASHINGTON (State/Country) DC (ZIP Code) 20011

12. Date of Last Entry into the U.S. (mm/dd/yyyy): 07/05/1999

13. Place of Last Entry into the U.S.: EAGLE PASS, TEXAS

4. Country of Citizenship/Nationality: EL SALVADOR

14. Manner of Last Entry (Visitor, Student, etc.): EWI

5. Place of Birth (Town or City) EL CARMEN (State/Province) LA UNION (Country) EL SALVADOR

15. Current Immigration Status (Visitor, Student, etc.): TPS

6. Date of Birth (mm/dd/yyyy): 10/26/1978

7. Gender: ☐ Male ☒ Female

16. Go to **Part 2** of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12 ( A ) ( 12 ) ( )

8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced

9. Social Security Number (Include all numbers you have ever used) (if any): 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

17. If you entered the Eligibility Category, (c)(3)(C), in item 16 above, list your degree, your employer's name as listed in E-Verify, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.

10. Alien Registration Number (A-Number) or I-94 Number (if any): 095-064-037

Degree: ____

11. Have you ever before applied for employment authorization from USCIS?
☒ Yes (If yes, complete below) ☐ No

Employer's Name as listed in E-Verify: ____
Employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number ____

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16**.

| Signature | Telephone Number | Date |
|---|---|---|
| Alba A Machuca De Diaz | 202-636-[redacted] | 11/22/2008 |

**Signature of person preparing form, if other than above:** I declare [redacted] epared by me at the request of the applicant and is based on all information of which I have any knowl[redacted]

[redacted] nsin Ave. Sig[redacted] Date 11/22/2008

| | | | | Completed | |
|---|---|---|---|---|---|
| [redacted] itted | Rec'[redacted] | | | Denied | Returned |
| | | | | | |

Form I-765 (Rev. 05/27/08) N

(b)(6)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


Correct


EMPLOYMENT AUTHORIZATION CARD
The person identified is authorized to work in the U.S. for the validity of this card.
NAME MACHUCA DE DIAZ, ALBA A
A# 095-064-037
CARD # EAC0513373826
Birthdate 10/26/78 Category A12 Sex F
Country of Birth El Salvador
Terms And Conditions None
NOT VALID FOR REENTRY TO U.S.
CARD VALID FROM 08/24/05 EXPIRES 09/09/06

Correct


U.S. DEPARTMENT OF HOMELAND SECURITY, U. S. Citizenship and Immigration Services
EMPLOYMENT AUTHORIZATION CARD
The person identified is authorized to work in the U.S. for the validity of this card.
NAME MACHUCA DE DIAZ, ALBA A
A# 095-064-037
CARD # EAC0633382085
Birthdate 10/26/78 Category A12 Sex F
Country of Birth El Salvador
Terms And Conditions None
NOT VALID FOR REENTRY TO U.S.
CARD VALID FROM 01/03/07 EXPIRES 09/30/07

Incorrect →


U.S. DEPARTMENT OF HOMELAND SECURITY, U. S. Citizenship and Immigration Services
EMPLOYMENT AUTHORIZATION CARD
The person identified is authorized to work in the U.S. for the validity of this card.
NAME MACHUCA DE DIOZ, ALBA A
A# 095-064-037
CARD # EAC0802577739
Birthdate 10/26/78 Category A12 Sex F
Country of Birth El Salvador
Terms And Conditions None
NOT VALID FOR REENTRY TO U.S.
CARD VALID FROM 01/22/08 EXPIRES 03/09/09


SOCIAL SECURITY
VALID FOR WORK ONLY WITH INS AUTHORIZATION
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
THIS NUMBER HAS BEEN ESTABLISHED FOR
ALBA A MACHUCA-DE DIAZ
SIGNATURE

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

OMB No. 1615-0043; Exp. 10/31/10

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-821, Application for Temporary Protected Status

**START HERE - Please type or print in black ink.**

## Part 1. Type of application *(check one)*

a. ☐ This is my first application to register for Temporary Protected Status (TPS).

b. ☒ This is my application for re-registration or renewal of temporary treatment benefits. I have previously been granted TPS or temporary treatment benefits. I have maintained and continue to maintain eligibility for TPS.

## Part 2. Information about you

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| MACHUCA DE DIAZ | ALBA | AZUCENA |

**U.S. Mailing Address:** (Street Number and Name): 6110 EASTER AVE, NE
Apt. #:

C/O: (In Care Of):

Town/City: WASHINGTON
State: DC

County: DISTRICT OF COLUMBIA
Zip Code: 20011

Date of Birth *(mm/dd/yyyy)*: 10/26/1978
Gender: ☐ Male ☒ Female

Place of Birth (Town or City): EL CARMEN
State/Country: LA UNION

Country of Residence: USA
Country of Citizenship/Nationality: EL SALVADOR

Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

Other Names Used *(including maiden name)*: NONE

Date of Entry Into the U.S. *(mm/dd/yyyy)*: 07/05/1999
Place of Entry Into the U.S.: EAGLE PASS, TEXAS

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: EWI

Arrival/Departure Record (I-94) Number:

Date authorized stay expired/or will expire, as shown on Form I-94 or I-95 *(mm/dd/yyyy)*:

**Your Current Immigration Status:**

In Status *(state nonimmigrant classification, e.g., F-1, etc.)*: TPS

Out of Status *(state nonimmigrant violation, e.g., overstay student, EWI etc.)*: EWI

Alien Registration Number (A#) *(if any)*: 095-064-037

U.S. Social Security Number *(if any)*: 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

Are you now or have you ever been under immigration proceedings?
☐ Yes ☒ No

If you answered "Yes" to the above question, provide the following information.

Type of proceedings:
☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

Location of Proceedings:

Date of Proceedings *(mm/dd/yyyy)*:

**For USCIS Use Only**

Returned

Date

Date

Resubmitted

Date

Date

Reloc Sent

Date

Date

Reloc Rec'd

Date

Date

☐ Applicant Interviewed on

**Case ID #:**

**A #:**

**Remarks**

**Action Block**

**To Be Completed by**
*Attorney or Representative*, if any.
☐ Fill in box if G-28 is attached to represent the applicant.

ATTY State License #

Form I-821 (Rev. 10/17/07)N

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


(b)(6)

## Part 3. Information about your spouse and children *(if any)*

[redacted]

## Part 4. Eligibility standards

**1. Provide the following information:**

I am a national of (or an alien having no nationality, who last habitually resided in the state of):

EL SALVADOR

I entered the United States on the following date (provide month/day/year), and have resided in the United States since that time.

07/05/1999

**2.** To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions.

If any of the questions beginning below on this page and continuing on **Pages 3, 4, and 5** apply to you, describe the circumstances and include a full explanation on a separate sheet(s) of paper. Use the number 2 before each letter referring to the specific question (2a, 2b, etc).

If you were ever arrested, provide the disposition (outcome) for all arrests. For example, "case dismissed" from the appropriate authority. **NOTE:** For information about waivers concerning the grounds of inadmissibility, see **Page 5.**

**2a.** Have you been convicted of any felony or two or more misdemeanors committed in the United States?

☐ Yes ☒ No

**2b.** (i) Have you ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group, or political opinion?

☐ Yes ☒ No

(ii) Have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime)?

☐ Yes ☒ No

(iii) Have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States?

☐ Yes ☒ No

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


(iv) Have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States?

☐ Yes ☒ No

**2c.** (i) Have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act?

☐ Yes ☒ No

(ii) Have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more?

☐ Yes ☒ No

(iii) Have you trafficked in or do you continue to traffic in any controlled substance, or are you or have you been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance?

☐ Yes ☒ No

(iv) Have you engaged in or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the Government of the United States?

☐ Yes ☒ No

(v) Have you engaged in or do you continue to engage in terrorist activities?

☐ Yes ☒ No

(vi) Have you engaged in or do you continue to engage in or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States?

☐ Yes ☒ No

(vii) Have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary?

☐ Yes ☒ No

(viii) Have you participated in Nazi persecution or genocide?

