UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBA MACHUCA DE DIAZ,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security, et al.,

Defendants.

Civil Action No. 26-1265 (JDB)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure ("Rule") 41, Plaintiff Alba Machuca de Diaz notices dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants have not served an answer or motion for summary judgment in this action. Plaintiff accordingly notices voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 21, 2026                                Respectfully submitted,


___/s/ Zachary A. Kohn, Esq.___
*Counsel for Plaintiff*