☐ Yes ☒ No

**2d.** Have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency, or similar action?

☐ Yes ☒ No

**2e.** Have you committed a serious criminal offense in the United States and asserted immunity from prosecution?

☐ Yes ☒ No

**2f.** Have you within the past ten years, engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution?

☐ Yes ☒ No

**2g.** Have you been or do you intend to be involved in any other commercial vice?

☐ Yes ☒ No

**2h.** Have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony)?

☐ Yes ☒ No

**2i.** Have you ever assisted any other person to enter the United States in violation of the law?

☐ Yes ☒ No

**2j.** (i) Do you have a communicable disease of public health significance?

☐ Yes ☒ No

(ii) Do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety, or welfare of yourself or others?

☐ Yes ☒ No

(iii) Are you now or have you been a drug abuser or drug addict?

☐ Yes ☒ No

**2k.** Have you entered the United States as a stowaway?

☐ Yes ☒ No

**2l.** Are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act)?

☐ Yes ☒ No

**2m.** Do you practice polygamy?

☐ Yes ☒ No

**2n.** Were you the guardian of, and did you accompany another alien who was ordered excluded and deported (or removed) from the United States?

☐ Yes ☒ No

**2o.** Have you detained, retained, or withheld the custody of a child having a lawful claim to U.S. citizenship, outside the United States from a U.S. citizen granted custody?

☐ Yes ☒ No

**2p.** Have you EVER ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

(i) acts involving torture or genocide?

☐ Yes ☒ No

(ii) killing any person?

☐ Yes ☒ No

(iii) intentionally and severely injuring any person?

☐ Yes ☒ No

(iv) engaging in any kind of sexual contact or relations with any person who was being forced or threatened?

☐ Yes ☒ No

(v) limiting or denying any person's ability to exercise religious beliefs?

☐ Yes ☒ No

**2q.** Have you EVER:

(i) served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, militia, or insurgent organization?

☐ Yes ☒ No

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law


(ii) served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?

☐ Yes ☒ No

**2r.** Have you EVER been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?

☐ Yes ☒ No

**2s.** Have you EVER assisted or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person?

☐ Yes ☒ No

**2t.** Have you ever received any type of military, paramilitary, or weapons training?

☐ Yes ☒ No

**NOTE ABOUT WAIVERS:** You may be eligible for a waiver of the grounds described in the questions: 2e; 2f; 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n or 2o. The Form I-601 is the USCIS application used to request a waiver. The form is available at local USCIS offices, on our website at **www.uscis.gov** or by calling the USCIS toll-free forms line at **1-800-870-3676.**

## Part 5. Signature.

*Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 6.*

**Applicant's Statement** (check one):

☐ I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

☒ Each and every question and instruction on this form, as well as my answer to each question, has been read to me by the person named below in Spanish, a language in which I am fluent. I understand each and every question and instruction on this form, as well as my answer to each question.

**YOUR (APPLICANT'S) CERTIFICATION:**

I certify, under penalty of perjury under the laws of of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents, and I understand that I may be required to submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefits that I am seeking.

| Signature | Daytime Phone Number *(Area/Country Codes)* | Date *(mm/dd/yyyy)* |
| --- | --- | --- |
| AlbA A MAChucA Diaz | 202-636-3578 | 11 22 2008 |

**NOTE:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 6. Interpreter's Statement:**

Language used: Spanish

I certify that I am fluent in English and the above-mentioned language.

I further certify that I have read each and every question and instruction on this form, as well as the answer to each question, to this applicant in the above-mentioned language, and the applicant has understood each and every instruction and question of the form, as [redacted]

Date *(mm/dd/yyyy)*

11/22/2008

**Part 7. Preparer's Statement:**

I declare that I prepared this petition at the request of the above person and it is based on all the information of which I have knowledge.

Attorney or Representative: In the event of a Request for Evidence (RFE), may USCIS contact you by fax or e-mail?

[redacted]

Date *(mm/dd/yyyy)*

11/22/2008

| Firm Name and Address | Daytime Phone Number | Fax Number |
|---|---|---|
| Consulate General of El Salvador, 2332 Wisconsin Ave. Street, NW | (202) 331-4032 | |

**Part 8. Checklist.**

- ☒ Did you answer each question?
- ☒ Did you sign the Form I-821 application?
- ☒ Did you submit the required application and biometric services fees, or a written request for waiver of the fees?
- ☒ Did you submit the necessary documents and photos, if required?
- ☒ Did you also submit the Form I-765 with the filing fee or a written request for a waiver of the filing fee (See instructions, items **10, 11** and **12**)?

**Have you submitted:**

- ☒ The filing fee for this application or a written request for a waiver of the filing fee (see instructions, items **10** and **12**)?
- ☒ Supporting evidence to prove identity, nationality, date of entry, and residence?
- ☒ Other required supporting documents (photos, etc.) for each application?

**ADDENDUM TO I-821**

Last Name: MACHUCA DIOZ
First Name: ALBA
Middle Name: A

Alien #: **095-064-037**

**Part 2. Information about you: Other names used (*including maiden name)***

The forms I-821 and I-765 reflect that I have used [1] different names in the past:

- MACHUCA DE DIAZ, ALBA A (EAC and Social Security Card)

This is because the institutions where I previously completed those forms did not pay attention to correct spelling of my last name. Therefore, please take note that my correct last name is ALBA A. MACHUCA DE DIAZ, as it appears in the copy of my Salvadoran passport that I am enclosing.

ALBA A. MACHUCA DIAZ 11/22/2008

Signature of Applicant Date

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS: A-Number 095064037

Alba A. Machoca Diaz
6110 Easter AVE NE.
Washington DC 20011

7008 1140 0000 5584 3145

UNITED STATES POSTAL SERVICE

0000 60680

U.S. POST
PAID
WASHINGTON.
20050
NOV 24.
AMOUNT
$5.4
0003414

US Citizenship & Immigration Service
ATTN TPS EL Salvador
PO Box 8635
Chicago IL 60680-8635

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS: A-Number 095064037

Alba Machuca
6110 Easter Ave N E
Washington DC 20011

CERTIFIED MAIL™

7010 1870 0001 0664 3495

UNITED STATES POSTAL SERVICE

1000

60680

U.S. POSTAGE
PAID
WASHINGTON.DC
20009
FEB 24.'12
AMOUNT
$5.95
00076882-21

USCIS
Attn. TPS El Salvador
P.O. Box 8635
Chicago, IL. 60680-8635

(b)(6)

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

6068038635 B062

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

Alba A Machuca de Diaz
1476 Newton st. NW
Apt. #34
Washington DC 20010

CERTIFIED MAIL™

7003 1680 0005 2963 1726

UNITED STATES POSTAL SERVICE

SOUTHERN MD 2
PM
19 JAN
2005

0000 60680

U.S. POSTAGE
PAID
WASHINGTON DC
20010
JAN 19, 05
AMOUNT
$4.65
00058784-03

RETURN RECEIPT
REQUESTED

US Citizenship and Immigration Services
P.O. BOX 6943
Chicago, IL 60680-6943

60680+6943 32

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



Return to Table of Contents

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037



Alba H [illegible]
1476 Newton St. NW
Apt. #34
Washington DC 20010

7003 1680 0005 2963 1726

UNITED STATES POSTAL SERVICE

SOUTHERN MD 2
PM
2005

0000 60680

U.S. POSTAGE
PAID
WASHINGTON, DC
20810
JAN 19, 05
AMOUNT
$4.65
00058784-03

RETURN RECEIPT
REQUESTED

US Citizenship and Immigration Services
P.O. BOX 6943
Chicago, IL 60680-6943

60680+6943 32

Return to Table of Contents

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

JAN 2 3 2005

OMB No. 1615-0043; Exp. 07/31/07

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-821, Application for Temporary Protected Status

**START HERE - Please type or print in black** [redacted] **USCIS USE ONLY**

Receipt

(b)(6) (b)(7)(E)

[redacted]

**Part 1. Type of application.** *(check one)*

a. ☐ This is my first application to register for Temporar

b. ☒ This is my application for re-registration or renewal benefits. I have previously been granted TPS or ten have maintained and continue to maintain eligibility

**Part 2. Information about you.**

Family Name (Last Name): MACHUCA DE DIAZ
Given Name (First Na: ALBA

U.S. Mailing Address: (Street Number and Name): 1476 Newton st. NW
Apt. #: 34

C/O: (In Care Of):

Town/City: Washington
State: DC

County: DC
Zip Code: 20010

Date of Birth *(mm/dd/yyyy)*: 10-26-1978
Gender: ☐ Male ☒ Female

Place of Birth (Town or City): Salalagua
State/Country: La Union, El Salvador

Country of Residence: USA
Country of Citizenship/Nationality: El Salvador

Marital Status: ☐ Single ☒ Married ☐ Divorce ☐ Widowed

Other Names Used *(including maiden name)*: N/A

Date of Entry Into the U.S. *(mm/dd/yyyy)*: 07-05-1999
Place of Entry Into the U.S.: Eagle Pass - TX

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: EWI

Arrival/Departure Record (I-94) Number: N/A
Date authorized stay expired/or will expire, as shown on Form I-94 or I-95 *(mm/dd/yyyy)*: N/A

**Your Current Immigration Status:**
In Status *(state nonimmigrant classification, e.g. F-1, etc.)*: TPS MEMBER
Out of Status *(state nonimmigrant violation, e.g., overstay student, EWI etc.)*: N/A

Alien Registration Number (A#) *(if any)*: 095-064-037
U.S. Social Security Number *(if any)*: 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

Are you now or have you ever been under immigration proceedings?
☐ Yes ☒ No

If you answered "Yes" to the above question, provide the following information.
Type of proceedings:
☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

Location of Proceedings:
Date of Proceedings *(mm/dd/yyyy)*:

**USCIS use only column:**

Reloc Sent
Date
Date
Reloc Rec'd
Date
Date
☐ Applicant Interviewed on ______
**Case ID #:**
**A #:**
**Remarks**
ELECTRONICALLY REFERRED TO VSC
**Action Block**

**To Be Completed By** *Attorney or Representative*, if any.
☐ Fill in box if G-28 is attached to represent the applicant.
ATTY State License #

Form I-821 (Rev. 11/05/04)N (Prior version may be used through 01/03/05)

(b)(6) JAN 23 2005

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0043; Exp. 07/31/07

# I-821, Application for Temporary Protected Status

**START HERE - Please type or print in black ink.**

**Part 1. Type of application.** *(check one)*

a. ☐ This is my first application to register for Temporary Protected Status (TPS).
b. ☒ This is my application for re-registration or renewal of temporary treatment benefits. I have previously been granted TPS or temporary treatment benefits. I have maintained and continue to maintain eligibility for TPS.

**Part 2. Information about you.**

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| MACHUCA DE DIAZ | ALBA | AZUCENA |

**U.S. Mailing Address:** (Street Number and Name): 1476 Newton St. NW — Apt. #: 34

C/O: (In Care Of):

| Town/City | State |
|---|---|
| Washington | DC |

| County | Zip Code |
|---|---|
| DC | 20010 |

Date of Birth *(mm/dd/yyyy)*: 10-26-1978
Gender: ☐ Male ☒ Female

| Place of Birth (Town or City) | State/Country |
|---|---|
| Salalagua | La Union, El Salvador |

| Country of Residence | Country of Citizenship/Nationality |
|---|---|
| USA | El Salvador |

Marital Status: ☐ Single ☒ Married ☐ Divorce ☐ Widowed

Other Names Used *(including maiden name)*: N/A

| Date of Entry Into the U.S. *(mm/dd/yyyy)* | Place of Entry Into the U.S. |
|---|---|
| 07-05-1999 | Eagle Pass - TX |

Manner of Arrival *(Visitor, student, stowaway, without inspection, etc.)*: EWI

| Arrival/Departure Record (I-94) Number | Date authorized stay expired/or will expire, as shown on Form I-94 or I-95 *(mm/dd/yyyy)* |
|---|---|
| N/A | N/A |

**Your Current Immigration Status:**

| In Status *(state nonimmigrant classification, e.g. F-1, etc.)* | Out of Status *(state nonimmigrant violation, e.g., overstay student, EWI etc.)* |
|---|---|
| TPS MEMBER | N/A |

| Alien Registration Number (A#) *(if any)* | U.S. Social Security Number *(if any)* |
|---|---|
| 095-064-037 | 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 |

Are you now or have you ever been under immigration proceedings?
☐ Yes ☒ No

If you answered "Yes" to the above question, provide the following information.
Type of proceedings:
☐ Exclusion ☐ Removal/Deportation ☐ Recission ☐ Judicial Proceedings

Location of Proceedings: 
Date of Proceedings *(mm/dd/yyyy)*: 

**FOR USCIS USE ONLY**

Returned
Date
Date
Resubmitt
Date
Date
Reloc Sent
Date
Date
Reloc Rec
Date
Date
☐ Applic
Intervi
on ___

**Case ID #**

**A #:**

**Remarks**

ELECTRONICALLY REFERRED TO VSC

**Action Block**

**To Be Completed By**
*Attorney or Representative*, if any.
☐ Fill in box if G-28 is attached to represent the applicant.

ATTY State License #

Form I-821 (Rev. 11/05/04)N (Prior version may be used through 01/03/05)

PAGE WITHHELD PURSUANT TO (b)(6)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

## Part 3. Information about your spouse and children. *(if any)*

[redacted]

## Part 4. Eligibility standards.

1. **Provide the following information:**

I am a national of, or an alien having no nationality, who last habitually resided in the foreign state of:

EL SALVADOR

I entered the United States on the following date (provide month/day/year), and have resided in the United States since that time.

07-05-1999

2. To be eligible for Temporary Protected Status, you must be admissible as an immigrant to the United States, with certain exceptions.

If any of the questions beginning below on this page and continuing on **Page 3** apply to you, number which one(s) in the box(es): (for example, 2k for— Have you entered the United States as a stowaway;) and include a full explanation on a separate sheet(s) of paper. Use the number **2** before each letter referring to the specific question (2a, 2b, etc.).

If you were ever arrested, provide the disposition (outcome) of the arrest. For example, "case dismissed" from the appropriate authority.

N/A

**NOTE:** For information about waivers concerning the grounds of inadmissibility, see **Page 3.**

| | | | | | |
|---|---|---|---|---|---|
| NONE | | | | | |

**2a.** Have you been convicted of any felony or two or more misdemeanors committed in the United States;

**2b.** (i) Have you ordered, incited, assisted or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group or political opinion;

(ii) Have you been convicted by a final judgment of a particularly serious crime, constituting a danger to the community of the United States (an alien convicted of an aggravated felony is considered to have committed a particularly serious crime);

(iii) Have you committed a serious nonpolitical crime outside of the United States prior to your arrival in the United States; or

(iv) Have you engaged in or are you still engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States?

**Part 4. Eligibility standards.** *(Continued)* N/A

**2c.** (i) Have you been convicted of, or have you committed acts which constitute the essential elements of a crime (other than a purely political offense) or a violation of or a conspiracy to violate any law relating to a controlled substance as defined in Section 102 of the Controlled Substance Act;

(ii) Have you been convicted of two or more offenses (other than purely political offenses) for which the aggregate sentences to confinement actually imposed were five years or more;

(iii) Have you trafficked in or do you continue to traffic in any controlled substance or are or have been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking of any controlled substance;

(iv) Have you engaged or do you continue to engage solely, principally, or incidentally in any activity related to espionage or sabotage or violate any law involving the export of goods, technology, or sensitive information, any other unlawful activity, or any activity the purpose of which is in opposition, or the control, or overthrow of the government of the United States;

(v) Have you engaged in or do you continue to engage in terrorist activities;

(vi) Have you engaged in or do you continue to engage or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States;

(vii) Have you been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary; and

(viii) Have you participated in Nazi persecution or genocide;

**2d.** Have you been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations, or been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action;

**2e.** Have you committed a serious criminal offense in the United States and asserted immunity from prosecution;

**2f.** Have you within the past ten years engaged in prostitution or procurement of prostitution or do you continue to engage in prostitution or procurement of prostitution;

**2g.** Have you been or do you intend to be involved in any other commercial vice;

**2h.** Have you been excluded and deported from the United States within the past year, or have you been deported or removed from the United States at government expense within the last five years (20 years if you have been convicted of an aggravated felony);

**2i.** Have you ever assisted any other person to enter the United States in violation of the law;

**2j.** (i) Do you have a communicable disease of public health significance.

(ii) Do you have or have you had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety or welfare of yourself or others;

(iii) Are you now or have you been a drug abuser or drug addict;

**2k** Have you entered the United States as a stowaway;

**2l.** Are you subject to a final order for violation of section 274C (producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act);

**2m.** Do you practice polygamy;

**2n.** Were you the guardian of, and did you accompany another alien who was ordered excluded and deported (or removed) from the United States;

**2o.** Have you detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody?

**NOTE ABOUT WAIVERS:** If you placed any of the following numbered references in the boxes on Page **2**, you may be eligible for a waiver of the grounds described in the questions: 2e; 2f; 2g; 2h; 2i; 2j; 2k; 2l; 2m; 2n or 2o. The Form I-601 is the CIS application used to request a waiver. The form is available at local CIS offices, on our website at **www.uscis.gov** or by calling the CIS toll-free forms line at **1-800-870-3176.**

N/A

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law.
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

## Part 5. Signature.

*Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete **Part 6.***

**Your certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

| Signature | Daytime Phone Number *(Area/Country Code)* | Date *(mm/dd/yyyy)* |
|---|---|---|
| alba a machuca Diaz | (202) 986-4941 | 1-14-05 |

**NOTE:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.

## Part 6. Signature of person preparing form, if other than above.

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

**Attorney** [redacted] tact you by Fax or E-Mail? ☐ Yes ☐ No

**Signatur** [redacted] **Date** *(mm/dd/yyyy)* 1- 14-05

**Firm Na** [redacted]

CATHOLIC IMMIGRATION SERVICE
1720 I (EYE) STREET N.W. SUITE 607
WASHINGTON,D.C. 20006-3704
TEL: (202) 466-6611 / 6612

(b)(6)

| Daytime Phone Number *(Area/Country Code)* | Fax Number *(Area/Country Code)* | E-Mail Address |
|---|---|---|
| | | |

## Part 7. Checklist.

- ☐ Did you answer each question?
- ☐ Did you sign the Form I-821 application?
- ☐ Did you submit the required application and biometric services (fingerprinting) fees?
- ☐ Did you submit the necessary documents and photos, if so required?
- ☐ Did you also submit the Form I-765 with the filing fee or a written request for a waiver of the filing fee (See instructions, items **10, 11** and **12**)?

**Have you submitted:**

- ☐ The filing fee for this application or a written request for a waiver of the filing fee (see instructions, items **10** and **12**)?
- ☐ Supporting evidence to prove identity, nationality, date of entry and residence?
- ☐ Other required supporting documents (photos, etc.) for each application?

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

JAN 23 2005

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0163; Expires 04/30/05

(b)(6)

# Application for Employment Authorization

**Do Not Write in This Block.**

| Remarks | Action Stamp |
|---|---|
| A# | ELECTRONICAL[redacted] REFERRED TO[redacted] |
| Applicant is filing under §274a.12 | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)*

(Date).

Subject to the following conditions:

☐ Application Denied.

☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).

☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

2005 FEB 10 AM 8: 59

I am applying for:
- ☐ Permission to accept employment.
- ☐ Replacement *(of lost employment authorization document).*
- ☒ Renewal of my permission to accept employment *(attach previous employment authorization document).*

1. Name (Family Name in CAPS) (First) (Middle): MACHUCA DE DIAZ ALBA AZUCENA
2. Other Names Used (Include Maiden Name): N/A
3. Address in the United States (Number and Street) (Apt. Number): 1476 Newton St. NW #34
   (Town or City) (State/Country) (ZIP Code): Washington DC 20010
4. Country of Citizenship/Nationality: El Salvador
5. Place of Birth (Town or City) (State/Province) (Country): Salalagua LaUnion El salvador
6. Date of Birth: 10-26-1978
7. Sex: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. Social Security Number (Include all Numbers you have ever used) (if any): 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
10. Alien Registration Number (A-Number) or I-94 Number (if any): 095-064-037
11. Have you ever before applied for employment authorization from INS? ☒ Yes (If yes, complete below) ☐ No
    Which INS Office? USC Date(s) 9-10-03 to 3-9-05
    Results (Granted or Denied - attach all documentation)
12. Date of Last Entry into the U.S. (Month/Day/Year): 07-05-1999
13. Place of Last Entry into the U.S.: EAGLE PASS - TX
14. Manner of Last Entry (Visitor, Student, etc.): EWI
15. Current Immigration Status (Visitor, Student, etc.): TPS MEMBER
16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
    Eligibility under 8 CFR 274a.12
    ( A ) ( 12 ) ( )

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| Alba a machuca Diaz | (202) 986-4941 | 1-14-05 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I ha[redacted]

Print Name [redacted]

CATHOLIC IMMIGRATION SERVICE
1720 I (EYE) STREET N.W. SUITE 607
WASHINGTON, D.C. 20006-3704
TEL: (202) 466-8611 / 8612

Date 1-14-05

(b)(6)

| Initial Receipt | Resub[redacted] | | | Completed | | |
|---|---|---|---|---|---|---|
| | | | | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 5/09/02)Y

Return to Table of Contents

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS: A-Number 095064037

Alba Azucena Machuca
de Diaz
6110 Easter Ave NE
Washington, D.C.
20011

...ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7011 2970 0002 9774 0817

UNITED STATES POSTAL SERVICE

1000

60680

U.S. POSTAGE
PAID
WASHINGTON.DC
20301
JUL 23, 13
AMOUNT
$6.77
00040241-10

(b)(6)

U.S. Citizenship and Immigration Services
Attn. TPS El Salvador
P.O. Box 8635
Chicago, IL 60680-8635

60680$8635 B062

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

# Application for Temporary Protected Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-821**
OMB No. 1615-0043
Expires 02/28/2017

**For USCIS Use Only**

**Action Block**

**Remarks**

**Case ID:**
**A-Number:**
**Returned:**
**Resubmitted:**
**Relocated:**
**Received:**
**Sent:**

▶ **START HERE - Type or print in black ink.**

## Part 1. Type of Application *(check one)*

**1.a.** ☐ This is my initial *(first time)* application for Temporary Protected Status (TPS). I was not previously granted TPS.

**1.b.** ☒ This is my re-registration application for TPS. I was previously granted TPS.

**Are you also filing a request for employment authorization?**

**2.a.** ☒ Yes, I am requesting an Employment Authorization Document (EAD), and I am filing Form I-765, Application for Employment Authorization, together with my Form I-821.

**2.b.** ☐ No, I am not currently requesting employment authorization, but I am filing Form I-765 *(as required for administrative purposes)* together with my Form I-821.

## Part 2. Information About You

**1.a.** Family Name *(Last Name)*: MACHUCA DE DIAZ

**1.b.** Given Name *(First Name)*: ALBA

**1.c.** Middle Name: AZUCENA

### *U.S. Mailing Address*

**2.a.** In Care Of Name:

**2.b.** Street Number and Name: 6110 EASTER AVE, NE

**2.c.** Apt. ☐ Ste. ☐ Flr. ☐

**2.d.** City or Town: WASHINGTON

**2.e.** State: DC **2.f.** ZIP Code: 20011

**2.g.** Is your current mailing address the same as your physical address? ☒ Yes ☐ No

If you answered "No" to **Item Number 2.g.,** please provide your physical address below.

### *U.S. Physical Address*

**3.a.** Street Number and Name:

**3.b.** Apt. ☐ Ste. ☐ Flr. ☐

**3.c.** City or Town:

**3.d.** State: -- **3.e.** ZIP Code:

1900760 053029 17 R569641 022515 16:55 022415 TPS-8635

(b)(6)

## Part 2. Information About You *(continued)*

### *Other Information*

4. Alien Registration Number (A-Number) *(if any)*
► A- 0 9 5 0 6 4 0 3 7

5. USCIS ELIS Account Number *(if any)*
►

6. U.S. Social Security Number *(if any)*
► 5 7 7 3 3 9 9 2 1

7. Date of Birth *(mm/dd/yyyy)* ► 10/26/1978

8. Gender ☐ Male ☒ Female

9. City/Town/Village of Birth
EL CARMEN

10. Country of Birth
EL SALVADOR

11. Country of Residence
UNITED STATES OF AMERICA

12. Country of Citizenship/Nationality *(if any)*
EL SALVADOR

13. Marital Status
☒ Married ☐ Widowed ☐ Single ☐ Divorced

Other Names Used *(if any, including maiden name)*

14.a. Family Name *(Last Name)*

14.b. Given Name *(First Name)*

14.c. Middle Name

Other Dates of Birth Used *(if any)*

15.a. Date of Birth *(mm/dd/yyyy)* ►

15.b. Date of Birth *(mm/dd/yyyy)* ►

16. Ethnicity *(Select **only one** box)*
☒ Hispanic or Latino
☐ Not Hispanic or Latino

17. Race *(Select **all applicable** boxes)*
☒ White
☐ Asian
☐ Black or African American
☐ American Indian or Alaska Native
☐ Native Hawaiian or Other Pacific Islander

18. Height Feet 5 Inches 04

19. Weight Pounds 1 9 0

20. Eye Color *(Select **only one** box)*
☒ Black ☐ Blue ☐ Brown
☐ Gray ☐ Green ☐ Hazel
☐ Maroon ☐ Pink ☐ Unknown/Other

21. Hair Color *(Select **only one** box)*
☐ Bald (No hair) ☒ Black ☐ Blond
☐ Brown ☐ Gray ☐ Red
☐ Sandy ☐ White ☐ Unknown/Other

### *U.S. Entry Information*

22. Date of last entry into the United States
*(mm/dd/yyyy)* ► 07/05/1999

23. Immigration status when you last entered the United States *(e.g., visitor, student, entered without inspection (EWI))*
EWI

Place of last entry into the United States

24.a. U.S. Port of Entry *(if any)*
EAGLE PASS, TEXAS

24.b. City or Town EAGLE PASS

24.c. State TX

1900760 053029 17 R569641 022515 16:55 022415 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037
(b)(6)

## Part 2. Information About You *(continued)*

**25.a.** Arrival-Departure Record (Form I-94) *(if any)* ▶

**25.b.** Date authorized period of stay in the United States expired or will expire *(as shown on Form I-94 or I-95)* *(mm/dd/yyyy)* ▶

**25.c.** Passport Number *(if any)*

**25.d.** Travel Document Number *(if any)*

**25.e.** Country of Issuance for Passport or Travel Document

**25.f.** Expiration Date for Passport or Travel Document *(mm/dd/yyyy)* ▶

### *Your Current Immigration Status*

**26.** Current immigration status *(e.g., visitor, student, visa overstay, EWI)*

TPS

**27.** Are you now or were you ever in immigration proceedings? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 27.**, provide the following information.

Type of proceedings *(Select **only one** box)*:

**28.a.** ☐ Exclusion

**28.b.** ☐ Removal/Deportation

**28.c.** ☐ Rescission

**28.d.** ☐ I am no longer in immigration proceedings, but I was in Federal court proceedings regarding immigration issues.

**29.** Location where your proceedings were held *(or are currently being held)*

**30.** Dates for your proceedings *(If your proceedings are ongoing, leave the "To" date blank)*

From: *(mm/dd/yyyy)* ▶

To: *(mm/dd/yyyy)* ▶

## Part 3. Information About Your Spouse and Children *(if any)*

Provide the following information about your spouse *(if married)*.

**1.** USCIS ELIS Account Number *(if any)* ▶

**2.** Alien Registration Number (A-Number) *(if any)* ▶ A-

**3.a.** Family Name *(Last Name)* DIAZ

**3.b.** Given Name *(First Name)* ELIAS

**3.c.** Middle Name A.

### *Mailing Address of Spouse*

**4.a.** Street Number and Name SAMA AS APLICANT

**4.b.** Apt. ☐ Ste. ☐ Flr. ☐

**4.c.** City or Town

**4.d.** State -- **4.e.** ZIP Code

**4.f.** Province *(if any)*

**4.g.** Postal Code *(if any)*

**4.h.** Country *(if any)*

101502549842O 1900760 053029 17 R569641 022515 16:55 022415 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 3. Information About Your Spouse and Children** *(continued)*

***Other Information About Spouse***

5. Your Spouse's Date of Birth *(mm/dd/yyyy)* ► 07/12/1958

6. Date of Present Marriage *(mm/dd/yyyy)* ►

7. Place of Present Marriage
1995 EL CARMEN, LA UNION

***Children*** *(if any)*

Provide the following information about each of your children *(if any)*.

**Child 1**

1015025488420 1900760 053029 17 R569641 022515 16:55 022415 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 3. Information About Your Spouse and**

11.g. Street Number and Name: 6110 EASTER AVE, NE

1.h. Apt. ☐ Ste. ☐ Flr. ☐

1.i. City or Town: WASHINGTON

1.j. State: DC 11.k. ZIP Code: 20011

1.l. Province *(if any)*:

1.m. Postal Code *(if any)*:

1.n. Country *(if any)*: UNITED STATES

**hild 5**

2.a. USCIS ELIS Account Number *(if any)* ▶

2.b. Alien Registration Number (A-Number) *(if any)* ▶ A-

2.c. Family Name *(Last Name)*:

2.d. Given Name *(First Name)*:

2.e. Middle Name:

2.f. Date of Birth *(mm/dd/yyyy)* ▶

2.g. Street Number and Name:

2.h. Apt. ☐ Ste. ☐ Flr. ☐

2.i. City or Town:

12.j. State: -- 12.k. ZIP Code:

12.l. Province *(if any)*:

12.m. Postal Code *(if any)*:

12.n. Country *(if any)*:

1015025498430 1900760 053029 17 R569641 022515 16:55 022415 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

## Part 4. Eligibility Standards

**Provide the following information:**

**1.a.** I am a national of *(or an alien having no nationality who last habitually resided in the country of)*:

EL SALVADOR

**1.b.** I entered the United States on the following date, and have resided in the United States since that time.

*(mm/dd/yyyy)* ▶ 07/05/1999

**1.c.** Have you **EVER** resided in any country(s) other than the one listed in **Item Number 1.a.?** ☐ Yes ☒ No

If you answered "Yes" to **Item Number 1.c.**, and you resided in more than one country prior to entering the United States, provide information about the last country in which you resided in the spaces below. For any additional countries, attach a separate sheet(s) of paper. Write your full name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers (e.g., **Page 6**, **Part 4., Item Number 1.d.**); and date and sign each sheet.

**1.d.** Name of another country in which you resided *(if any)*

**1.e.** Dates that you resided in the other country

From: *(mm/dd/yyyy)* ▶

To: *(mm/dd/yyyy)* ▶

**1.f.** Your immigration status in the other country *(e.g., citizen, permanent resident, refugee, asylee, visitor, temporary resident)*

**To be eligible for TPS, you must be admissible as an immigrant to the United States, with certain exceptions.**

If any of the questions beginning below and continuing through the end of **Part 4.** apply to you, describe the circumstances and include a full explanation on a separate sheet(s) of paper. Write your full name and A-Number *(if any)* at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers, *(e.g., **Page 6, Part 4., Item Number 2.b.**)*; and date and sign each sheet.

If you were **EVER** arrested, provide the disposition *(outcome)* for all arrests. *(For example, "case dismissed" from the appropriate authority.)* For information about waivers concerning the grounds of inadmissibility, see the **NOTE** at the end of **Part 4.**

Have you **EVER** been convicted of:

**2.a.** Any felony committed in the United States? ☐ Yes ☒ No

**2.b.** Any misdemeanor(s) committed in the United States? ☐ Yes ☒ No

**2.c.** Any particularly serious crime committed either in or outside the United States? ☐ Yes ☒ No

**3.a.** Have you **EVER** ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group, or political opinion? ☐ Yes ☒ No

**3.b.** Have you **EVER** committed serious nonpolitical crimes outside of the United States prior to your arrival in the United States? ☐ Yes ☒ No

**3.c.** Have you **EVER** or are you **NOW** engaged in activities that could be reasonable grounds for concluding that you are a danger to the security of the United States? ☐ Yes ☒ No

Have you **EVER** been convicted of or have you **EVER** committed acts which constitute the essential elements of:

**4.a.** A crime *(other than a purely political offense)*? ☐ Yes ☒ No

**4.b.** A violation of any law relating to a controlled substance as defined in section 102 of the Controlled Substances Act? ☐ Yes ☒ No

**4.c.** A conspiracy to violate any law relating to a controlled substance as defined in section 102 of the Controlled Substances Act? ☐ Yes ☒ No

**5.a.** Have you **EVER** been convicted of two or more criminal offenses *(other than purely political offenses)* for which you received sentences to confinement that, when combined, total 5 years or more? ☐ Yes ☒ No

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

## Part 4. Eligibility Standards *(continued)*

**5.b.** Have you **EVER** trafficked in or are you **NOW** trafficking in any controlled substance? ☐ Yes ☒ No

**5.c.** Are you **NOW** or have you **EVER** knowingly assisted, abetted, conspired, or colluded with others in the unlawful trafficking of any controlled substance? ☐ Yes ☒ No

**5.d.** Are you the spouse or child of an alien who unlawfully trafficked in any controlled substance? ☐ Yes ☒ No

**5.e.** Are you the spouse or child of an alien who assisted, abetted, conspired, or colluded with others in the unlawful trafficking of any controlled substance? ☐ Yes ☒ No

**5.f.** Within the previous 5 years, have you **EVER** obtained any financial or other benefit from the unlawful activity of your spouse *(including former spouses)* or parents, and you knew, or reasonably should have known, that the financial or other benefit was the product of such illicit activity? ☐ Yes ☒ No

Have you **EVER** engaged, or do you plan to engage, solely, principally, or incidentally, in any of the following:

**6.a.** Any activity to violate any law of the United States relating to espionage or sabotage? ☐ Yes ☒ No

**6.b.** Any activity to violate or evade any law prohibiting the export from the United States of goods, technology, or sensitive information? ☐ Yes ☒ No

**6.c.** Any other unlawful activity in the United States? ☐ Yes ☒ No

**6.d.** Any activity in which a purpose is the opposition to, or the control or overthrow of, the Government of the United States by force, violence, or other unlawful means, including but not limited to, participating in such activities, giving support to others involved in such activities, or being a member or representative of a terrorist organization? ☐ Yes ☒ No

**7.a.** Have you **EVER** or are you **NOW** engaged in terrorist activities? ☐ Yes ☒ No

**7.b.** Have you **EVER** or are you **NOW** engaged in or plan to engage in activities in the United States that would have potentially serious adverse foreign policy consequences for the United States? ☐ Yes ☒ No

**7.c.** Have you **EVER** been or are you **NOW** a member of the Communist or other totalitarian party, except when membership was involuntary? ☐ Yes ☒ No

**7.d.** Have you **EVER** participated in Nazi persecution or genocide? ☐ Yes ☒ No

**8.a.** Have you **EVER** been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding minor traffic violations? ☐ Yes ☒ No

**8.b.** Have you **EVER** been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency, or similar action? ☐ Yes ☒ No

**9.** Have you **EVER** committed a serious criminal offense in the United States and asserted immunity from prosecution? ☐ Yes ☒ No

**10.a.** Have you **EVER,** within the past 10 years, or are you **NOW** engaged in prostitution or procurement of prostitution? ☐ Yes ☒ No

**10.b.** Have you **EVER**, within the past 10 years *(either directly or indirectly)* procured or attempted to procure or import, prostitutes or persons for the purpose of prostitution? ☐ Yes ☒ No

**10.c.** Have you **EVER**, within the past 10 years, received, in whole or in part, the proceeds of prostitution? ☐ Yes ☒ No

**11.** Have you **EVER** been or do you intend to be involved in any other commercial vice? ☐ Yes ☒ No

**12.a.** Have you **EVER** been ordered removed, *and* been deported from the United States? ☐ Yes ☒ No

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 4. Eligibility Standards** *(continued)*

**12.b.** Have you **EVER** voluntarily departed the United States under an order of removal? ☐ Yes ☒ No

**12.c.** If you answered "Yes" to either **Item Number 12.a.** or **12.b.** above, have you re-entered the United States unlawfully at any time after you were deported or you voluntarily departed? ☐ Yes ☒ No

**12.d.** If you answered "Yes" to **Item Number 12.c.** above, has your prior order of removal been reinstated by DHS? ☐ Yes ☒ No ☐ Do not know

**12.e.** Have you **EVER** failed to attend or remain in attendance at any immigration proceedings to determine your admissibility or deportability? ☐ Yes ☒ No

**12.f.** Have you **EVER**, by fraud or willfully misrepresenting a material fact, sought to obtain a visa or other documentation, admission to the United States, or any other immigration benefit? ☐ Yes ☒ No

**13.** Have you **EVER** assisted any other person to enter the United States in violation of the law? ☐ Yes ☒ No

**14.a.** Do you **NOW** have a communicable disease of public health significance? ☐ Yes ☒ No

**14.b.** Do you **NOW** have or have you **EVER** had a physical or mental disorder and behavior *(or a history of behavior that is likely to recur)* associated with the disorder which has posed or may pose a threat to the property, safety, or welfare of yourself or others? ☐ Yes ☒ No

**14.c.** Are you **NOW** or have you **EVER** been a drug abuser or drug addict? ☐ Yes ☒ No

**15.** Have you **EVER** entered the United States as a stowaway? ☐ Yes ☒ No

**16.** Did the former Immigration and Naturalization Service (INS) **EVER** impose, or has DHS **EVER** imposed, civil monetary penalties on you for producing or using false documentation to obtain an immigration benefit? ☐ Yes ☒ No

**17.** Are you **NOW** subject to a final order for violation of section 274C *(producing and/or using false documentation to unlawfully satisfy a requirement of the Immigration and Nationality Act)?* ☐ Yes ☒ No

**18.** Do you **NOW** practice polygamy? ☐ Yes ☒ No

**19.** Are you **NOW** the guardian of, and are you accompanying, another alien who has been found to be inadmissible *and* who has been certified by a medical examiner to be helpless due to sickness, physical or mental disability, or infancy? ☐ Yes ☒ No

**20.** Have you **EVER** detained, retained, or withheld the custody of a child having a lawful claim to U.S. citizenship, outside the United States, from a U.S. citizen granted custody? ☐ Yes ☒ No

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**21.a.** Acts involving torture or genocide? ☐ Yes ☒ No

**21.b.** Killing any person? ☐ Yes ☒ No

**21.c.** Intentionally and severely injuring any person? ☐ Yes ☒ No

**21.d.** Engaging in any kind of sexual contact or relations with any person who was being forced or threatened? ☐ Yes ☒ No

**21.e.** Limiting or denying any person's ability to exercise religious beliefs? ☐ Yes ☒ No

Have you **EVER**:

**22.a.** Served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerrilla group, militia, or insurgent organization? ☐ Yes ☒ No

**22.b.** Served or worked in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons? ☐ Yes ☒ No

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

**Part 4. Eligibility Standards** *(continued)*

**23.** Have you **EVER** been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?
☐ Yes ☒ No

**24.** Have you **EVER** assisted with or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person?
☐ Yes ☒ No

**25.** Have you **EVER** received any type of military, paramilitary, or weapons training?
☐ Yes ☒ No

**26.** Have you **EVER** unlawfully voted in a United States Federal, state, or local election?
☐ Yes ☒ No

**27.** Have you **EVER** claimed to be a United States citizen *(in writing or in any other way)*?
☐ Yes ☒ No

**28.a.** Have you **EVER** recruited, enlisted, conscripted, or used any person under age 15 to serve in or help an armed force or group?
☐ Yes ☒ No

**28.b.** Have you **EVER** used any person under age 15 to take part in hostilities or to help or provide services to people in combat?
☐ Yes ☒ No

**29.a.** Have you **EVER** committed or conspired to commit human trafficking offenses, as defined in the section 103 of the Victims of Trafficking and Violence Protection Act of 2000, in the United States or outside the United States?
☐ Yes ☒ No

**29.b.** Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with a human trafficker?
☐ Yes ☒ No

**29.c.** Are you **NOW** the spouse or child of an alien who committed or conspired to commit human trafficking offenses?
☐ Yes ☒ No

**29.d.** Are you **NOW** the spouse or child of, or are you yourself, an alien who knowingly aided, abetted, assisted, conspired, or colluded with a human trafficker?
☐ Yes ☒ No

**29.e.** Within the previous 5 years, have you **EVER** obtained any financial or other benefit from the human trafficking activity of your spouse *(including former spouses)* or parents, and knew, or reasonably should have known, that the financial or other benefit was the product of such illicit activity?
☐ Yes ☒ No

**30.a.** Are you **NOW** or have you **EVER** engaged in money laundering as described in section 1956 or 1957 of Title 18, United States Code?
☐ Yes ☒ No

**30.b.** Are you **NOW** or have you **EVER** been a knowing aider, abettor, assister, conspirator, or colluder with others in money laundering?
☐ Yes ☒ No

**31.** Have you **EVER** been responsible for or directly carried out particularly severe violations of religious freedom, as defined in section 3 of the International Religious Freedom Act of 1998 (22 U.S.C. section 6402) while serving as a foreign government official?
☐ Yes ☒ No

**32.** Has an immigration judge or the Board of Immigration Appeals **EVER** determined that you filed a frivolous asylum application in the past?
☐ Yes ☒ No

**NOTE ABOUT WAIVERS:** A TPS applicant must be admissible under the applicable grounds in section 212 of the Immigration and Nationality Act (INA). USCIS may grant a discretionary waiver for some, but not all, of the applicable inadmissibility grounds based on humanitarian, family unity, or public interest reasons.

If you answered "Yes" to certain **Item Numbers** in **Part 4.**, you may be eligible for a waiver of some of the grounds of inadmissibility. Please see the **General Requirements** section of Form I-821 instructions for further information.

Form I-601, Application for Waiver of Grounds of Inadmissibility, is the application used to request a waiver. *Please read the special instructions related to TPS applicants on Form I-601.* The form is available at local USCIS offices, on our Web site at **www.uscis.gov/I-601**, or by calling the USCIS toll-free forms line at **1-800-870-3676**. For TDD (deaf or hard of hearing) call: **1-800-767-1833**.

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

## Part 5. Statement, Certification, Signature, and Contact Information of the Applicant

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☐ I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

**1.b.** ☒ The interpreter named below has read to me each and every question and instruction on this form, as well as my answer to each question, in SPANISH, a language in which I am fluent. I understand each and every question and instruction on this form as translated to me by my interpreter, and have provided true and correct responses in the language indicated above.

**2.** ☒ [redacted]s of and consented to [redacted] ☒ an attorney or accredited representative, preparing this form for me.

### *Applicant Certification*

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents, and I understand that I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date. Furthermore, I authorize the release of any information from my records that USCIS may need to determine my eligibility for the benefit that I seek.

I furthermore authorize release of information contained in this form, supporting documents, and my USCIS records to other entities and persons where necessary for the administration of U.S. immigration laws.

**3.a.** Applicant's Signature: Alba AMachuca Díaz

**3.b.** Date of Signature *(mm/dd/yyyy)* ► 02/18/2015

**4.** Applicant's Daytime Telephone Number ( ) -

**5.** Applicant's Mobile Telephone Number (202) 740-0505

**6.** Applicant's E-mail Address

## Part 6. Contact Information, Certification, and Signature of the Interpreter

### *Interpreter's Full Name*

Provide the following information concerning the interpreter:

**1.a.** Interpreter's Family Name *(Last Name)* [redacted]

**1.b.** [redacted]ven Name *(First Name)*

**2.** Interpreter's Business or Organization Name *(if any)*: Embassy of ES

### *Interpreter's Mailing Address*

**3.a.** Street Number and Name: 1400 16th St, NW

**3.b.** Apt. ☐ Ste. ☒ Flr. ☐ 100

**3.c.** City or Town: Washington

**3.d.** State: DC **3.e.** ZIP Code: 20036

**3.f.** Province *(if any)*

**3.g.** Postal Code *(if any)*

**3.h.** Country *(if any)*

### *Interpreter's Contact Information*

**4.** Interpreter's Daytime Telephone Number (202) 595-7504

**5.** Interpreter's E-mail Address: correo@elsalvador.org

[redacted]

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

### Interpreter Certification

**I certify that:**

I am fluent in English and SPANISH which is the same language provided in **Part 5., Item Number 1.b.**;

I have read to this applicant each and every question and instruction on this form, as well as the answer to each question, in the language provided in **Part 5,. Item Number 1.b.**; and

The applicant has informed me that he or she understands each [redacted] he form, as well as the

[redacted]

▶ 02/18/2015

### Part [redacted] Declaration, and Signature of the Person Preparing this Application, If Other than the Applicant

### Preparer's Full Name

Provide the following information concerning the preparer:

1.a. [redacted] Name *(Last Name)*

1.b. [redacted] ame *(First Name)*

2. [redacted] or Organization Name

Embassy of ES

### Preparer's Mailing Address

3.a. Street Number and Name: 1400 16th St, NW

3.b. Apt. ☐ Ste. ☒ Flr. ☐ 100

3.c. City or Town: Washington

3.d. State: DC 3.e. ZIP Code: 20036

3.f. Province *(if any)*

3.g. Postal Code *(if any)*

3.h. Country *(if any)*

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number (202) 595-7504

5. Preparer's Fax Number ( ) -

6. Preparer's E-mail Address

[redacted]

7.a. ☒ I am not an attorney or accredited representative but have prepared this form on behalf of the applicant and with the applicant's consent.

7.b. ☐ I am an attorney or accredited representative and my representation of the applicant in this case *(choose one)* extends ☐ does not extend ☐ beyond the preparation of this form.

### Preparer's Declaration

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this form on behalf of, at the request of, and with the express consent of the applicant. I completed the form based only on responses the applicant provided to me. After completing the form, I reviewed it and all of the [redacted] cant, who agreed with each [redacted] question on the form and, [redacted] information to respond to a [redacted]

[redacted] yyy) ▶ 02/18/2015

[redacted]

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

OMB No. 1615-0040; Expires 04/30/2016

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-765, Application For [redacted]

**Do not write in this block.**

| Remarks | Action Block |
|---|---|
| A# | |
| Applicant is filing under §274a.12 ______ | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* until ______________ (Date).
______________ (Date).
Subject to the following conditions: ______________
Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

(b)(6)

I am applying for:
☐ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☒ Renewal of my permission to accept employment *(attach previous employment authorization document).*

1. Name (Family Name in CAPS) (First) (Middle): MACHUCA DE DIAZ ALBA AZUCENA
2. Other Names Used (Include Maiden Name):
3. Address in the United States (Number and Street) (Apt. Number): 6110 EASTER AVE, NE
(Town or City) (State/Country) (ZIP Code): WASHINGTON DC 20011
4. Country of Citizenship/Nationality: EL SALVADOR
5. Place of Birth (Town or City) (State/Province) (Country): EL CARMEN LA UNION EL SALVADOR
6. Date of Birth (mm/dd/yyyy): 10/26/1978
7. Gender: ☐ Male ☒ Female
8. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
9. Social Security Number (Include all numbers you have ever used) (if any): 577339921
10. Alien Registration Number (A-Number) or I-94 Number (if any): 095064037
11. Have you ever before applied for employment authorization from USCIS?
☒ Yes (complete the following questions.) ☐ No (Proceed to Question 12.)

Which USCIS Office? VERMONT Date(s) 09/16/2013
Results (Granted or Denied - attach all documentation): GRANTED
12. Date of Last Entry into the U.S., on or about: (mm/dd/yyyy) 07/05/1999
13. Place of Last Entry into the U.S.: EAGLE PASS, TEXAS
14. Status at Last Entry (B-2 Visitor, F-1 Student, No Lawful Status, etc.): EWI
15. Current Immigration Status (Visitor, Student, etc.): TPS
16. Go to the "**Who May File Form I-765?**" section of the instructions. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
( A ) ( 12 ) ( )
17. If you entered the Eligibility Category, (c)(3)(C), in item 16 above, list your degree, your employer's name as listed in E-Verfy, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.
Degree: ______
Employer's Name as listed in E-Verify: ______
Employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number ______

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the "**Who May File Form I-765?**" section of the instructions and have identified the appropriate eligibility category in **Question 16**.

*Signature* Alba A Machuca Diaz Telephone Number [redacted] Date 2/18/2015

**Signature of person preparing form, if other than above:** [redacted] me at the request of the applicant and is based on all information of which I have a[redacted]

[redacted] Address Embassy of El Salvador, 1400 16th St, Suite # 100 N[redacted] Washington, DC 20036 Date 2/18/2015

| | Initial Receipt | Resubmitted | [redacted] | ...eted | |
|---|---|---|---|---|---|
| | | | | ...ed | Returned |
| | | | | | |

Form I-765 (Rev. 08/06/14) Y

(b)(6)

1015025498420 1900760 053029 17 [redacted] 022515 16:55 022415 TPS-8635

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law

Foia Response Copy produced 09/03/2025 from USCIS CMS: A-Number 095064037

Alba A. Machuca De Diaz
110 Easter Ave, Ne,
Washington, D.C.
20011

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7014 0150 0000 3109 9758

UNITED STATES POSTAL SERVICE®

1000

60680

U.S. POSTAGE PAID
WASHINGTON,D
20301
FEB 19, 15
AMOUNT
**$6.91**
00101342-04

TRAINEE

[redacted] (b)(6)

U.S. Citizenship and Immigration Services
Attn. TPS El Salvador
P.O. Box 8635
Chicago, IL 60680-8635

1015025498420 1900760 053029 17 R569641 022515 16:55 022415 TPS-8635

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(c) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(6) (b)(7)(c) (b)(7)(E)

PAGE WITHHELD PURSUANT TO (b)(7)(E)

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

(b)(6)

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | | |
|---|---|---|
| CASE TYPE<br>I821 Application for Temporary Protected Status | SOCIAL SECURITY NUMBER | NOTICE DATE<br>03/12/2002 |
| APPLICATION NUMBER<br>EAC0123459310 | SERVICE CENTER<br>ESC | INS A#<br>A095064037 |
| | | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ALBA A MACHUCA
3519 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20010

[redacted]

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS ALEXANDRIA<br>735 N SAINT. ASAPH ST.<br>ALEXANDRIA, VA 22314 | 04/12/2002<br>1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS ALEXANDRIA
735 N SAINT. ASAPH ST.
ALEXANDRIA, VA 22314

APPLICANT COPY

[redacted]

APPLICATION NUMBER
EAC0123459310

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 09/07/93) N

Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Foia Response Copy produced 09/03/2025 from USCIS CMS; A-Number 095064037

- *Please save this notice for your records. Please enclose a copy if you have to write us or a U.S. Consulate about this case, or if you file another application based on this decision.*
- *You will be notified separately about any other applications or petitions you have filed.*

## *Additional Information*

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRANT PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U. S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U. S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice, the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U. S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status.*

PAGE WITHHELD PURSUANT TO (b)(7)(E)

**Irene Rodriguez**

---

**From:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Sent:** Thursday, October 30, 2025 12:04 PM
**To:** Zachary Abraham Kohn; Irene Rodriguez
**Subject:** RE: Control Number NRC2025403404 - MACHUCA DE DIAZ, Alba Azucena USCIS FOIA Request

A final agency decision has been rendered on your request. If you are not satisfied with our final agency decision, please follow the instructions provided to you in your Final Action letter to file a formal appeal.

At your service,

*Linda Davis*
Public Liaison
Customer and Support Team, FOIA
National Records Center

---

**From:** Zachary Abraham Kohn <zachary@dcimmigrationattorney.com>
**Sent:** Thursday, October 30, 2025 11:03 AM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>; Irene Rodriguez <irene@dcimmigrationattorney.com>
**Subject:** Re: Control Number NRC2025403404 - MACHUCA DE DIAZ, Alba Azucena USCIS FOIA Request

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the “Report Phishing” button to report it as a phishing attempt.

It's obviously incorrect. Your agency said there is a removal case. There should be a NTA in the file. Can you not share that with us? We just need to know where the court case was.

~~
Zachary Abraham Kohn, Attorney at Law

Haynes Novick Kohn Immigration

2001 S Street, NW | Suite 550

Washington, DC | 20009

Phone: 202 | 293 | 3123

Direct: 202 | 677 | 7797

Fax: 202 | 293 | 6230

www.dcimmigrationattorney.com

zachary@dcimmigrationattorney.com

***Please note: Foreign nationals are responsible for retrieving the I-94 upon entry to the United States.***

***Please visit www.cbp.gov/i94 immediately after entry to download the I-94***

***and review for accuracy.***

**For change of address, complete Form AR-11 at USCIS.gov**

~~

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by return email message. Please delete the original transmission and its attachments without reading it or saving it in any manner. Thank you for your cooperation.

---

**From:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Sent:** Thursday, October 30, 2025 11:57 AM
**To:** Irene Rodriguez <irene@dcimmigrationattorney.com>
**Cc:** Zachary Abraham Kohn <zachary@dcimmigrationattorney.com>
**Subject:** RE: Control Number NRC2025403404 - MACHUCA DE DIAZ, Alba Azucena USCIS FOIA Request

Good morning,

Your client’s entire file was processed, and we have released all information except those portions exempt per the response letter you received.

When some pages are withheld in full or in part the exemptions used pursuant to 5 U.S.C. § 552a of the PA or 5 U.S.C. § 552 of the FOIA are explained in our final action letters.
If you feel this determination is incorrect, please follow the instructions provided to you on your Final Action letter to file a formal appeal.

At your service,

*Linda Davis*

Public Liaison
Customer and Support Team, FOIA

National Records Center

---

**From:** Irene Rodriguez <irene@dcimmigrationattorney.com>
**Sent:** Thursday, October 30, 2025 10:26 AM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Cc:** Zachary Abraham Kohn <zachary@dcimmigrationattorney.com>
**Subject:** Control Number NRC2025403404 - MACHUCA DE DIAZ, Alba Azucena USCIS FOIA Request

You don't often get email from irene@dcimmigrationattorney.com. Learn why this is important

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the “Report Phishing” button to report it as a phishing attempt.

Dear Sir or Madam,

We received results related to the above referenced FOIA request; however, we are missing the Notice to Appear and ICE records as the subject’s denied adjustment of status indicates that she was in removal proceedings, and these particular records were requested in the G-639 (see attached).

Consequently, we request you to please update the FOIA results to include the missing records.

Thanks much in advance for your assistance and prompt response.

~~

Irene Rodriguez, Paralegal
Haynes Novick Kohn Immigration

2001 S Street, NW| Suite 550
Washington, DC |20009

Phone: 202|293|3123
Direct: 202|464|6773
Fax: 202|293|6230

www.dcimmigrationattorney.com
irene@dcimmigrationattorney.com

Please note:  Foreign nationals are responsible for retrieving the I-94 upon entry to the United States.
Please visit www.cbp.gov/i94 immediately after entry to download the I-94
and review for accuracy.
For change of address, complete Form AR-11 at USCIS.gov

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by return email message. Please delete the original transmission and its attachments without reading it or saving it in any manner. Thank you for your cooperation.